UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| **DAVID SUCHIT**  ) | |
| ) | |
| **Defendant.**  ) | |

# PRAECIPE

By this praecipe, will the CLERK OF THE COURT please enter the appearance of undersigned counsel, effective <u>nunc</u> <u>pro</u> <u>tunc</u> to June 27, 2006.

Respectfully submitted,

_____
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007