CO-180 (Rev. 4/02)

# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-102-03 | MAGIS. NO: |
|---|---|---|
| V.<br><br>DAVID SUCHIT | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>David Suchit | FILED<br>JUN 3 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Hostage Taking Resulting in Death

Conspiracy to Commit Hostage Taking Resulting in Death

Aiding and Abetting and Causing an Act to be Done

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1203(a) and 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>**MAGISTRATE JUDGE ROBINSON** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/26/2006 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>4/26/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  4-26-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  6-30-06 | SEAN McLEOD SDUSM | |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |