UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Criminal No. 06-102-02 (JDB) |
| | ) |
| DAVID SUCHIT | ) |
| | ) |
|       Defendant. | ) |

## Motion to Extend Time For Filing Pretrial Motions

COMES NOW, David Suchit, by and through his undersigned counsel, and respectfully moves this Honorable Court, to extend the time for him to file pretrial motions. In support of this Motion, the defendant relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007
On Behalf of David Suchit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.                            ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| DAVID SUCHIT                     ) | |
| ) | |
| Defendant.        ) | |

## Memorandum Of Points And Authorities In Support Of Motion to Extend Time For Filing Pretrial Motions

1. As counsel indicated at the recent status hearing, this case involves questions of domestic and foreign law which require an analysis of what rights and privileges a non-citizen, who allegedly commits a crime on foreign soil, enjoys, if any. Counsel has initiated this research which is ongoing.

2. By counsel's count, Mr. Suchit made some 13 statements, all under distinct fact patterns, and all requiring separate legal analyses. Thus, this case differs from most criminal matters which typically involve, at most, two or three statements.

3. Discovery is incomplete. Many of the items which the defense would like to examine are not even in the possession of the Government. Moreover, a great number of questions posed by the defense cannot be answered until the prosecution makes its upcoming trip to Trinidad. Undersigned counsel is in the process of preparing a list of questions and items for the government attorney to discern.

4. The motions are due October 26, 2006. The defendant requests an additional week. This is his first request for an extension.

WHEREFORE, for the reasons stated herein, the defendant requests that this motion be granted.

Respectfully submitted,

_____

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007