UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal No. 06-102-02 (JDB) |
| | ) | |
| **DAVID SUCHIT** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Upon consideration of the defendant's Motion To Extend Time To File Motions, the accompanying memorandum of points and authorities, and in light of the entire record in this case, it is this _____ day of _____, be and hereby is

**ORDERED,** that said motion is granted, and it is further

**ORDERED,** that the defendant shall file his pretrial motions on or before November 2, 2006, and it is further

**ORDERED**, that the defendant shall be permitted to supplement his pretrial motions as he receives additional discovery.

**SO ORDERED.**

_____
The Honorable John D. Bates
United States District Judge

copies to

Bruce Hegyi, Esquire
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Diane S. Lepley, Esquire
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004