UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| **DAVID SUCHIT** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of the defendant's Motion To Sever Defendants, the accompanying memorandum of points and authorities, and in light of the entire record in this case, it is this _____ day of _____, be and hereby is

**ORDERED,** that said motion is granted.

**SO ORDERED.**

_____   The Honorable John D. Bates
United States District Judge

copies to

Bruce Hegyi, Esquire
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530


Diane S. Lepley, Esquire
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004