UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| DAVID SUCHIT ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO LATE FILE MOTION
## TO SUPPRESS STATEMENTS

COMES NOW, David Suchit, by and through his undersigned counsel, and respectfully moves this Honorable Court, to grant him leave to file his Motion To Suppress Statements. In support of this Motion, the defendant relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007
On Behalf of David Suchit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| DAVID SUCHIT ) | |
| ) | |
| Defendant. ) | |

## Memorandum Of Points And Authorities In Support Of Motion For Leave To Late File Motion to Suppress Statements

1. Due to press of business and the unusual nature of the facts in this case, preparation of this motion took longer than anticipated.

2. Discovery is incomplete.

3. Counsel received two new statements on Thursday, November 9, 2006.

4. The defense agrees that the motions deadlines will need to be adjusted.

WHEREFORE, for the reasons stated herein, the defendant requests that this motion be granted.

Respectfully submitted,

Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007