UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| **DAVID SUCHIT** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

Upon consideration of the Defendant's Motion For Leave To File Late Motion To Suppress Statements and the record herein, it is this _____ day of _____, 2006 be and hereby is

ORDERED, that said motion is granted.

_____
John D. Bates
United States District Court
For the District of Columbia

Copies to:

Bruce Hegyi, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.   20004