UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>                                                       )<br>          **Plaintiff,**                       )<br>                                                       )<br>     **v.**                                          )          Criminal No. 06-102-02 (JDB)<br>                                                       )<br>**DAVID SUCHIT**                          )<br>                                                       )<br>          **Defendant.**                   ) | |

# ORDER

Upon consideration of the Defendant's Motion To Suppress Statements and the record herein,

it is this _____ day of _____, 2006 be and hereby is

ORDERED, that said motion is granted.

_____
John D. Bates
United States District Court
For the District of Columbia

Copies to:

Bruce Hegyi, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.   20004