UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br> v.  )<br>  )<br>DAVID SUCHIT  )<br>  )<br>    Defendant.  )  | Criminal No. 06-102-02 (JDB) |

## ORDER

Upon consideration of the Defendant's Motion To Return Defendant To Country Of Origin and the record herein, it is this _____ day of _____, 2006 be and hereby is

ORDERED, that said motion is granted, and it is further

ORDERED, that the defendant shall be returned to Trinidad/Tobago for proceedings consistent with this ruling and the bilateral treaty.

_____
John D. Bates
United States District Court
For the District of Columbia

Copies to:

Bruce Hegyi, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004