**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-102-02 (JDB)** |
| | ) | |
| **DAVID SUCHIT** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of the Defendant's Motion To Dismiss Indictment Based Upon Due Process Violations and the record herein, it is this _____ day of _____, 2006 be and hereby is

ORDERED, that said motion is granted.


_____
John D. Bates
United States District Court
For the District of Columbia

Copies to:

Bruce Hegyi, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004