

**Anti-Kidnapping Unit**

*Criminal Investigations Office Tel 623-6793 Fax 624-7588*
*St. Vincent Street, Port of Spain*

---

**From**        : **#14551 p.c. Forbes**

**To**          : **Assistant Superintendent i/c Anti Kidnapping Unit**

**Date**        : **28th September, 2005**

**Subject**     : **Information Re Report of Kidnapping of Balram Bachu Maharaj**

Sir,

The informant claims that his friend Andy Straker of Mayaro who is the son of calypsonian Winston 'GYPSY" Peters and Dooreen Alexander have some sought of relationship, and Dooreen was the person who told Andy about kidnapping of the victim she told Andy that he had a lot of money and she had been trying to get him kidnapped for the quit some time now. However the informant declined to assist Andy. The day after the victim was kidnapped Andy came home by the informant and tell him he organised with an old soldier from behind Malick Barataria and his clip to do the work and Dooreen called him and told him where the man was and he Andy went and pick him up from a bar. The informant also said that Andy took him to a house where he saw the old soldier who was at the time using a code name "LEO" when he spoke to Andy. This house in the back of Malick is where the victim was kept. Andy was the man that did the negotiations he only used pay phones and can't say if any other phone was used. The informant on one occasion overheard negotiating on the pay phone by licensing in Arima. On the day the victim died Andy came to the informant scared telling him that they kept asking to here his voice for them to pay the money, so when they tried to tape record the victim he refused and he was beaten till died. The soldier told Andy to talk to Dooreen and tell her to hold her belly and carry this to her grave but, Andy asked the informant to go and he did. Having done Andy became afraid for his life and the life of Dooreen and Andy left the country about three (3) weeks after that he returned and has been hiding out in Mayaro ever since. Enquiries continuing.



GOVERNMENT
EXHIBIT

1

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    10/05/2005

        On October 4, 2005, DAVID SUCHIT **(PROTECT IDENTITY)**, date
of birth January 15, 1974, place of birth Port of Spain, Trinidad,
of 74 Belleview Drive, Old Arima Road (Lightpole), Arima, Trinidad,
cellular telephone number 868-793-3301, was interviewed at the U.S.
Embassy in Port of Spain, Trinidad.  Also present for the interview
was Detective Phillip Forbes of the Trinidad Police Force, Anti-
Kidnapping Squad.  After being advised of the identities of the
interviewing agents and the purpose of the interview, SUCHIT
provided the following information:

        SUCHIT has known ANDERSON STRANKER aka Andy (hereinafter
STRANKER) since childhood and they both live in the Arima area.  In
early March 2005, STRANKER approached SUCHIT and told him that a
woman named DOREEN Last Name Unknown (LNU) asked STRANKER to do an
easy kidnapping for her of a man whose last name was MAHARAJ.
DOREEN LNU told STRANKER that MAHARAJ was a former Army soldier who
had received a large sum of money from the United States government
as a result of a work-related injury sustained by falling off a
ladder.  DOREEN LNU told STRANKER that she would set up a location
for the kidnapping to take place, namely the STADIUM PUB, across
from the Arima stadium.  DOREEN LNU told STRANKER that she had
ongoing child custody problems with MAHARAJ and that MAHARAJ had
previously kidnapped a child they have together.  DOREEN LNU told
STRANKER to demand $3 million Trinidad dollars in ransom and added
that she chose that amount because MAHARAJ's family could easily
pay more than that.

        STRANKER asked SUCHIT to assist him in carrying out the
kidnapping.  STRANKER told SUCHIT to find two other individuals
that could assist in conducting the kidnapping and that SUCHIT
would serve as the getaway driver.  STRANKER would not be present
during the actual kidnapping.  STRANKER told SUCHIT that they would
split the $3 million Trinidad dollars equally between STRANKER,
SUCHIT and DOREEN LNU.  Of the $1 million Trinidad dollars that
SUCHIT stood to receive, he would have to pay the other two
individuals that he recruited to conduct the kidnapping.  SUCHIT
agreed to assist in kidnapping MAHARAJ due to the amount of money
he would receive.  He considered approaching TONY LNU and ANDRE
HUGGLEY to assist him in the kidnapping plan.  He chose these
individuals because they are known to him and also reside in the
Arima area.  They are also involved in criminal activity.

Investigation on    10/04/2005    at   Port of Spain, Trinidad

File #  256C-MM-106219                              Date dictated  _____

        SA WILLIAM T. CLAUSS II/wtc
by   ALAT MARVIN L. FREEMAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

GOVERNMENT
EXHIBIT
2

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of ___DAVID SUCHIT (PROTECT IDENTITY)___ , On 10/04/2005 , Page ___2___

     In agreeing to participate in the kidnapping, SUCHIT suggested to STRANKER that when they kidnapped MAHARAJ, SUCHIT and the other two individuals would take him to "the bush", a wooded area near the residence of SUCHIT. There, SUCHIT and the other two would hold MAHARAJ while the kidnapping negotiations took place. SUCHIT would communicate with STRANKER via cellular telephone. SUCHIT does not recall the exact number for STRANKER, but recalls that the last four digits are 8899. SUCHIT has the exact number stored in his own cellular telephone which is currently not operational; however, he will provide the number to Detective Forbes in a separate interview.

     SUCHIT added that although he would maintain telephonic contact with STRANKER during the planned kidnapping, he also intended to leave the other two individuals in the wooded area guarding MAHARAJ and he (SUCHIT) would go into town to meet with STRANKER to get personal updates regarding the status of the negotiations. STRANKER concurred with the plan set forth by SUCHIT and he (STRANKER) would make the ransom calls from various public phones far from the location where MAHARAJ was being held.

     STRANKER and SUCHIT agreed that the entire kidnapping ordeal would not last longer than one week. STRANKER told SUCHIT that DOREEN LNU told him "not to move from the $3 million dollar" ransom demand because MAHARAJ's family could easily pay that amount. SUCHIT asked STRANKER what they would do if the family did not pay the ransom and STRANKER said, "We have to handle this scene." SUCHIT understood that to mean that they would have to kill MAHARAJ.

     Approximately three days after STRANKER first approached SUCHIT regarding the kidnapping, STRANKER came back to him and told him that MAHARAJ had already left Trinidad and went back to the United States, but that he would return to Trinidad in approximately two weeks. STRANKER told SUCHIT that he had two weeks to arrange for the getaway car and to get the two individuals on standby to conduct the kidnapping when MAHARAJ returned. SUCHIT had not yet approached TONY LNU and ANDRE HUGGLEY at this point.

     Prior to advising SUCHIT of the plan to kidnap MAHARAJ, STRANKER first told SUCHIT that the initial plan of DOREEN LNU was to arrange the kidnapping of the child she has with MAHARAJ. DOREEN LNU initially planned to give the child to STRANKER for him to hold during the planned kidnapping in order to force MAHARAJ to

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of ___ DAVID SUCHIT (PROTECT IDENTITY) ___ .On 10/04/2005 , Page ___ 3 ___

pay money to have the child released. However, DOREEN LNU changed
her mind due to the experience the child had already gone through
when MAHARAJ took the child to New York from Trinidad. DOREEN LNU
decided against the plan to have the child kidnapped because the
child was unlikely to handle the situation well, especially being
with someone unknown to him.

After STRANKER told SUCHIT he had two weeks to get
everything ready to kidnap MAHARAJ upon his return, STRANKER came
back to see SUCHIT approximately two days later. This time,
STRANKER told SUCHIT that he had "other soldiers" now because
SUCHIT was taking too long. SUCHIT understood this to mean that
STRANKER had found other individuals to conduct the kidnapping.
SUCHIT told STRANKER to forget about it then. STRANKER added that
the "other soldiers" will handle it skillfully. Approximately
three days later, STRANKER came to see SUCHIT again and reiterated
to SUCHIT that he (STRANKER) has a "serious town crew to handle
this thing." SUCHIT understood this to mean the same group of
individuals that STRANKER previously mentioned as having acquired
to perform the kidnapping and the reference to "town crew" meaning
that the individuals were from the metropolitan Port of Spain area.
When STRANKER advised SUCHIT of this information, SUCHIT told him,
"Well, handle this thing."

SUCHIT stated that if STRANKER had not acquired a
different crew to perform the kidnapping, he (SUCHIT) would have
proceeded with his plan to recruit TONY LNU and ANDRE HUGGLEY to
assist him in carrying out the kidnapping. However, now that
STRANKER found a different crew, SUCHIT felt ambiguous about the
situation because he was going to be responsible for paying TONY
LNU and ANDRE HUGGLEY out of his $1 million Trinidad dollar
portion, while STRANKER and DOREEN LNU would each get to keep their
full $1 million portion entirely for themselves.

Approximately three weeks after telling SUCHIT he got the
"other soldiers" to perform the kidnapping, STRANKER came to see
SUCHIT and asked him if he had seen anything in the newspaper.
SUCHIT confirmed that he saw news of the kidnapping of MAHARAJ.
STRANKER stated, "Shot end up busting." SUCHIT explained this is a
slang term to mean that the operation went through and MAHARAJ was
kidnapped. STRANKER told SUCHIT, "Let's make a turn and come
back." SUCHIT understood this to mean that STRANKER wanted SUCHIT
to take a ride with him, so he agreed. SUCHIT drove STRANKER's van
to a house on Coconut Drive in Morvant, Trinidad and parked on the
road. SUCHIT described the house as a three-story structure that

FD-302a (Rev. 10-6-95)


256C-MM-106219


Continuation of FD-302 of ____DAVID SUCHIT (PROTECT IDENTITY)____ , On 10/04/2005 , Page ___4___


site below street level.  Upon arriving at the location, SUCHIT
stayed in the van and STRANKER entered the house where he stayed
for approximately 30 minutes.  When STRANKER returned to the van,
he told SUCHIT, "Boy, them fellas really beating the man."  SUCHIT
understood this to mean that the individuals who conducted the
kidnapping were beating MAHARAJ.  At that point, STRANKER and
SUCHIT drove down the street, "smoked some weed," then went back to
SUCHIT's residence.  STRANKER told SUCHIT, "Check the papers for
anything on the scene.  I will vibes you back."  SUCHIT understood
this to mean STRANKER wanted him to check the newspapers for any
information regarding the kidnapping and that STRANKER would get
back in touch with SUCHIT the following day.

STRANKER had also told SUCHIT that the plan changed from
the initial plan devised by DOREEN LNU to set up the kidnapping in
Arima.  This time, STRANKER told SUCHIT that DOREEN LNU was
supposed to meet MAHARAJ at a bar in El Socorro, Trinidad.  SUCHIT
said there was a call between MAHARAJ and DOREEN LNU in which they
agreed to meet at the bar.  DOREEN LNU then called STRANKER and
advised him of the location.  SUCHIT is unsure whether STRANKER was
physically present during the actual kidnapping, but his (SUCHIT's)
opinion is that he (STRANKER) was present to be able to identify
MAHARAJ to the other kidnappers.

Approximately two days later, STRANKER came back to see
SUCHIT and again told him, "Let's make a turn."  SUCHIT agreed to
go with STRANKER and again drove STRANKER's van.  They went to a
public phone booth located near the Licensing Authority on Omera
Road in Arima, Trinidad.  STRANKER got out of the van and placed a
call from the public phone.  SUCHIT described the time of day as
"lunchtime," around 12:00 noon.  STRANKER was on the phone for
approximately less than one minute, but SUCHIT could not overhear
the conversation.  When STRANKER got back in the van, he told
SUCHIT, "Boy, the people want to hear the man's voice before they
pay any money."  SUCHIT suggested to STRANKER that they record
MAHARAJ's voice.  STRANKER told SUCHIT, "Let's go to Morvant."
However, SUCHIT stated he did not want to go there and told
STRANKER to drop him off at home.  STRANKER agreed.

At approximately 9:00 p.m. that same evening, STRANKER
returned to SUCHIT's residence and was "really stressing" because
MAHARAJ was saying nothing.  STRANKER told SUCHIT that they were
asking MAHARAJ questions pertaining to his family or personal
information to get MAHARAJ to speak so they could record his voice
to provide confirmation to MAHARAJ's family that he was alive, but

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of ___DAVID SUCHIT (PROTECT IDENTITY)___ , On 10/04/2005 , Page 5

MAHARAJ was refusing to say anything.  STRANKER said, "They are
really beating him to talk, but the man is not saying anything."
STRANKER added that "the man is not balling (crying) or anything"
and that they were unable to record anything.  At one point,
STRANKER told SUCHIT that he (STRANKER) told MAHARAJ that his
family wanted to hear his voice and MAHARAJ told STRANKER that
"there is no money" for STRANKER and that his (MAHARAJ's) family
will not pay for him.  SUCHIT stated that STRANKER was visibly
concerned about the situation because the individuals that were
guarding MAHARAJ were really beating him badly and he was sick.
STRANKER said that he told the other kidnappers, "Don't lash the
man.  He's not well."

        STRANKER stayed at SUCHIT's residence that evening for
approximately two hours.  During that time frame, DOREEN LNU called
STRANKER on his cellular telephone.  STRANKER also reiterated to
SUCHIT that DOREEN LNU told him that MAHARAJ fell off a ladder in
the United States and he received a large sum of money based on
that injury.  During the entire time frame of the kidnapping,
DOREEN LNU called STRANKER on his cellular telephone approximately
3-4 times while STRANKER was in the presence of SUCHIT.  At one
point, STRANKER told SUCHIT that MAHARAJ's family was trying to
lower the ransom to approximately $300,000 Trinidad dollars, but
that DOREEN LNU repeatedly told STRANKER, "Don't accept less than
$3 million."  After receiving one particular call from DOREEN LNU,
STRANKER told SUCHIT, "Boy, that's the woman who lined up the
scene.  The woman said, 'Don't move from $3 million.'"

        During the same two hour visit to SUCHIT's residence,
STRANKER told SUCHIT that LEO LNU, an ex-soldier with the Trinidad
Defense Force, is the one "handling the scene."  SUCHIT understood
this to mean that LEO LNU was the leader of the group of
individuals that STRANKER contracted to perform the kidnapping.
When speaking about LEO LNU, STRANKER told SUCHIT, "The clip real
brutal."  SUCHIT understood this to mean that LEO LNU and his crew
were notorious, violent individuals.  STRANKER left SUCHIT's
residence that evening at approximately 11:00 p.m.

        The next day at approximately 5:00 p.m., STRANKER
returned to SUCHIT's residence in a "frightened mode."  SUCHIT
noted this based on STRANKER's mode of speech and physical
appearance.  STRANKER told SUCHIT, "Them fellas ended up beating
the man and he ended up dying."  STRANKER asked SUCHIT to go to the
house of DOREEN LNU and drop off a message.  STRANKER wanted SUCHIT
to tell DOREEN LNU, "Leo sent me.  The man is dead and what is the

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of ____DAVID SUCHIT (PROTECT IDENTITY)____ , On 10/04/2005 , Page    6

scene?" SUCHIT understood this message to convey to DOREEN LNU
that MAHARAJ was dead and to ask what she wanted to do now. SUCHIT
agreed to deliver the message to DOREEN LNU.

        SUCHIT drove STRANKER's van, accompanied by STRANKER, to
a parking lot behind the ARIMA MARKET in Arima, Trinidad. The time
of day at this point was early evening before it got dark. Once at
that location, STRANKER gave directions to SUCHIT on how to arrive
at DOREEN LNU's residence on foot. STRANKER himself did not want
to go to DOREEN LNU's house because he was afraid the police might
be "watching the house." STRANKER stayed in the van and SUCHIT
exited and walked south on Omera Road and entered a side street
before WILLIE'S ICE CREAM. He turned left and went to the end of
the road. STRANKER told him there were "condo-style" houses and
that DOREEN LNU's was the first one on the right side. STRANKER
told SUCHIT to ask for DOREEN LNU and that if a "red man" (light
skinned man) comes out, to tell him that "you want to speak to
DOREEN."

        SUCHIT arrived at the location and verbally called out
DOREEN's name. A "red man" came out and SUCHIT stated he wanted to
speak to DOREEN LNU. SUCHIT described the "red man" as mid-30's,
approximately 5'11", slim build. The "red man" went back inside
the house and DOREEN LNU came to the door, holding the door open.
SUCHIT said, "Leo sent me." DOREEN LNU then came outside and
closed the door behind her. SUCHIT noticed a young child peeking
out the window. SUCHIT described DOREEN LNU as red skin, "East
Indian looking", medium build, short, reddish, shoulder length
hair, shorter than SUCHIT's height, approximately 200 pounds,
average size, in her late-30's.

        When DOREEN LNU came outside and closed the door behind
her, SUCHIT told her, "The man ended up dying. Them fellas want to
know what is the scene." DOREEN LNU stated, "The same thing I tell
Andy is the same thing I'm telling you... Me ain't business if the
man dead." SUCHIT understood this to mean that DOREEN LNU did not
care about the situation and that she would not do business if
MAHARAJ was dead. SUCHIT stated that DOREEN LNU's reaction to the
news of MAHARAJ's death was a normal reaction and that she did not
seem surprised at all. Further, DOREEN LNU began telling SUCHIT
about the problems she had with MAHARAJ, including telling him that
MAHARAJ previously kidnapped her child and that the "man did me
real thing" and "me not sorry he dead."

FD-302a (Rev. 10-6-95)


256C-MM-106219


Continuation of FD-302 of ___DAVID SUCHIT (PROTECT IDENTITY)___ , On 10/04/2005 , Page ___7___


     SUCHIT also told DOREEN LNU, "Leo said make sure and hold your mouth if the police come." This was also part of the message that STRANKER told SUCHIT to convey. DOREEN LNU said, "Me ain't have nothing to say." DOREEN LNU told SUCHIT to tell LEO LNU that she has a "nice piece of money to collect for the child" from a will that MAHARAJ left and that when she gets the money, she will give some to LEO LNU. SUCHIT understood that comment to indicate that DOREEN LNU knows LEO LNU. SUCHIT spent about 20 minutes speaking to DOREEN LNU at her residence when he delivered the message. This was the first time he ever met her personally, although as previously mentioned, he heard her name from STRANKER beginning in early March 2005 when he was first approached about the kidnapping. SUCHIT added that based on her reaction to the news of MAHARAJ's death, SUCHIT's opinion is that DOREEN LNU wanted him to die so she could collect the money she mentioned.

     During the approximate 20 minutes that SUCHIT spent with DOREEN LNU, she also told him of the initial plan she devised to have her child kidnapped to force MAHARAJ to pay the ransom. DOREEN LNU told SUCHIT that she was going to give the child to STRANKER to keep until the ransom was paid. However, she decided against the plan because of the past experience the boy had when MAHARAJ took him away from his mother.

     Following the meeting with DOREEN LNU, SUCHIT went back to the van and met up with STRANKER. STRANKER wanted to know her reaction to the news and if she would "hold her mouth." SUCHIT told STRANKER that DOREEN LNU's reaction was normal, that she did not even cry and that she "took it like a real soldier." SUCHIT stated that STRANKER was very frightened and panicking because MAHARAJ had died. STRANKER was so shaken up that he could not drive, so SUCHIT again drove the van back to SUCHIT's residence. Once there, STRANKER stayed approximately 5-10 minutes. Before leaving, he told SUCHIT that he was going home to Mayaro, Trinidad, but that he (STRANKER) was going to leave Trinidad and go to Canada before the end of the week. STRANKER stated that he was going to leave because the kidnapping "got wild" and he was going to "let the scene cool off."

     STRANKER also told SUCHIT that he was scared because LEO LNU and his crew wanted to kill DOREEN LNU because she could lead the police to them and also because they (LEO LNU and crew) were mad about not being paid for the kidnapping and they thought that DOREEN LNU and STRANKER planned the kidnapping in the first place with the intent for MAHARAJ to be killed. This added to STRANKER's

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of ____DAVID SUCHIT (PROTECT IDENTITY)____ , On 10/04/2005 , Page ___8___

fear and reason for wanting to leave Trinidad. Before STRANKER
left SUCHIT's residence that night, SUCHIT asked him, "What did
they do with the body?" STRANKER said that they (LEO LNU and crew)
wanted STRANKER to use his own van to help "throw away the body,"
however, STRANKER ended up "coasting on them." SUCHIT explained
this slang term to mean that STRANKER was upset with the
suggestion that he use his van to help dispose of the body and he
refused to do so.

     That night, approximately 30 minutes after STRANKER left
SUCHIT's residence, SUCHIT called CRIMESTOPPERS in Trinidad and
reported the same information he provided during this interview
regarding the involvement of STRANKER, DOREEN LNU and LEO LNU, as
well as the fact that MAHARAJ was dead. He spoke to an
unidentified female operator who requested additional details
regarding the location of the body. The operator assigned SUCHIT a
code number and told him to call back when he had further
information.

     Approximately two days after delivering the message to
DOREEN LNU, STRANKER came to see SUCHIT at approximately 12:00 p.m.
STRANKER told SUCHIT that he was flying to Canada later that day
and would be back around 4:00 p.m. to pick up SUCHIT so that he
could take STRANKER to the airport. SUCHIT agreed. After STRANKER
left his house, SUCHIT again called CRIMESTOPPERS and reported that
STRANKER was going to fly out of the country.

     At approximately 4:00 p.m., STRANKER came to pick up
SUCHIT and they drove to the Port of Spain International Airport.
On the way, SUCHIT discreetly asked STRANKER again what LEO LNU and
his crew had done with the body. STRANKER told him that they threw
it over a cliff in Laventille, Trinidad. SUCHIT did not ask any
further questions so as not to arouse suspicion. STRANKER told
SUCHIT that he was going to leave his van with SUCHIT and that he
would be calling SUCHIT to get updates on the situation in Trinidad
regarding any news coverage concerning the kidnapping.

     STRANKER told SUCHIT that he had obtained a six month
tourist visa from the Canadian Consulate in Trinidad for travel to
Canada and that he intended on staying for that length of time.
STRANKER has a wife, approximately 56 years old, and two children
that live in Canada. STRANKER also mentioned that he planned to
cross into New York to visit a brother that lives there. SUCHIT
dropped STRANKER off at the airport and he traveled with only one
carry on bag. SUCHIT then returned to his home.

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of __DAVID SUCHIT (PROTECT IDENTITY)__ , On __10/04/2005__ , Page __9__

       After arriving in Canada, STRANKER called SUCHIT approximately three times to see if there were any updates in the Trinidad media regarding the kidnapping. Each time, SUCHIT told STRANKER there was nothing new. On one occasion, STRANKER told SUCHIT he attempted to take a ferry into New York to visit his brother, but was not permitted to do so by U.S. Immigration officials because he did not have a valid U.S. visa. STRANKER told SUCHIT that in the past, he was allowed to travel in such a manner with a Canadian visa. This attempted trip to New York occurred within one week of STRANKER's arrival to Canada.

       STRANKER only spent approximately three weeks in Canada and decided to return to Trinidad. He called SUCHIT and advised him that he would be returning and that he would call SUCHIT when he landed in Trinidad so that SUCHIT could pick him up at the airport. SUCHIT estimates that STRANKER returned to Trinidad in early June 2005, although he could not recall the specific date. STRANKER called as planned and SUCHIT picked him up from the airport. STRANKER asked, "What's the scene?" SUCHIT understood this to be an inquiry regarding any news of the kidnapping. SUCHIT told STRANKER that everything was normal. SUCHIT drove to his (SUCHIT's) residence first and got out, then STRANKER continued driving to his own residence.

       After STRANKER returned to Trinidad, he told SUCHIT that LEO LNU and his crew really wanted to kill DOREEN LNU and that he (STRANKER) "had to rub off the shot." SUCHIT understood this to mean that STRANKER had to persuade LEO LNU and his crew not to kill DOREEN LNU. Since early June 2005, SUCHIT has seen STRANKER approximately twice per month. STRANKER believes that the "scene is dead" and that nobody is pursuing the matter further. SUCHIT most recently saw STRANKER the day prior to this interview, October 3, 2005, and engaged in general conversation with no mention of the kidnapping.

       SUCHIT stated that STRANKER is an illegitimate son of WINSTON PETERS, a former parliamentary representative from Mayaro, Trinidad, for a Trinidad political party. STRANKER does not use PETERS' last name. STRANKER owns two houses in Arima, Trinidad. One is located in Samaru Village and the other in Calvary Hill. STRANKER also owns two rental houses on Main Road in Mayaro, Trinidad. He currently resides at an apartment in Mayaro Junction.

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of ___DAVID SUCHIT (PROTECT IDENTITY)___, On 10/04/2005 , Page ___10___

     SUCHIT stated that to his knowledge, STRANKER was the only person who conducted ransom negotiations on behalf of the kidnappers for the kidnapping of MAHARAJ.  SUCHIT added that STRANKER has known DOREEN LNU for a long time and he believes they have a sexual relationship.

     SUCHIT came forward to provide this information after running into NEERMAL JOHN (hereinafter JOHN) in Arima, Trinidad. JOHN is the brother of MAHARAJ and in a general, social conversation, JOHN mentioned to SUCHIT that his (JOHN's) brother had been kidnapped earlier this year.  After hearing details about the kidnapping from JOHN, SUCHIT told him that he has information regarding that situation.  JOHN told SUCHIT that the U.S. Embassy offered a $10,000 reward for information in this case and further put SUCHIT in touch with Detective Forbes of the Trinidad Police Force, Anti-Kidnapping Squad.

     SUCHIT stated that his only motivation in providing this information is money.  He stated that he will not testify regarding this information due to fear for his own personal safety and that of his family.  SUCHIT expressed a great deal of fear for his safety if his name were to be released as having provided this information.  He did, however, agree to take a polygraph examination regarding the veracity of the information he provided.

**Anti-Kidnapping Unit**
Criminal Investigations Office Tel 623-6793 Fax 624-7588
St. Vincent Street, Port of Spain

---

**From:**   #14551 p.c. Forbes

**To:**   Assistant Superintendent i/c Anti Kidnapping Unit

**Date:**   06th October 2005

**Subject:**   Information Re Report of Kidnapping of Balram Bachu Maharaj

Sir,

With reference to the aforementioned subject I hereby report the following. On 06.04.2005 the victim Balram Maharaj was abducted having returned to Trinidad on 29.03.05 5 to attend a court matter against the mother of his son Dooreen Alexander for the custody of the said child. Despite a court being in force to stay away from his son and Dooreen he still went to her apartment where he did not meet her nor his son Denish because at the time they were not at home. The following day Balram Maharaj spent the entire day at the Saaman Tree bar where he was kidnapped only returning home between 2:30pm and 3:30pm to take a shower.

On 01.09.2005 certain information was received, from an informant who wishes to remain anonymous, that implicated Dooreen   and other persons including Anderson Stranker of # 1 Church Street Samaroo Village Arima conspired to kidnap the said Balram Maharaj.

Having completed enquiries I v'e learnt that on the said day that Balram returned home from the bar ████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████

I have also been able to confirm other circumstantial peaces of the informant's information for example; The informant claimed that he had made calls to the crime stoppers program I was able to confirm that the informant did in fact call crime stoppers and did

GOVERNMENT
EXHIBIT
3



**Anti-Kidnapping Unit**
*Criminal Investigations Office Tel 623-6793 Fax 624-7588*
*St. Vincent Street, Port of Spain*

supply the said information. In addition after analysis of electronic and other information recorded during a spate of kidnappings which occurred in the North Eastern Division there has been a number of similarities including the description of the suspects there vehicle the phone numbers used in these kidnapping negotiations among other things. In conclusion it is my belief that most of this if not all is credible and if thoroughly investigated it may lead to the arrest of persons responsible for the death and kidnapping of Balram Maharaj as well as other kidnappings, which have occurred in the North Eastern Division.

**Anti-Kidnapping Unit**

*Criminal Investigations Office Tel 623-6793 Fax 624-7588*
*St. Vincent Street, Port of Spain*

---

**From:**   #14551 p.c. Forbes

**To:**      **Assistant Superintendent i/c Anti Kidnapping Unit**

**Date:**    07ᵗʰ October 2005

**Subject:** **Re Kidnapping of Balram Bachu Maharaj**

Sir,

    With reference to the affore mentioned subject. The following findings are based on information received from an informant on 01\10\05 relative to the kidnapping of Balram Bachu Maharaj.

    Prior to the abduction of the victim Dooreen Alexander has been in contact with the victim with who she has had a restraining order in force for. Dooreen Alexander has also been contact with a man known as Anderson Stranker who it is alleged conspirered with Dooreen and other persons to abduct the victim.

    Dooreen Alexander has been locked in a court battle with the victim for the custody of their son Denish, who presently resides with Dooreen at apartment # 4 Nelson Street Arima, after a documented abusive relationship. The victim two days before his abduction went to apartment # 4 Nelson Street Arima in an attempt to see Dooreen same proved futile as she was not at home it is also alleged that the victim made arrangements to meet Dooreen at the Saaman Tree bar where he was abducted by a two armed man and third who waited in a car one of the whom told the victim is you we come for.

    The attached shows phone calls from Dooreen's cell phone # 757 8702 and Anderson Stranker's cell phone # 7688899 during the kidnapping of the victim and Dorreen communicating with the home of the victim immediately there after

    The above is hereby submitted for your perusal and on ward transmittion.



GOVERNMENT
EXHIBIT

A

GOVERNMENT
EXHIBIT
5
CANDEL 800-362-0900



Homicide Bureau
Arouca Police Station
Arouca
Sunday 8 January 2006

TRINIDAD & TOBAGO
Justice of the Peace
St. George East

DAVID SUCHIT states:-

(30) years old. My Date of Birth is 15/11/1974. I live at LP 24 Belle View Drive, Oropune Road, D'Abadie. The last on the end, the road. I live there with my common law wife LEERA BOLMICHAND and my four (4) children. Her mother also brothers and one sister dwell at the same place with their children. I have been living there from birth. I went to D'Abadie Government Primary School in D'Abadie. After that I went to Malick Twenty Secondary Junior Secondary and then I went Senior Comprehensive and do tailoring in form 4 and when I went school in form 4 at Servol San Juan El Socorro Life Centre. I am a Christian but I don't really go to church. I am also of East Indian Descent. In early March 2005 I cannot recall the exact date a friend called Andy ANDERSON STRAKER. His real name is ANDERSON STRAKER but they does call him Andy for short, come by me and tell me that he have a boy name up. I was Andy in Abria and I their that he was in the Calypso in Gypsy son. Andy was a friend of my friend named DAREN who lives in La Seiva, D'Abadie and he would visit Pt. Dareh and so both of us

Continuation 1.07.12 in the Seven Identifications of David Suchit  A.W.

[signature] David Suchit 09/11/06

become tight. Andy would visit me and we would lime and he would pass and check meh at Bellview.

When he come by meh in early March, 2005 he tell meh that he know a woman who lining up a scene and first the initial stage was to kidnapp she son. The reason why she want to kidnap the son was that some man she was with, the child father end up getting a piece of money in foreign and he end up kidnapping she child and carrying him foreign and that she had a case going on right now and that she wanted to kidnap the child because the man get a piece of money and he will pay for the child. Andy told me that he was looking for someway to keep the child and if I know someway we could put the child. I end up telling him nah. Andy left and went away.

About two day after Andy come back and told me that the lady end up changing she mind because she was afraid for the child and that the child would not be able to handle that because the father had kidnap him before. So he come and say she change she mind so that she would line it up for he to kidnap the man instead who was the child father. He tell me if I could organise two men and a car to kidnap the man. The woman would bring him in a place for we to take him. Well I Andy told me to organise a car and he would check meh back. Andy then leave.

Sometime after Andy come back, could

Justice of the Peace
St. George East
2/1/06

Feb 8/11/06 David Sheikh  08/01/06

___ of the ____
St. George East



St. George East    -9/1/06

be the end of March, Andy come back in my home in Belleview and ask me if I get the car and the jewellery down to the man down here for two weeks and we have to take him for before he buy back out. I tell him no. Amy tell me what I sticking need he would come back and check me/us and he left.

About two is three days after Andy the man and up coming back and tell me that he coming back flying out and would you me? What I can't handle this stone he would organise somebody to handle the stone. The whole out again and come back again. I about two weeks after Andy come and say the woman call him and she would come down here only the woman and take him the most like in a Pub organise the two textira and then I Touching car at get it. So he say you sticking I go check somebody. Whilst Amy was there talking to me Andy vacuum a phone call of his cell and after to come off the phone he tell the woman now and the look the out as her Storn so he end up riding had read out her tell me that the new need money because he and up get Jeai money and the man will they back out but I had to be this week

St. George East

— P.465 P/14/Floyd Abolid 05/01/06

because he does just come and look for
the child.
        Andy come back about the 1st or
2nd of April, 2006 and he tell meh that
he end up organising a soldier brethren
from in Town to handle the scene and
they take the man. So Andy ask me if
I see anything in the papers. Andy
told me that the man name was BALO
MAHARAJ. So I tell him, yeah I end up
seeing it in the papers. I end up
showing him the papers and all it
say was that the man got kidnapped.
Andy tell me check the papers that he
would come back and vibes meh to see
what they say. Andy come back about
two or three days after and tell meh
that they have the man and the
man family wanted to hear the man
voice before they pay the money. Whilst
Andy was talking to me the phone ring
and he answered the phone and talk
for a little while while. Then he come
and say that DOREEN now call and
she say don't move from the $3,000,000.00
because the man family wanted to
pay the $3,000,000 three hundred
thousand and to stick with that.
Andy told me that he negotiating
with the family but they wanted to
hear the man voice before they pay
the money. Andy then tell me let
we make a turn. I get in a black
Hilux van and Andy tell me to drive. I
do not know the number offhand but
I know is Andy van and it have two
doors. Andy tell me that we going down
Morvant and when we reach down

David Suchit  03/01/06

(5)

Morvant he direct me to a street next
to Malick Senior Comprehensive School
and I drive through and
come out on a back road and
a speed bump in the road and stop by
tell me to pull aside and the
van he coming. I pull aside on the
left hand side of the road and Andy
want to a house on the same left
hand side and he spend about half
of an hour and then he come back
and when he get in the van Andy
say "Boy them fellah real beating the
man". He say they trying to
record he voice and he ain't talking
for nothing. Andy say that DOREEN tell
him that the man is an ex war
Veteran and he going down as a soldier.
I drive back up by me and I drop
off and Andy tell me that he would
pass back tomorrow for me to make a
turn with him. Andy come back the
next night and tell me that the
man family ain't want to pay no
money they want to hear the man
voice because he was talking to
them. Andy lime a little bit and then gone.
Andy come back about two days
after in the day time and say "Boy
would you believe that them fellah's
beat that man and he dead on the dey
hand". That day Andy was acting
jumpy and frightened. Andy was
sweating. It was the first time that
I see him so frightened. Andy
then tell me that he wanted me to
do something for him and he tell
meh that he wanted me to go and

David Suchit  08/01/06



Justice of the Peace
St. George East    9/1/06

tell DOREEN the man dead and if the
police come and ask she anything
just go down dey and say she dont
know nothing dont do anything
told go because he did not know if
DOREEN living. ANDY was the place where
and everything and could hardly
drive and he ask me to drive the
black Hilux. I drive up in drive the
blanket and went directly behind the drive
park as ANDY had told me to do. ANDY
will neil to walk down on the Oradise
Road side I heading in a southern
direction straight before Willies the Cuan
on the left-hand before down the street on
would see a kind swing park and I
and to call by the condo style apartment
the first and side by the apartment on the
tell me that is a red man come out
just ask him for DOREEN. ANDY
and followed the direction and I walk
went by the apartment and I call
out to DOREEN. The man come out and
the apartment and very she coming.
when a lady come outside and said pell
the door half way behind she. The
apartment is first story building
and she came out the ground floor
I ask the lady if she was DOREEN and
what Leo met if she and I told her
and Leo send the message for she
say the man dead and to hold you
Betty if the man dead and then ask you

David Hewlett
Justice of the Peace
St. George East    08/01/06

yuh tell them that you don't know anything. Then I heard DOREEN say you the same thing I tell ANDY me in business if the man dead. DOREEN say the man end up leaving a piece of money for she son and when she get it she would still handle me some money. She stand up for a while talking to me for about thirty minutes explaining to me that the man used to beat she and kick she in she belly and then he kidnap the child. I keep on repeating that if the Police come to hold your belly. A little red skin boy was by the door peeping and she call out to the child and told me that was the man Maharaj son and if you see how the man used to treat the boy. I glad he dead. DOREEN told me to tell LEO that don't worry she ain't have nothing to tell the police and when she get the money she would still give we some. DOREEN was a kind of fair skin woman E. Indian about 5 feet 6 inches with a kind of brownish shoulder length hair a kind of round face. She was not big or slim. She was just average in size. I left and went back by the van and ANDY asked me how DOREEN react when I tell she the man dead and I tell him boy that woman just normal like she glad. I get back in the van and drive and went back up home and I dropped off and ANDY left. That very night I end up calling CRIME STOPPERS and give them the information about ANDY, DOREEN and how MAHARAJ dead. I spend about an hour on the phone

SB 9/1/06 David Sushit 08/01/06

(8)

giving them the information.

Around lunchtime the next day I was home because I wasn't working I does do construction. Andy come home by me and tell men that although the man dead he going and call the family and still pelt a bluff. I get in the van and Andy tell me to pull drive. Whilst driving Andy tell me to pull in the road next to the Licensing office in Arima. He tell me that it had a phone booth on the other side of the road and I drive and park up on the road behind the Licensing Car Park. Andy get out the van and cross the road and went to the phone booth. After about a minute or so he come back in the van and he told me that them people only want to hear the man voice and they go pay. I drive back up home by me and he went he way.

I did not see or hear from Andy about a week or two and Andy come by me a day. Andy was acting real frightened only looking around his back. He told me that them fellah want he to kill DOREEN because they say she could lead the Police back to me and them fellahs and tell Vesa because they ain't get no ransom and he ain't answering he phone because they calling him right through. Andy told me that the best thing for me to do is stay inside out and let this scene cool down. He told me that them fellahs and them jumbing him right through. Andy told me when he

David Suchit  05/01/06

Justice of the Peace
Justice of the Peace
St. George East

flying out he would leave the van with
me. He told me that he was flying
out the Friday and this would be two
days after he Talk to me. Andy tell me
that LEO and them don't know DOREEN
and that is why they want he to take
care of she. Andy then left. Andy H
After Andy left I went and call
CRIMESTOPPER using my cellular phone
at 790-3301 and explain to them that
the man looking to leave the country
on Friday. I talk to CRIMESTOPPERS for
about forty-five minutes.

About 6:00pm on Friday of May
2005. I cannot remember the date
Andy come by me at Belleview and
he tell me that he want me to drop
him in the Airport. He Told me to keep
the van and that he would call me and
tell me when to pick him up and that
he was going to spend about three
Months in Canada. I took Andy to the
Piarco Airport where we met a woman
and then I saw Andy check in and
then I left driving the black Hilux.

About three weeks after Andy
call me and tell me to come and
pick him up in the Airport. I went to
the Piarco Airport and pick up Andy.
Whilst Andy was in foreign Andy called
me about three or four times and
asked me if I see anything concerning
the scene in the papers. I tell him
no. When I pick up Andy I drive up
home and drop off and Andy tell me
that he was not allowed to go to New
York with his Canadian Visa because tha
stop that and he had to come to

come back to Trinidad to get a New York Visa.

A few months after NIRMAL a man who lives up by me on the Anna Old Road come by me to smoke a weed. He recently move in the area and I get to know him on the road. I does call NIRMAL "RAMBO". That is the name we give him. Whilst smoking RAMBO tell me that he brother get kidnapped and he never hear nothing again. I asked him what was his brother name and he tell me that his brother was BALO MAHARAJ. I end up telling RAMBO that I had called CRIME STOPPERS and give them the information about the same BALO MAHARAJ because I had seen that they were paying for the information. About two days after NIRMAL bring somebody to talk to me and tell me that the man was a Police Officer. NIRMAL had told me that he would bring somebody to talk to me whilst he was smoking the weed.

I met a man who identified himself as officer FORBES and he spoke to me and he told me that he would make arrangements for me to go to the US Embassy and speak with an FBI Agent to give them a statement and he left.

About a week after that the man who identified himself as officer FORBES just show up by my home and spoke to me and told me that he wanted me to go to the US Embassy. Officer FORBES took me to the US Embassy, around the Savannah in Port of Spain. When I get there I met two men. One of the men

David Suchit 08/01/06

Justice of the Peace
Justice of the Peace
St. George East

(112)

identified himself as an FBI Agent.
They spoke to me and I explain to them
what I know about ANDY and DOREEN
concerning BALO MAHARAJ and I also told
them that he was Dead.

On Thursday 5th January, 2006
officer FORBES came to my home and
told me that he wanted me to go to
the station with him. I went with
officer FORBES to the Arouca Police Station
and then I went upstairs to an office.
As I walked into the office and see
the same lady who I had gone to
give a message in Arima called
DOREEN. I told officer FORBES that
the lady sitting there was the DOREEN
that I was talking about. DOREEN
did not say anything to me. After
a while I left the office and officer
FORBES took me back home. Before I
had went to deliver the message to
DOREEN that BALO had died I did not
know the lady before called DOREEN but
after I had given her the message I
saw her thrice in Arima. One time I
saw her in the Market and the other
time I saw her walking on the street.
I did not speak to her or contact her.
I do not know the man ANDY refer to
as LEO the ex soldier and I have never
met him.

Around 7.30am on Sunday 8th January, 2005
Police officers from the Homicide Bureau
came at my home at Belleview and spoke
to me and I went with them to the Arouca
Police station. At the office I was spoken
to and I told them what had happen and
they told me if I wanted to give a

David Suchit 08/01/06

Justice of the Peace
Justice of the Peace
St. George east

statement and I told them that I
would give a statement. I met a
female Police Officer who identified
herself as WPc Gosyne and she
interviewed me and recorded a statement
from me.

QUESTION: What is the address of the
Pub the woman had organize for Andy
to kidnap the man from?
ANSWER: I eh know the name of the
Pub but I know that it was a Pub
in El Socorro, San Juan.

QUESTION: The ex soldier brethren in
Town, Do you know him?
ANSWER: No I don't know the man.

QUESTION: When Andy took you to Arima
and ask you to deliver a message to
the lady called DOREEN from Leo. Do
you know who Leo was?
ANSWER: No, I don't.

David Suchit 08/01/06

I hereby certified having recorded this
statement from DAVID SUCHIT of LP. 74 Belleview
Drive, Old Arima Road, Arima at the The
Homicide Bureau Office, Arouca Police Station
Arouca during the period 3.15pm and
6.00pm on Sunday 8th January, 2005. He
read it over aloud, said that it was
correct and signed each sheet of
paper and put the date.

Gosyne WPc 13158
8/1/06.

Justice of the Peace
Justice of the Peace
St. George East

## STATUTORY DECLARATION

The Republic of Trinidad and Tobago
Statutory declaration
Chap. 7:04

I ........ *DAVID Suchet* ................................................

Age ........ *32 yrs* ........ occupation ........ *Builder* ............

of ........ *LP #74 Belle Vue Drive* ............................

........ *Old Arima Road D'abadie* ............

in the County of St. George West, solemnly and sincerely
declare as follows:

1.    That the paper writing now produced and shown to me
with the 'A' and numbered pages (1) to *IX* contains my
statement given to

........ *#13158 W.P.C. Gosyne* ............................

at the ........ *Arouca Police Station* ............

on ........ *8/1/06* ............ at *3.15 pm* and *6.00 pm* ̶a̶m̶/pm

2.    That the statement made herein is true and correct to
my knowledge, information and belief.

3.    That no promises or threats were made to me, nor any
force used to me to induce me in any way to give the said
statement which I have signed.

4.    I have made this statement voluntarily and on my own
free will.

I make this declaration conscientiously believing the same
to be true and according to the Statutory Declaration Act,
and I am aware that if there is any statement in this
declaration which I know or believe to be false or do not
believe to be true, I am liable to fine and imprisonment.

Signed: ̶X̶   *David Suchit* ............................
                         Declarant

Declared before me, this ........ *9th* ........ day of ........ *January 2006* ....

Signed ........ ............................
        Justice of the Peace
        Justice of the Peace
        St. George East

GOVERNMENT
EXHIBIT
6

Homicide Bureau of Investigations
Five Rivers Junction Arouca

DAVID SUCHIT further states,

I went to the D' abadie Primary for about seven (7) years and ah write de common entrance exam in 1983 and ah pass for Morvant Laventille Junior Secondary School, ah spend three (3) years there and then ah write de Fourteen Plus Exam in 1986. In September of that year ah pass for Malick Senior Comprehensive School, ah went Malick for about six (6) months and den I drop out of school. After I drop out of school I went to work at Anand and Brothers Auto Supplies where I use to wash car, dat was on de Eastern Main Road in Tunapuna. I work there for about three (3) years from 1987 to about 1990. I was den committed to the Youth Training Center in 1990 when ah did get charge for House Breaking and Larceny, while ah was in Y.T.C. I did tailoring and barbering and ah get certificates for de both ah dem. Ah come out ah Y.T.C. in 1993. From 1993 to present I did construction work as de position of ah builder and sub-contractor right now I still into construction and I does get pay on ah weekly basis. When I get my salary ah does save it up and buy groceries monthly, dat does come up to about $2,000.00 ah month. Ah does give meh mudder $100.00 every week to pay for my children transportation for school, ah doh lime and I doh drink. Out ah my four children two does go to school to de Arima West Government School and de other two doh go to school because dey too small. One is three (3) years and de other is two (2) months. In March ah 2005 ah cannot remember de exact date but base on my association with my friend ANDERSON STRAKER I hear about de kidnapping of BALRAM MAHARAJ who died sometime after dat. I then give de information I know about dat whole kidnapping ting to de police. Based on de information I give to de police some people was arrested and I believe dat base on de arrest of dem people dey now know dat they were arrested because ah de information I give to de police, because ah dat I now afraid for my life and de life of my wife and my four children. Since after dat strange cars with

GOVERNMENT
EXHIBIT
7

strange people keep coming by my house and asking around for me and my family and dem doh know dem fellas and dem at all. I hear about de witness protection programme after I give de information I had to de police about de kidnapping and murder of BALRAM MAHARAJ and I now real interested in having myself and my family in de programme. I want to believe we go be safe in de programme. My uncle own ah place at 12 ½ mm blanchisseusse dat I believe I could take my family to where we go be safe. Dat house have everything me and my family need to survive and ah believe we go be safe dey. My uncle name is SUNIL ah cyar remember he last name but ah know he is ah gardener, he does plant and sell in de market.

*David Suchit*

DAVID SUCHIT

HOMICIDE BUREAU OF
INVESTIGATIONS
FIVE RIVERS JUNCTION
AROUCA
26TH JANUARY 2006.

**DAVID SUCHIT** states,

I am thirty-two (32) years of age, I was born on the 15th January 1974, I was born at Port of Spain General Hospital and grew up at Lp.74 Belle-vue Drive Old Arima Road D'Abadie. I have no legal obligations; my debts include a fine that was imposed on me when I was charged in April 2004 for Possession of Marijuana. I think I still owing about ah thousand dollars on that. As far as I know dat is de only debt I have owing. Other than dat in January 1990 ah cyar remember the exact day ah was ah state witness against meh cousins STEVE and VIJAY MUNGROO and PHILLIP CHITALAL for de murder of EDMOND MITCHELL dey were condemned sometime in 1996 in de San Fernando court. In February 1990 ah cyar remember de exact day ah was charge for Breaking and Entering ah was Sixteen (16) years at de time and ah get three (3) years in YTC in de Arima Court dat was in July 1990 and ah was released from YTC in July 1993. In September 1994 ah was charged for Kidnapping and udder Robbery related offences in de Port of Spain Magistrate Court and dat matter was dismissed in 1997. In 1999 ah was charged for Larceny of a Motor Vehicle in de Arima Court and dat matter was dismissed in 2002. In April of 1999 ah was charged for Robbery with Aggravation and twelve (12) days after dat matter was dismissed. In August 2000 ah was again charged for Larceny of two (2) Motor Vehicles one was dismissed in 2004 and de udder in 2005 in de Arima Court. Around de same time dey hold meh with those two Motor Vehicles ah was charged with Possession ah Marijuana de same time. De Marijuana matter ah was fined Two Thousand Dollars ($2000.00) in 2001 ah cyar remember de month or date and ah pay dat fine. Meh last case was in April 2004 when ah was charged again for Possession ah Marijuana dat is when ah get fine Twenty-five Hundred Dollars ($2500.00) and ah pay it  and dat is what ah was telling yuh earlier dat ah still think ah owing ah Thousand Dollars ($1000.00). I have never had any involvement in any Civil Matters. Ah have two bank accounts one in Royal Bank Arima and de udder in First Citizens Bank Arima, dem account have no money in it, I think dey cancel it. Right now I doh own no property de only thing dat is mine is ah Black Mazda 626 ah cyar remember de registration number dat ah pay Seven Thousand Dollars ($7000.00) for. Ah buy dat car from EARLIN STRAKER dat is ANDERSON STRAKER aunt, she living some way in JP lands Valencia. Right now I doh have notting dat anybody could come and repossess I not owing anybody anything, also ah not involve in any business where ah could receive money. Ah is ah Mason by trade ah was never certified ah does just do it to earn ah dollar. Is ah long time since ah went to de doctor but ah not suffering from any sickness as far as I know I healthy. I live with my wife LEERA BALKARAN age Twenty-five (25) and my four (4) children STEPHANIE SUCHIT age Eight (8), SAMANTHA SUCHIT age Seven (7), MIGUEL SUCHIT age Three (3) and SACHE SUCHIT age Two (2) months. I doh have any court order in de court about any criminal



GOVERNMENT
EXHIBIT

matter, also ah doh have any court order concerning meh children. All my mail and any letters does come to my address through de normal mail ah doh have any lawyer dat does represent me in de court neither did de court give any judgment in meh favor about compensation for anything, neither did de court put me on any bond or anything like dat. As ah said before I in good health and ah could cook meh own food and do any cleaning and wash meh own clothes.

**DAVID SUCHIT**

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    02/18/2006

    On January 17, 2006, DAVID SUCHIT **(PROTECT IDENTITY)**, date of birth January 15, 1974, place of birth Port of Spain, Trinidad, cellular telephone number 868-737-1734, was interviewed at the Arouca Police Station in Arouca, Trinidad.  After being advised of the identities of the interviewing agents and the purpose of the interview, SUCHIT provided the following information:

    Shortly after the arrest of ANDERSON STRAKER (hereinafter STRAKER) in early January 2006, STRAKER's cousin, alias Bones, came to see SUCHIT and asked him what happened with the police and FBI because Bones knew that SUCHIT had been arrested and released.  SUCHIT told Bones that he had a warrant and the police arrested him because of that.  SUCHIT also told Bones that the police showed him a photo of himself with STRAKER and asked if he knew STRAKER.  SUCHIT said he knew STRAKER, but did not know anything about any kidnapping.  No threats were made by Bones on this date.

    Approximately three weeks ago, three unidentified males (UM's) went to SUCHIT's house in Arima and told his mother and common-law wife that they were looking for SUCHIT, but he was not home at the time.  They did not leave any message and did not make any threats at that time.  Within the last week, two UM's have gone to SUCHIT's residence looking for him approximately three times.  They started coming in the daytime, but most recently went looking for him at 11:00 p.m.  Again, they left no message for him.

    Since STRAKER's arrest, SUCHIT stopped working and moved to a relative's house for his own safety.  He previously worked in construction.  SUCHIT also stated that the kidnapping victim's brother, NEERMAL JOHN, is causing problems in Arima near SUCHIT's residence because JOHN likes to run his mouth about SUCHIT's partner, STRAKER, having been the one who kidnapped and killed his brother.  This has brought unnecessary attention upon SUCHIT.

    The TRINIDAD & TOBAGO POLICE SERVICE (TTPS) is currently trying to get SUCHIT into their witness protection program.  SUCHIT has given a statement to the TTPS regarding his knowledge of the kidnapping of BALRAM BACHU MAHARAJ and is expected to testify at court proceedings in Trinidad.  SUCHIT stated that he does not want to be in witness protection in Trinidad and would rather be in that

Investigation on    02/17/2006    at    Arouca, Trinidad

File #  256C-MM-106219, 256C-MM-106219-302          Date dictated

    SA WILLIAM T. CLAUSS II/wtc
by  SA EDGAR CRUZ

**GOVERNMENT EXHIBIT**

9

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

256C-MM-106219, 256C-MM-106219-302

Continuation of FD-302 of _____DAVID SUCHIT **(PROTECT IDENTITY)**_____ , On 02/17/2006 , Page ___2___

system in the United States.  SUCHIT admitted he had two criminal
convictions for possession of marijuana for which he was fined
$1000 Trinidad dollars and $3500 Trinidad dollars, respectively,
for each conviction.  On the latter, he still owes $2000 Trinidad
dollars.  Other than that, he has no pending criminal matters.
SUCHIT has a six year old niece that lives in Brooklyn, New York
with her grandmother.  He also has an uncle, MOHAN Last Name
Unknown (LNU) who resides in Miami.  His common-law wife has an
aunt that lives in the New York City area, but he does not know her
name.

The interviewing agents explained to SUCHIT that they
would explore any programs available to him in the United States,
but no guarantees were made.  SUCHIT was advised to cooperate with
the TTPS and their efforts to provide for this safety in their
system for the time being.

The statement given by SUCHIT on 10/04/2005 was reviewed
with him.  In that statement, he said that after STRAKER first
contacted him regarding the kidnapping plan, he agreed to
participate and considered approaching TONY LNU and ANDRE HUGGLEY
to assist him.  He later changed his mind because his common-law
wife was pregnant at the time and he decided not to go through with
the plan.  He never approached TONY LNU and HUGGLEY.  STRAKER later
advised him that he got another crew to do the kidnapping.

SUCHIT mentioned LEO LNU in his previous statement.  He
admitted that he knew the true identity of this person to be LEON
NURSE aka Leo, but he did not previously indicate as such because
of fear of NURSE.  In his previous statement, SUCHIT said that on
one occasion, STRAKER picked him up and they drove to a house on
Coconut Drive in Morvant.  SUCHIT clarified that as they were
driving en route to this house, STRAKER was telling him that "them
fellas are really beating the man."  His previous statement
appeared to indicate that STRAKER made that comment after entering
the house and exiting approximately 30 minutes later.  SUCHIT said
that this house belonged to NURSE and that STRAKER did in fact go
inside the house for approximately 30 minutes while SUCHIT stayed
in the vehicle.

STRAKER later exited the house with NURSE and two UM's.
The four of them talked briefly outside the house, while SUCHIT
observed them from inside the vehicle.  When they finished talking,
STRAKER came back to the vehicle and they left.

FD-302a (Rev. 10-6-95)


256C-MM-106219, 256C-MM-106219-302


Continuation of FD-302 of ___DAVID SUCHIT **(PROTECT IDENTITY)**___ , On 02/17/2006 , Page ___3___

     In his previous statement, SUCHIT stated that he accompanied STRAKER on one occasion to a public phone booth in Arima where STRAKER exited the vehicle, placed a short call, then got back into the vehicle and told SUCHIT that the victim's family wanted to hear the victim's voice. At this time, STRAKER did not tell SUCHIT if he had called the victim's family and received this information or if he called one of the other kidnapping conspirators who provided the information. At some other point, STRAKER told SUCHIT that he was making calls to the victim's family.

     Regarding the day when STRAKER asked SUCHIT to go to the residence of DOREEN LNU and deliver the message that the victim had died, SUCHIT reaffirmed that the main purpose of informing her was to tell her to keep her mouth closed in the event the police came to talk to her. During that encounter, SUCHIT told DOREEN LNU that NURSE wanted to know "what's the scene?" SUCHIT stated that STRAKER told him that DOREEN LNU had spoken to NURSE via telephone, but SUCHIT is unsure if DOREEN LNU and NURSE ever met in person. SUCHIT also reaffirmed that DOREEN LNU appeared happy at learning the news that the victim was dead.

     STRAKER later told SUCHIT that NURSE and his crew wanted STRAKER to kill DOREEN LNU. Later in approximately December 2005, STRAKER came and told SUCHIT that NURSE and his crew now also wanted to kill STRAKER. At that point, STRAKER was moving from place to place in an effort to hide from NURSE.

     SUCHIT stated that NURSE is a current member of the TRINIDAD & TOBAGO DEFENSE FORCE (TTDF). He met NURSE a while before the kidnapping of MAHARAJ through STRAKER. SUCHIT stated that it is NURSE that he fears and not STRAKER or DOREEN LNU. He believes it is people associated with NURSE that have been coming to his house looking for him.

     SUCHIT identified his immediate family members as follows: Common-law wife LEERA BALKERRAN, age 25; child STEPHANIE DIAMH SUCHIT, DOB: 04/04/1996; child SAMANTHA DIAM SUCHIT, DOB: 05/28/1997; child MEGUEL BARRY SUCHIT, DOB: 07/24/2002; and child SACHA SOOCAM SUCHIT, DOB: 12/12/2005.

HOMICIDE BUREAU
AROUCA POLICE STATION
AROUCA
Wednesday 1st March, 2006.

DAVID SUCHIT further states,

On Sunday 8th January, 2006 I gave a statement to the police and I would now like to clarify that when I went down to Morvant driving Straker black Hiws van whilst driving, Straker was talking and telling me that the family wanted to hear the man voice and that them men and them was real beating the man and that the man eh talking at all and that they were trying to record the man voice. When we arrived at Morvant and I drive in a street next to the Malick Senior Comprehensive School and stopped the van. I awaited in the van and STRAKER went to a house on the left side of the road. After about half an hour I see STRAKER, a man called LEON NURSE who they does also called LEO and two other men who I do not know and have never seen before. I just make out LEON NURSE because that's not the first time I see him. The first time I see him was when STRAKER come do check me about a few months before the kidnapping and I meet NURSE and STRAKER tell meh that was he soldier brethren. Both of them stay by meh for about half of an hour and then they left. The next time I see LEON nurse was a time I bounce STRAKER and him

David Suchit ~~~~ 01/03/06

GOVERNMENT
EXHIBIT
10

in Arima and we talk and then they left. That was for about half an hour again. The first time when I meet LEON NURSE, Andy told meh that he was his soldier brethren who was going to line up the shot for meh lil brother to get in the army and that is how I know that LEON NURSE was still in the army.

When STRAKER had gone to the phone booth in Arima by the Licensing Office when he come Back He did not tell meh if he had called the family or he partners involved in the kidnapping.

David Suchit 28/03/06

I hereby certified having recorded this statement from DAVID SUCHIT of LP. 14 Belleview Drive, Old Arima Road, Arima at the HOMICIDE BUREAU Office, Arouca Police Station, Arouca during the period 8.05 am and 8.50 am on Wednesday 1st March, 2006 He read it over aloud, said that it was correct and signed each sheet of paper and put the date.

Payne WPC 13158
1/3/06.

TRINIDAD & TOBAGO

DANIEL T. BABOOLAL
Ex Officio
Commissioner of
Affidavits
17B St. John Road,
St. Augustine
Tel: 663-2676
JUSTICE OF THE PEACE

Local Herbal Medicine    50¢

BA Economics and
Sociology T.C.T

Wit 44 - 44E          ㉙     $3800·00.

# HOMICIDE BUREAU OF INVESTIGATIONS



### POLICE HEADQUARTERS
### COR. ST. VINCENT & SACKVILLE STREETS
### PORT OF SPAIN.

**Tel: 625-2877  Fax: 624-8977**



## RECEIPT

RECEIVED FROM ......*Witness Protection Programme*..........

THE SUM OF ......Two Thousand Three Hundred Dollars......

FOR ......Groceries..........................

44-44E
**Witness Number**

David Sluchit 01/03/06
**Witness Signature/Date**

01-03-06
**Witnessed By/Date**

SUPERINTENDENT
HOMICIDE BUREAU OF INVESTIGATIONS

GOVERNMENT
EXHIBIT

11

# HOMICIDE BUREAU OF INVESTIGATIONS



### POLICE HEADQUARTERS
### COR. ST. VINCENT & SACKVILLE STREETS
### PORT OF SPAIN.

### Tel: 625-2877  Fax: 624-8977



## RECEIPT

RECEIVED FROM ......*Witness Protection Programme*......

THE SUM OF ......One Thousand Five Hundred Dollars......

FOR ......Subsistence......

<u>HN - 44E</u>
**Witness Number**

*David Suchit* 01/03/06
**Witness Signature/Date**

_____ 01-03-06
**Witnessed By/Date**

SUPERINTENDENT
HOMICIDE BUREAU OF INVESTIGATIONS



GOVERNMENT
EXHIBIT
12

## STATUTORY DECLARATION

The Republic of Trinidad and Tobago
Statutory declaration
Chap. 7:04

I ........ *David Sookhi* .................................................

Age ..... *32 yrs* .............,occupation ... *a sub contractor* .......

Of ... *Bellevian Drive 6/8 Arima Road St Abair* ..............

........................................................................

in the County of *St George* .......... solemnly and sincerely
declare as follows:

1.   That the paper writing now produced and shown to me
with the 'A' and numbered pages (1) to (-) contains my
statement given to

...... *Woman Police Constable Mitchell Seyne* ............

at the ........ *Arima Arouca Arouca Police Station* ..........

on ...... *the 3rd of March 2006 the Arouca Police Station* ... *during 8:55am at 9:50am* ... a.m./p.m.

2.   That the statement made herein is true and correct to
my knowledge, information and belief.

3.    That no promises or threats were made to me, nor any
force used to me to induce me in any way to give the said
statement which I have signed.

4.    I have made this statement voluntarily and on my own
free will.

I make this declaration conscientiously believing the same
to be true and according to the Statutory Declaration Act
and I am aware that if there is any statement in this
declaration which I know or believe to be false or do not
believe to be true, I am liable to fine and imprisonment.

Signed:..... *David Sookhi* ................................................

Declarant

Declared before me, this .... *3rd* .... day of .... *March 2006* ....

Signed:..... *Jimmie S. Salvator* ......................................

Justice of the Peace

GOVERNMENT
EXHIBIT
13

BA Economics and
Sociology T.C.

(28)  $3,800.00

# HOMICIDE BUREAU OF INVESTIGATIONS



**POLICE HEADQUARTERS**
COR. ST. VINCENT & SACKVILLE STREETS
PORT OF SPAIN.

**Tel: 625-2877  Fax: 624-8977**



## RECEIPT

RECEIVED FROM .......... *Witness Protection Programme* ..........

THE SUM OF .......... Two Thousand, Three Hundred Dollars ..........

FOR .......... Groceries ..........

44-44E
**Witness Number**

David Suchit  04/04/06
**Witness Signature/Date**

SUPERINTENDENT
HOMICIDE BUREAU OF INVESTIGATIONS

Montgomery Freeman 14837  4/4/06
**Witnessed By/Date**


GOVERNMENT
EXHIBIT
14

# HOMICIDE BUREAU OF INVESTIGATIONS



**POLICE HEADQUARTERS**
COR. ST. VINCENT & SACKVILLE STREETS
PORT OF SPAIN.

Tel: 625-2877   Fax: 624-8977



## RECEIPT

RECEIVED FROM ...... *Witness Protection Programme* ......

THE SUM OF ...... One Thousand  Five Hundred Dollars ......

FOR ...... Subsistence ......

# 44-44E
**Witness Number**

SUPERINTENDENT
HOMICIDE BUREAU OF INVESTIGATIONS

David Sluchit  04/04/06
**Witness Signature/Date**

Montgomery Trooman 14877  4/4/6.
**Witnessed By/Date**



GOVERNMENT
EXHIBIT
15

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    07/03/2006

     On June 28, 2006, DAVID SUCHIT, date of birth January 15, 1974, place of birth Port of Spain, Trinidad, of 74 Belleview Drive, Old Arima Road, was extradited to the United States.  The undersigned agents received custody of SUCHIT from Sergeant Wendell Williams of the Interpol Office in Trinidad.

     SUCHIT was indicted by a federal grand jury in Washington, D.C. on April 26, 2006 for violation of Title 18, United States Code, Section 1203(a), Hostage Taking Resulting in Death and Conspiracy to Commit the same offense.  SUCHIT voluntarily waived his formal extradition hearing and agreed to be taken to the United States.  SUCHIT also signed a waiver allowing agents to transport him to the District of Columbia to face the charges in the district in which he was indicted, rather than being taken before a magistrate in Miami.  The following is a log of the events on the day of his extradition:

| | |
|---|---|
| 10:38 am: | SUCHIT arrived at the Port of Spain International Airport (POS) after being transported by Interpol officers.  The undersigned agents then signed a remand warrant from Sgt. Williams, accepting custody of SUCHIT. |
| 10:40 am: | SUCHIT signed an FD-395, Advice of Rights Form. |
| 11:05 am: | SUCHIT was permitted a visit by his family members prior to departure.  The following individuals visited him: SOOGAN SUCHIT, LEERA BALKARAN, MIGUEL SUCHIT, STEPHANIE SUCHIT, SACHA SUCHIT and SAMANTHA SUCHIT. |
| 11:45 am: | SUCHIT was offered food and drink, which he accepted. |

Investigation on    06/28/2006    at   Port of Spain, Trinidad

File #   256C-MM-106219, 256C-MM-106219-302        Date dictated

     SA WILLIAM T. CLAUSS II/wtc
by   SA EDGAR CRUZ

**GOVERNMENT EXHIBIT**

16

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

256C-MM-106219, 256C-MM-106219-302

Continuation of FD-302 of _____ DAVID SUCHIT _____ , On 06/28/2006 , Page __2__

| | |
|---|---|
| 12:20 pm: | Boarded American Airlines Flight 1818. |
| 12:45 pm: | Flight 1818 departed POS Airport. |
| 5:06 pm: | Flight 1818 arrived at Miami International Airport (MIA). Deplaned aircraft and processed SUCHIT into the United States at MIA with Customs and Border Protection (CBP) officers. SUCHIT was issued I-94 Form Number 50256821112. |
| 6:45 pm: | SUCHIT was allowed to make a telephone call to LEERA BALKARAN at telephone number 868-388-4044. |
| 7:52 pm: | American Airlines Flight 1034 departed to Washington-Reagan National (DCA) Airport. |
| 10:05 pm: | Flight 1034 arrived at DCA Airport. Departed DCA en route to FBI Washington Field Office (WFO) for booking procedures. |
| 10:27 pm: | Arrived FBI WFO. SUCHIT processed into system. SUCHIT was allowed to place another call to LEERA BALKARAN at the aforementioned telephone number. |
| 11:35 pm: | Departed FBI WFO to D.C. Central booking facility. |
| 11:37 pm: | Arrived at D.C. jail and relinquished custody of SUCHIT to jail personnel. |

SUCHIT signed the FD-395, Advice of Rights Form, after arriving at the Port of Spain International Airport and agreed to

FD-302a (Rev. 10-6-95)

256C-MM-106219, 256C-MM-106219-302

Continuation of FD-302 of ____DAVID SUCHIT_____ , On _06/28/2006_ , Page ___3___

      speak to the transport agents.  Prior to boarding the aircraft,
Sgt. Williams provided the transport agents with an Emergency
Certificate issued by the Immigration Department of the Republic of
Trinidad and Tobago indicating that SUCHIT is a citizen of Trinidad
and Tobago and authorized to re-enter the country after his travel
to the United States.

      SUCHIT stated that since he has been in custody in
Trinidad, he has received numerous threats.  ANDERSON STRAKER and
RICARDO STEVENSON aka Stevo both threatened to kill SUCHIT if he
consented to be extradited to the United States.  Further, they
stated that if they could not get to SUCHIT, they would kill his
family.  SUCHIT has also received similar threats from other
prisoners unknown to him.

      STEVENSON also told SUCHIT that he has a relative who is
a police officer who was working on this investigation with
Corporal Lucas and that this relative was passing information to
STEVENSON about SUCHIT's cooperation with the police.  STEVENSON
said he knew that SUCHIT made a call to Crimestoppers early in the
investigation and that SUCHIT was going to be a witness for
Corporal Lucas.  STEVENSON told SUCHIT that before he (SUCHIT) was
arrested, they were looking for SUCHIT to kill him.

      SUCHIT also stated that DOREEN ALEXANDER told the
soldiers (RICARDO DE FOUR, LEON NURSE and STEVENSON) that SUCHIT
set her up because he pointed her out at the police station when
she was first arrested.

      On one occasion, another prisoner named QUINCY SAMUEL
brought a knife from prison to the holding cell at the courthouse.
SAMUEL showed the knife to SUCHIT and told him to go to court and
state that he does not know any of the accused subjects and that he
(SUCHIT) was not going to be a witness.  SAMUEL told SUCHIT that if
he failed to do this, he would be killed.  This occurred on his
most recent court date prior to the hearing on June 26, 2006 in
which he consented to the extradition.

      SUCHIT stated that on numerous occasions, he requested a
court appearance separate from the other co-accused, but his
request was never granted.  SUCHIT wanted to appear separately so
he could have consented to the extradition much earlier, but was
scared to do so in front of the other accused subjects due to the
threats he had received.

FD-302a (Rev. 10-6-95)

256C-MM-106219, 256C-MM-106219-302

Continuation of FD-302 of _____DAVID SUCHIT_____ , On 06/28/2006 , Page ___4___

        SUCHIT told the interviewing agents that he wishes to continue cooperating with the investigation and will do so upon his arrival in Washington, D.C.

        Enclosed in the attached FD-340 are the following items:

- FD-395, Advice of Rights Form
- Waiver to be taken to District of Columbia
- Copy of Metropolitan Police Department Arrest Report
- Three fingerprint cards
- Form I-94, Number 37525916112
- Remand Warrant from Trinidad & Tobago Attorney General
- Emergency Certificate- Trinidad & Tobago Immigration Department

FD-395 (Rev. 11-5-02)

# ADVICE OF RIGHTS

Place _PORT OF SPAIN, TRINIDAD_
Date _06-28-06_
Time _1040 AM_

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

I have read this statement of my rights and I understand what my rights are.  At this time, I am willing to answer questions without a lawyer present.

Signed _David Suchit_
_DAVID SUCHIT_

Witness: _____, FBI, MM

Witness: _____, F.B.I, MM

Time: _1052 AM_

GOVERNMENT
EXHIBIT
16-A

9/30/2005

*→ INFORMANT Call I.B.C.*

*Suchit's Crime Stoper Calls*

| Calling Number | Equipment Number | Called Number | Start Date & Time | End Date & Time | Duration | Call Value | Start Cell | End Cell |
|---|---|---|---|---|---|---|---|---|
| 7933301 | 08113345291 | 6678509 | 2005/05/04 07:11:27.00 | 2005/05/04 07:11:41.00 | 00:00:14 | 1 | 149 | 149 |
| 7933301 | 08113345291 | 6678509 | 2005/05/04 07:13:11.00 | 2005/05/04 07:13:12.00 | 00:00:01 | 1 | 267 | 267 |
| 7933301 | 08113345291 | 6678509 | 2005/05/04 07:13:25.00 | 2005/05/04 07:13:31.00 | 00:00:06 | 1 | 267 | 149 |
| 7933301 | 08113345291 | 8008477 | 2005/05/05 21:45:27.00 | 2005/05/05 22:01:45.00 | 00:16:18 | 21 | 149 | 149 |
| 7933301 | 08113345291 | 8008477 | 2005/05/05 22:14:21.00 | 2005/05/05 22:14:28.00 | 00:00:07 | 1 | 149 | 149 |
| 7933301 | 08113345291 | 8008477 | 2005/05/05 22:14:47.00 | 2005/05/05 22:20:24.00 | 00:05:37 | 8 | 149 | 149 |
| 7933301 | 08113345291 | 8008477 | 2005/05/05 22:20:51.00 | 2005/05/05 22:21:57.00 | 00:01:06 | 3 | 149 | 149 |

↑
*Suchit*
*Cell*

↑ *CRIMESTOPPERS*

**GOVERNMENT EXHIBIT**
17