UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )
                              )
v.                            ) CRIMINAL No. 06-102-02 (JDB)
                              )
                              )
DAVID SUCHIT, et al.          )
                              )
            Defendants        )

DECLARATION OF MICHELLE BERNIER-TOTH

I, Michelle Bernier-Toth, hereby depose and say as follows:

1. I am the Acting Managing Director of the Directorate of Overseas Citizens Services ("OCS") of the Bureau of Consular Affairs in the United States Department of State. I make this declaration based on information available to me in my official capacity.

2. OCS is responsible, inter alia, for receiving and transmitting requests for international judicial assistance under 28 USC 1781 (See 22 CFR Section 92.67), as well as for other legal assistance requests that foreign States may make via the diplomatic channel to the United States, including those for which assistance may be available under 28 USC 1782.


GOVERNMENT EXHIBIT A

3. Article 5 of the Vienna Convention on Consular Relations, to which both the United States and Trinidad and Tobago are parties, provides that "transmitting judicial and extra-judicial documents or executing letters rogatory or commissions to take evidence for the courts of the sending State in accordance with international agreements in force or, in the absence of such international agreements, in any other manner compatible with the laws and regulations of the receiving State" is a recognized consular function provided for by that Convention.

4. Letters rogatory are requests for international judicial assistance from courts in one country to the appropriate judicial authorities of another.

5. OCS has confirmed with Mr. David West, Head of the Central Authority Unit for the Attorney General's Office of the Republic of Trinidad and Tobago, that the courts of Trinidad and Tobago will accept letters rogatory from courts in the United States.

6. If requested, OCS would transmit a letter rogatory from the U.S. District Court to the government of Trinidad and Tobago via the diplomatic channel for further transmission to the appropriate judicial authorities of that country.

7. The Department of State would be pleased to assist the U.S. District Court in any further questions the Court may have regarding judicial assistance in Trinidad and Tobago.

    I declare under penalty of perjury that the foregoing is true and correct (28 USC 1746).

*Michelle Bernier-Toth* (signature)
Michelle Bernier-Toth

Executed in Washington, D.C.

December 7, 2006