**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-102-02 (JDB)** |
| | ) | |
| **DAVID SUCHIT** | ) | |
| | ) | |
| **Defendant.** | ) | |

## EXHIBITS TO MOTION TO SUPPRESS

The Defendant hereby submits the attached exhibits to his Motion To Suppress Statements as follows:

1. Exhibit A    Press Release of the United States regarding reward

2. Exhibit B    Article entitled "US $10,000 Reward For Kidnap Victim's Release

3. Exhibit C    Statement taken in U.S. Embassy on October 4, 2005 by FBI Agent

4. Exhibit D    Statement taken at Arouca Police Station on January 8, 2006 by T/T Police (typed version, not witnessed)

5. Exhibit E    Statement taken at Arouca Police Station on January 8, 2006 by T/T Police (hand-written copy made before Justice of the Peace

6. Exhibit F    Statement taken at Arouca Police Station on January 17, 2006 by FBI Agent

7. Exhibit G    Statement taken at Arouca Police Station on March 3, 2008 by T/T Police before Justice of the Peace

8. Exhibit H    Statement taken at Airport or on plane on June 28, 2006 by FBI Agent

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C.   20004
(202) 393-0007

EXHIBIT A

## PRESS RELEASE

7-9 Marli Street
Port of Spain
Trinidad & Tobago
Tel: (868) 622-6627/5979
Fax: (868) 628-7944

# UNITED STATES EMBASSY
### PUBLIC AFFAIRS SECTION

April 27, 2005

### US Government offers reward for information on US citizen Balram Maharaj

On April 6, 2005, Balram Bachu Maharaj, a United States citizen was kidnapped from the Samaan Tree Bar in Aranguez while on vacation in Trinidad. Mr. Maharaj is an elderly man in poor health and in need of multiple prescribed medications. To date, no major developments have occurred with regard to his release by the kidnappers despite multiple pleas by his family members.

The United States government is now offering a reward for US$10,000 for information leading to the location of Mr. Maharaj, as well as the arrest and conviction of those responsible for the kidnapping.

Anyone with information concerning the whereabouts of Mr. Maharaj and the persons responsible for his kidnapping are urged to contact the Anti-Kidnapping Squad via Crimestoppers at 800-TIPS.

EXHIBIT B



**Thursday 28th April, 2005**

# US$10,000 reward for kidnap victim's release

Search Our Site!
Home
News
Business
Sports
Finance

Editorial
Commentary
Opinion

Features
Entertainment
Photo Gallery

Sports Arena
Womanwise
Business Guardian
Guardian In Education

Letters
Online Community
Death Notices

Advertising
Classified Ads
Jobs in T&T
Contact Us

Archives
Privacy Policy



**Balram Maharaj**

The United States Government is now offering a US$10,000 reward to anyone who can provide information leading to the safe release of kidnap victim Balram "Balo" Maharaj, and the arrest and conviction of his abductors.

In a release yesterday, the US Embassy also urged anyone with information on the kidnapping to contact the Anti-Kidnapping Squad via Crimestoppers at 800-TIPS.

Maharaj, 62, a Trinidadian now resident in the US and a US war veteran, was snatched from the Samaan Tree Bar in Aranguez on April 6.

According to police reports, Maharaj, who was here on a two-week vacation, was approached by an armed man who bundled him into a waiting car.

A $3-million ransom demand was subsequently made for his safe release.

His family has made several pleas to his abductors to release him, saying he is very ill.

Maharaj is one of four kidnap victims who are still in the hand of their abductors.

The other victims are Venezuelan Daniel Lopez, Kalipersad "Ravi" Maharaj and Chris Elves, who were abducted on April 13, March 16 and February 10

Case 1:06-cr-00102-JDB        Document 46-2        Filed 11/13/2006        Page 7 of 56

respectively.

©2004–2005 Trinidad Publishing Company Limited

Designed by: Randall Rajkumar-Maharaj · Updated daily by:
Sheahan Farrell

EXHIBIT C

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    10/05/2005

     On October 4, 2005, DAVID SUCHIT (**PROTECT IDENTITY**), date of birth January 15, 1974, place of birth Port of Spain, Trinidad, of 74 Belleview Drive, Old Arima Road (Lightpole), Arima, Trinidad, cellular telephone number 868-793-3301, was interviewed at the U.S. Embassy in Port of Spain, Trinidad.  Also present for the interview was Detective Phillip Forbes of the Trinidad Police Force, Anti-Kidnapping Squad.  After being advised of the identities of the interviewing agents and the purpose of the interview, SUCHIT provided the following information:

     SUCHIT has known ANDERSON STRANKER aka Andy (hereinafter STRANKER) since childhood and they both live in the Arima area.  In early March 2005, STRANKER approached SUCHIT and told him that a woman named DOREEN Last Name Unknown (LNU) asked STRANKER to do an easy kidnapping for her of a man whose last name was MAHARAJ.  DOREEN LNU told STRANKER that MAHARAJ was a former Army soldier who had received a large sum of money from the United States government as a result of a work-related injury sustained by falling off a ladder.  DOREEN LNU told STRANKER that she would set up a location for the kidnapping to take place, namely the STADIUM PUB, across from the Arima stadium.  DOREEN LNU told STRANKER that she had ongoing child custody problems with MAHARAJ and that MAHARAJ had previously kidnapped a child they have together.  DOREEN LNU told STRANKER to demand $3 million Trinidad dollars in ransom and added that she chose that amount because MAHARAJ's family could easily pay more than that.

     STRANKER asked SUCHIT to assist him in carrying out the kidnapping.  STRANKER told SUCHIT to find two other individuals that could assist in conducting the kidnapping and that SUCHIT would serve as the getaway driver.  STRANKER would not be present during the actual kidnapping.  STRANKER told SUCHIT that they would split the $3 million Trinidad dollars equally between STRANKER, SUCHIT and DOREEN LNU.  Of the $1 million Trinidad dollars that SUCHIT stood to receive, he would have to pay the other two individuals that he recruited to conduct the kidnapping.  SUCHIT agreed to assist in kidnapping MAHARAJ due to the amount of money he would receive.  He considered approaching TONY LNU and ANDRE HUGGLEY to assist him in the kidnapping plan.  He chose these individuals because they are known to him and also reside in the Arima area.  They are also involved in criminal activity.

Investigation on    10/04/2005    at  Port of Spain, Trinidad

File #  256C-MM-106219                          Date dictated _____
   SA WILLIAM T. CLAUSS II/wtc
by  ALAT MARVIN L. FREEMAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of ____DAVID SUCHIT (PROTECT IDENTITY)____ , On 10/04/2005 , Page __2__

      In agreeing to participate in the kidnapping, SUCHIT suggested to STRANKER that when they kidnapped MAHARAJ, SUCHIT and the other two individuals would take him to "the bush", a wooded area near the residence of SUCHIT. There, SUCHIT and the other two would hold MAHARAJ while the kidnapping negotiations took place. SUCHIT would communicate with STRANKER via cellular telephone. SUCHIT does not recall the exact number for STRANKER, but recalls that the last four digits are 8899. SUCHIT has the exact number stored in his own cellular telephone which is currently not operational; however, he will provide the number to Detective Forbes in a separate interview.

      SUCHIT added that although he would maintain telephonic contact with STRANKER during the planned kidnapping, he also intended to leave the other two individuals in the wooded area guarding MAHARAJ and he (SUCHIT) would go into town to meet with STRANKER to get personal updates regarding the status of the negotiations. STRANKER concurred with the plan set forth by SUCHIT and he (STRANKER) would make the ransom calls from various public phones far from the location where MAHARAJ was being held.

      STRANKER and SUCHIT agreed that the entire kidnapping ordeal would not last longer than one week. STRANKER told SUCHIT that DOREEN LNU told him "not to move from the $3 million dollar" ransom demand because MAHARAJ's family could easily pay that amount. SUCHIT asked STRANKER what they would do if the family did not pay the ransom and STRANKER said, "We have to handle this scene." SUCHIT understood that to mean that they would have to kill MAHARAJ.

      Approximately three days after STRANKER first approached SUCHIT regarding the kidnapping, STRANKER came back to him and told him that MAHARAJ had already left Trinidad and went back to the United States, but that he would return to Trinidad in approximately two weeks. STRANKER told SUCHIT that he had two weeks to arrange for the getaway car and to get the two individuals on standby to conduct the kidnapping when MAHARAJ returned. SUCHIT had not yet approached TONY LNU and ANDRE HUGGLEY at this point.

      Prior to advising SUCHIT of the plan to kidnap MAHARAJ, STRANKER first told SUCHIT that the initial plan of DOREEN LNU was to arrange the kidnapping of the child she has with MAHARAJ. DOREEN LNU initially planned to give the child to STRANKER for him to hold during the planned kidnapping in order to force MAHARAJ to

FD-302a (Rev. 10-6-95)


256C-MM-106219


Continuation of FD-302 of ____DAVID SUCHIT (PROTECT IDENTITY)____ , On 10/04/2005 , Page ___3___


pay money to have the child released. However, DOREEN LNU changed her mind due to the experience the child had already gone through when MAHARAJ took the child to New York from Trinidad. DOREEN LNU decided against the plan to have the child kidnapped because the child was unlikely to handle the situation well, especially being with someone unknown to him.

After STRANKER told SUCHIT he had two weeks to get everything ready to kidnap MAHARAJ upon his return, STRANKER came back to see SUCHIT approximately two days later. This time, STRANKER told SUCHIT that he had "other soldiers" now because SUCHIT was taking too long. SUCHIT understood this to mean that STRANKER had found other individuals to conduct the kidnapping. SUCHIT told STRANKER to forget about it then. STRANKER added that the "other soldiers" will handle it skillfully. Approximately three days later, STRANKER came to see SUCHIT again and reiterated to SUCHIT that he (STRANKER) has a "serious town crew to handle this thing." SUCHIT understood this to mean the same group of individuals that STRANKER previously mentioned as having acquired to perform the kidnapping and the reference to "town crew" meaning that the individuals were from the metropolitan Port of Spain area. When STRANKER advised SUCHIT of this information, SUCHIT told him, "Well, handle this thing."

SUCHIT stated that if STRANKER had not acquired a different crew to perform the kidnapping, he (SUCHIT) would have proceeded with his plan to recruit TONY LNU and ANDRE HUGGLEY to assist him in carrying out the kidnapping. However, now that STRANKER found a different crew, SUCHIT felt ambiguous about the situation because he was going to be responsible for paying TONY LNU and ANDRE HUGGLEY out of his $1 million Trinidad dollar portion, while STRANKER and DOREEN LNU would each get to keep their full $1 million portion entirely for themselves.

Approximately three weeks after telling SUCHIT he got the "other soldiers" to perform the kidnapping, STRANKER came to see SUCHIT and asked him if he had seen anything in the newspaper. SUCHIT confirmed that he saw news of the kidnapping of MAHARAJ. STRANKER stated, "Shot end up busting." SUCHIT explained this is a slang term to mean that the operation went through and MAHARAJ was kidnapped. STRANKER told SUCHIT, "Let's make a turn and come back." SUCHIT understood this to mean that STRANKER wanted SUCHIT to take a ride with him, so he agreed. SUCHIT drove STRANKER's van to a house on Coconut Drive in Morvant, Trinidad and parked on the road. SUCHIT described the house as a three-story structure that

FD-302a (Rev. 10-6-95)


256C-MM-106219


Continuation of FD-302 of ___DAVID SUCHIT (PROTECT IDENTITY)___ , On _10/04/2005_ , Page __4__

site below street level.  Upon arriving at the location, SUCHIT
stayed in the van and STRANKER entered the house where he stayed
for approximately 30 minutes.  When STRANKER returned to the van,
he told SUCHIT, "Boy, them fellas really beating the man."  SUCHIT
understood this to mean that the individuals who conducted the
kidnapping were beating MAHARAJ.  At that point, STRANKER and
SUCHIT drove down the street, "smoked some weed," then went back to
SUCHIT's residence.  STRANKER told SUCHIT, "Check the papers for
anything on the scene.  I will vibes you back."  SUCHIT understood
this to mean STRANKER wanted him to check the newspapers for any
information regarding the kidnapping and that STRANKER would get
back in touch with SUCHIT the following day.

        STRANKER had also told SUCHIT that the plan changed from
the initial plan devised by DOREEN LNU to set up the kidnapping in
Arima.  This time, STRANKER told SUCHIT that DOREEN LNU was
supposed to meet MAHARAJ at a bar in El Socorro, Trinidad.  SUCHIT
said there was a call between MAHARAJ and DOREEN LNU in which they
agreed to meet at the bar.  DOREEN LNU then called STRANKER and
advised him of the location.  SUCHIT is unsure whether STRANKER was
physically present during the actual kidnapping, but his (SUCHIT's)
opinion is that he (STRANKER) was present to be able to identify
MAHARAJ to the other kidnappers.

        Approximately two days later, STRANKER came back to see
SUCHIT and again told him, "Let's make a turn."  SUCHIT agreed to
go with STRANKER and again drove STRANKER's van.  They went to a
public phone booth located near the Licensing Authority on Omera
Road in Arima, Trinidad.  STRANKER got out of the van and placed a
call from the public phone.  SUCHIT described the time of day as
"lunchtime," around 12:00 noon.  STRANKER was on the phone for
approximately less than one minute, but SUCHIT could not overhear
the conversation.  When STRANKER got back in the van, he told
SUCHIT, "Boy, the people want to hear the man's voice before they
pay any money."  SUCHIT suggested to STRANKER that they record
MAHARAJ's voice.  STRANKER told SUCHIT, "Let's go to Morvant."
However, SUCHIT stated he did not want to go there and told
STRANKER to drop him off at home.  STRANKER agreed.

        At approximately 9:00 p.m. that same evening, STRANKER
returned to SUCHIT's residence and was "really stressing" because
MAHARAJ was saying nothing.  STRANKER told SUCHIT that they were
asking MAHARAJ questions pertaining to his family or personal
information to get MAHARAJ to speak so they could record his voice
to provide confirmation to MAHARAJ's family that he was alive, but

FD-302a (Rev. 10-6-95)


256C-MM-106219


Continuation of FD-302 of      DAVID SUCHIT (PROTECT IDENTITY)      , On 10/04/2005 , Page     5

MAHARAJ was refusing to say anything. STRANKER said, "They are
really beating him to talk, but the man is not saying anything."
STRANKER added that "the man is not balling (crying) or anything"
and that they were unable to record anything. At one point,
STRANKER told SUCHIT that he (STRANKER) told MAHARAJ that his
family wanted to hear his voice and MAHARAJ told STRANKER that
"there is no money" for STRANKER and that his (MAHARAJ's) family
will not pay for him. SUCHIT stated that STRANKER was visibly
concerned about the situation because the individuals that were
guarding MAHARAJ were really beating him badly and he was sick.
STRANKER said that he told the other kidnappers, "Don't lash the
man. He's not well."

     STRANKER stayed at SUCHIT's residence that evening for
approximately two hours. During that time frame, DOREEN LNU called
STRANKER on his cellular telephone. STRANKER also reiterated to
SUCHIT that DOREEN LNU told him that MAHARAJ fell off a ladder in
the United States and he received a large sum of money based on
that injury. During the entire time frame of the kidnapping,
DOREEN LNU called STRANKER on his cellular telephone approximately
3-4 times while STRANKER was in the presence of SUCHIT. At one
point, STRANKER told SUCHIT that MAHARAJ's family was trying to
lower the ransom to approximately $300,000 Trinidad dollars, but
that DOREEN LNU repeatedly told STRANKER, "Don't accept less than
$3 million." After receiving one particular call from DOREEN LNU,
STRANKER told SUCHIT, "Boy, that's the woman who lined up the
scene. The woman said, 'Don't move from $3 million.'"

     During the same two hour visit to SUCHIT's residence,
STRANKER told SUCHIT that LEO LNU, an ex-soldier with the Trinidad
Defense Force, is the one "handling the scene." SUCHIT understood
this to mean that LEO LNU was the leader of the group of
individuals that STRANKER contracted to perform the kidnapping.
When speaking about LEO LNU, STRANKER told SUCHIT, "The clip real
brutal." SUCHIT understood this to mean that LEO LNU and his crew
were notorious, violent individuals. STRANKER left SUCHIT's
residence that evening at approximately 11:00 p.m.

     The next day at approximately 5:00 p.m., STRANKER
returned to SUCHIT's residence in a "frightened mode." SUCHIT
noted this based on STRANKER's mode of speech and physical
appearance. STRANKER told SUCHIT, "Them fellas ended up beating
the man and he ended up dying." STRANKER asked SUCHIT to go to the
house of DOREEN LNU and drop off a message. STRANKER wanted SUCHIT
to tell DOREEN LNU, "Leo sent me. The man is dead and what is the

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of    DAVID SUCHIT (PROTECT IDENTITY)    . On 10/04/2005 . Page    6

scene?"  SUCHIT understood this message to convey to DOREEN LNU
that MAHARAJ was dead and to ask what she wanted to do now.  SUCHIT
agreed to deliver the message to DOREEN LNU.

SUCHIT drove STRANKER's van, accompanied by STRANKER, to
a parking lot behind the ARIMA MARKET in Arima, Trinidad.  The time
of day at this point was early evening before it got dark.  Once at
that location, STRANKER gave directions to SUCHIT on how to arrive
at DOREEN LNU's residence on foot.  STRANKER himself did not want
to go to DOREEN LNU's house because he was afraid the police might
be "watching the house."  STRANKER stayed in the van and SUCHIT
exited and walked south on Omera Road and entered a side street
before WILLIE'S ICE CREAM.  He turned left and went to the end of
the road.  STRANKER told him there were "condo-style" houses and
that DOREEN LNU's was the first one on the right side.  STRANKER
told SUCHIT to ask for DOREEN LNU and that if a "red man" (light
skinned man) comes out, to tell him that "you want to speak to
DOREEN."

SUCHIT arrived at the location and verbally called out
DOREEN's name.  A "red man" came out and SUCHIT stated he wanted to
speak to DOREEN LNU.  SUCHIT described the "red man" as mid-30's,
approximately 5'11", slim build.  The "red man" went back inside
the house and DOREEN LNU came to the door, holding the door open.
SUCHIT said, "Leo sent me."  DOREEN LNU then came outside and
closed the door behind her.  SUCHIT noticed a young child peeking
out the window.  SUCHIT described DOREEN LNU as red skin, "East
Indian looking", medium build, short, reddish, shoulder length
hair, shorter than SUCHIT's height, approximately 200 pounds,
average size, in her late-30's.

When DOREEN LNU came outside and closed the door behind
her, SUCHIT told her, "The man ended up dying.  Them fellas want to
know what is the scene."  DOREEN LNU stated, "The same thing I tell
Andy is the same thing I'm telling you... Me ain't business if the
man dead."  SUCHIT understood this to mean that DOREEN LNU did not
care about the situation and that she would not do business if
MAHARAJ was dead.  SUCHIT stated that DOREEN LNU's reaction to the
news of MAHARAJ's death was a normal reaction and that she did not
seem surprised at all.  Further, DOREEN LNU began telling SUCHIT
about the problems she had with MAHARAJ, including telling him that
MAHARAJ previously kidnapped her child and that the "man did me
real thing" and "me not sorry he dead."

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of    DAVID SUCHIT (PROTECT IDENTITY)    .On 10/04/2005  .Page   7

      SUCHIT also told DOREEN LNU, "Leo said make sure and hold your mouth if the police come."  This was also part of the message that STRANKER told SUCHIT to convey.  DOREEN LNU said, "Me ain't have nothing to say."  DOREEN LNU told SUCHIT to tell LEO LNU that she has a "nice piece of money to collect for the child" from a will that MAHARAJ left and that when she gets the money, she will give some to LEO LNU.  SUCHIT understood that comment to indicate that DOREEN LNU knows LEO LNU.  SUCHIT spent about 20 minutes speaking to DOREEN LNU at her residence when he delivered the message.  This was the first time he ever met her personally, although as previously mentioned, he heard her name from STRANKER beginning in early March 2005 when he was first approached about the kidnapping.  SUCHIT added that based on her reaction to the news of MAHARAJ's death, SUCHIT's opinion is that DOREEN LNU wanted him to die so she could collect the money she mentioned.

      During the approximate 20 minutes that SUCHIT spent with DOREEN LNU, she also told him of the initial plan she devised to have her child kidnapped to force MAHARAJ to pay the ransom.  DOREEN LNU told SUCHIT that she was going to give the child to STRANKER to keep until the ransom was paid.  However, she decided against the plan because of the past experience the boy had when MAHARAJ took him away from his mother.

      Following the meeting with DOREEN LNU, SUCHIT went back to the van and met up with STRANKER.  STRANKER wanted to know her reaction to the news and if she would "hold her mouth."  SUCHIT told STRANKER that DOREEN LNU's reaction was normal, that she did not even cry and that she "took it like a real soldier."  SUCHIT stated that STRANKER was very frightened and panicking because MAHARAJ had died.  STRANKER was so shaken up that he could not drive, so SUCHIT again drove the van back to SUCHIT's residence.  Once there, STRANKER stayed approximately 5-10 minutes.  Before leaving, he told SUCHIT that he was going home to Mayaro, Trinidad, but that he (STRANKER) was going to leave Trinidad and go to Canada before the end of the week.  STRANKER stated that he was going to leave because the kidnapping "got wild" and he was going to "let the scene cool off."

      STRANKER also told SUCHIT that he was scared because LEO LNU and his crew wanted to kill DOREEN LNU because she could lead the police to them and also because they (LEO LNU and crew) were mad about not being paid for the kidnapping and they thought that DOREEN LNU and STRANKER planned the kidnapping in the first place with the intent for MAHARAJ to be killed.  This added to STRANKER's

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of   DAVID SUCHIT (PROTECT IDENTITY)   .On 10/04/2005 . Page   8

fear and reason for wanting to leave Trinidad.  Before STRANKER
left SUCHIT's residence that night, SUCHIT asked him, "What did
they do with the body?"  STRANKER said that they (LEO LNU and crew)
wanted STRANKER to use his own van to help "throw away the body,"
however, STRANKER ended up "coasting on them."  SUCHIT explained
this slang term to mean that STRANKER  was upset with the
suggestion that he use his van to help dispose of the body and he
refused to do so.

        That night, approximately 30 minutes after STRANKER left
SUCHIT's residence, SUCHIT called CRIMESTOPPERS in Trinidad and
reported the same information he provided during this interview
regarding the involvement of STRANKER, DOREEN LNU and LEO LNU, as
well as the fact that MAHARAJ was dead.  He spoke to an
unidentified female operator who requested additional details
regarding the location of the body.  The operator assigned SUCHIT a
code number and told him to call back when he had further
information.

        Approximately two days after delivering the message to
DOREEN LNU, STRANKER came to see SUCHIT at approximately 12:00 p.m.
STRANKER told SUCHIT that he was flying to Canada later that day
and would be back around 4:00 p.m. to pick up SUCHIT so that he
could take STRANKER to the airport.  SUCHIT agreed.  After STRANKER
left his house, SUCHIT again called CRIMESTOPPERS and reported that
STRANKER was going to fly out of the country.

        At approximately 4:00 p.m., STRANKER came to pick up
SUCHIT and they drove to the Port of Spain International Airport.
On the way, SUCHIT discreetly asked STRANKER again what LEO LNU and
his crew had done with the body.  STRANKER told him that they threw
it over a cliff in Laventille, Trinidad.  SUCHIT did not ask any
further questions so as not to arouse suspicion.  STRANKER told
SUCHIT that he was going to leave his van with SUCHIT and that he
would be calling SUCHIT to get updates on the situation in Trinidad
regarding any news coverage concerning the kidnapping.

        STRANKER told SUCHIT that he had obtained a six month
tourist visa from the Canadian Consulate in Trinidad for travel to
Canada and that he intended on staying for that length of time.
STRANKER has a wife, approximately 56 years old, and two children
that live in Canada.  STRANKER also mentioned that he planned to
cross into New York to visit a brother that lives there.  SUCHIT
dropped STRANKER off at the airport and he traveled with only one
carry on bag.  SUCHIT then returned to his home.

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of ____DAVID SUCHIT (PROTECT IDENTITY)____ , On 10/04/2005 , Page ___9___

       After arriving in Canada, STRANKER called SUCHIT approximately three times to see if there were any updates in the Trinidad media regarding the kidnapping. Each time, SUCHIT told STRANKER there was nothing new. On one occasion, STRANKER told SUCHIT he attempted to take a ferry into New York to visit his brother, but was not permitted to do so by U.S. Immigration officials because he did not have a valid U.S. visa. STRANKER told SUCHIT that in the past, he was allowed to travel in such a manner with a Canadian visa. This attempted trip to New York occurred within one week of STRANKER's arrival to Canada.

       STRANKER only spent approximately three weeks in Canada and decided to return to Trinidad. He called SUCHIT and advised him that he would be returning and that he would call SUCHIT when he landed in Trinidad so that SUCHIT could pick him up at the airport. SUCHIT estimates that STRANKER returned to Trinidad in early June 2005, although he could not recall the specific date. STRANKER called as planned and SUCHIT picked him up from the airport. STRANKER asked, "What's the scene?" SUCHIT understood this to be an inquiry regarding any news of the kidnapping. SUCHIT told STRANKER that everything was normal. SUCHIT drove to his (SUCHIT's) residence first and got out, then STRANKER continued driving to his own residence.

       After STRANKER returned to Trinidad, he told SUCHIT that LEO LNU and his crew really wanted to kill DOREEN LNU and that he (STRANKER) "had to rub off the shot." SUCHIT understood this to mean that STRANKER had to persuade LEO LNU and his crew not to kill DOREEN LNU. Since early June 2005, SUCHIT has seen STRANKER approximately twice per month. STRANKER believes that the "scene is dead" and that nobody is pursuing the matter further. SUCHIT most recently saw STRANKER the day prior to this interview, October 3, 2005, and engaged in general conversation with no mention of the kidnapping.

       SUCHIT stated that STRANKER is an illegitimate son of WINSTON PETERS, a former parliamentary representative from Mayaro, Trinidad, for a Trinidad political party. STRANKER does not use PETERS' last name. STRANKER owns two houses in Arima, Trinidad. One is located in Samaru Village and the other in Calvary Hill. STRANKER also owns two rental houses on Main Road in Mayaro, Trinidad. He currently resides at an apartment in Mayaro Junction.

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of    DAVID SUCHIT (PROTECT IDENTITY)    , On 10/04/2005 , Page   10

        SUCHIT stated that to his knowledge, STRANKER was the only person who conducted ransom negotiations on behalf of the kidnappers for the kidnapping of MAHARAJ.  SUCHIT added that STRANKER has known DOREEN LNU for a long time and he believes they have a sexual relationship.

        SUCHIT came forward to provide this information after running into NEERMAL JOHN (hereinafter JOHN) in Arima, Trinidad. JOHN is the brother of MAHARAJ and in a general, social conversation, JOHN mentioned to SUCHIT that his (JOHN's) brother had been kidnapped earlier this year.  After hearing details about the kidnapping from JOHN, SUCHIT told him that he has information regarding that situation.  JOHN told SUCHIT that the U.S. Embassy offered a $10,000 reward for information in this case and further put SUCHIT in touch with Detective Forbes of the Trinidad Police Force, Anti-Kidnapping Squad.

        SUCHIT stated that his only motivation in providing this information is money.  He stated that he will not testify regarding this information due to fear for his own personal safety and that of his family.  SUCHIT expressed a great deal of fear for his safety if his name were to be released as having provided this information.  He did, however, agree to take a polygraph examination regarding the veracity of the information he provided.

EXHIBIT D

Sunday 8th January 2005

**DAVID SUCHIT States,**

    I am thirty-two (32) years old. My date of birth 15/1/1974. I live at L.P. #74 Belle View Drive, Old Arima Road, D'Abadie. The last on the end of the road. I live there with my common law wife LEERA BALKARAN and my four (4) children. Meh mother, two brothers and one sister dwell at the same place with their children. I have been living there from birth. I went to D'Abadie Government Primary School in D'Abadie. After that I went to Morvant Laventille Junior Secondary and then to Malick Senior Comprehensive, but I drop out of school in form 4 and then I went and do tailoring at Servol San Juan El Socorro Life Centre. I am a Christian but I don't really go to church. I am also of East Indian descent.

    In early March 2005 I cannot recall the exact date a friend called ANDY ANDERSON STRAKER. His real name is ANDERSON STRAKER but they does call him ANDY for short, come by me and tell me that he have a scene line up. I know ANDY since I going Malick School and I would see him in Arima and I hear that he was the calypsoian GYPSY son. ANDY was a friend of my friend named DAREN who lived in La Resource, D'Abadie and he would visit DAREN and so both of us become tight. ANDY would visit me and we would lime and he would pass and check meh at Bellview.

    When he come by meh in early March, 2005 he told meh that he know a woman who lining up a scene and first the initial stage was to kidnap she son. The reason why she want to kidnap the son was that some man she was with, the child father end up getting a piece of money in foreign and he end up kidnapping she child and carrying him foreign and that she had a case going on right now and that she wanted to kidnap the child because the man get a piece of money and he will pay for the child. ANDY told me that he was looking for

someway to keep the child and if I know someway we could put the child. I end up telling him nah. ANDY left and went away.

About two day after ANDY come back and told me that the lady end up changing she mind because she was afraid for the child and that the child would not be about to handle that because the father had kidnap him before so he come and say she change she mind so that she would line it up for he to kidnap the man instead who was the child father. He tell me if I could organise two men and a car to kidnap the man. The woman would bring him in a place for we to take him. Well ANDY told me to organise a car and he would check meh back. ANDY then leave.

Sometime after ANDY come back, could be the end of March, 2005 ANDY come back at my home in Bellview and ask me if I get the car and the fellahs because the man down here for two weeks and we have to take him before he fly back out. I tell him no. ANDY tell me that I sticking and he would come back and check meh and he left.

About two or three days after ANDY end up coming back and tell me that the man end up flying out and would be coming back next two weeks. ANDY told me that if I can't handle the scene he would organize somebody to handle the scene. He ride out again and come back again about two weeks after and come and say the woman call him and say the man came back down here and the woman organize for he to meet she in a pub and she would call and leh we come and take him. He ask me if I organize the two fellahs and the car and I told him nah ah eh get it. So he say you sticking I go check somebody else. Whilst ANDY was there talking to me ANDY received a phone call on his cell and after he come off the phone he tell me. Look the woman now call, and you sticking and I tell him that he should handle his own scene. So end up riding out after he tell me that the man had real money because he end up suing the government in the US and he get real money and the man will fly back out so it had to be this week because he does just come and look for the child.

ANDY come back about the 1st or 2nd of April, 2006 and he tell meh that he end up organizing a soldier brothering from in Town to handle the scene they take the man. So ANDY ask me if I see anything in the papers. ANDY told me that the man name was BALO MAHARAJ. So I tell him, yeah I end up seeing it in the papers. I end up showing him the papers and all it say was that the man get kidnapped. ANDY tell me check the papers that he would come back and vibes meh to see what they say. ANDY come back about two or three days after and tell meh that they have the man and the man family wanted to hear the man voice before they pay the money. Whilst ANDY was talking to me the phone ring and he answered the phone and talk for a little while. Then he come and say that DOREEN now call and she say don't move from the $3,000,000.00 because the man family wanted to pay $3000,000 three hundred thousand and to stick with that. ANDY told me that he negotiating with the family but they wanted to hear the man voice before they pay the money. ANDY then tell me leh me make a turn. I get in a black Hilux van and ANDY tell me to drive. I do not know the number off hand but I know is ANDY van and it have two doors. ANDY tell me that we going down Morvant and when we reach down Morvant he direct me to a street next to Malick Senior Comprehensive School and I drive through a road and come out on a back road and stop by a speed bump in the road and he tell me to pull aside and wait in the van coming. I pull aside on the left side of the road and ANDY went to a house on the same left hand side and he spend about half of an hour and then he come back and when he get in the van ANDY say "Boy them fellah real beating the man." He say they trying to record he voice and he ain't talking for nothing. ANDY say that DOREEN tell him that the man is an ex war veteran and he going down as a soldier. I drive back up by me and I drop off and ANDY tell me that he would pass back tomorrow for me to make a turn with him. ANDY come back the next night and tell me that the man family ain't want to pay no money they want to hear the man voice because he was talking to them. ANDY lime a little bit and then gone.

ANDY come back about two days after in the day time and say 'Boy would you believe that them fellahs beat that man and he dead on dey hand. That day ANDY was acting jumpy and frightened. ANDY was sweating. It was the first time that I see him so frightened. ANDY then tell me that he wanted me to do something for him and he tell meh that he wanted me to go and tell DOREEN the man dead and if the police come and ask she anything just go down dying and say she eh know nothing and he did not want to go because he did not know if police was watching the place where DOREEN living. ANDY was real bummy and trembling and could hardly drive and he ask me to drive the black HILUX. I drive up in Arima and went directly behind the Arima Market and park up the car park as ANDY had told me to do. ANDY tell meh to walk down on the Omeara Road like I heading in a southern direction straight before Willies Ice Cream on the left walk down the street on the end and swing back left and I would see a kind of condo style apartment and to call by the apartment on the right hand side and ask for DOREEN. ANDY tell me that if a red man come out just ask him for DOREEN. I walk and followed the direction and went by the apartment and I call out to DOREEN. This was in the evening time and a red man come out of the apartment and say she coming. When a lady come outside and pull the door halfway behind she. The apartment is a two storey building and she came out the ground floor I ask the lady if she was DOREEN and she tell meh yes and I told her that LEO send a message for she and I tell her that them fellahs say the man dead and to hold your belly if the police and them ask yuh tell them that you don't know anything. Then I heard DOREEN say the same thing I tell ANDY me eh business if the man dead. DOREEN say the man end up leaving a piece of money for she son and when she get it she would still handle me some money. She stand up for a while talking to me for about thirty minutes explaining to me that the man used to beat she and kick she in she belly and then he kidnap the child. I keep on repeating that if the police come to hold your belly. A little red skin boy was by the door peeping and she call out to the child and told me that was the man MAHARAJ son and if you see how the man

used to treat the boy. I glad he dead. DOREEN told me to tell LEO that don't worry she ain't have nothing to tell the police and when she get the money she would still give me some. DOREEN was a kind of fair skin Indian woman about 5feet 6inches with a kind of brownish shoulder length hair, a kind of round face. She was not big or slim. She was just average in size. I left and went back by the van and ANDY asked me how DOREEN react when I tell she the man dead and I tell him boy that woman just normal like she glad. I get back in the van and drive and went back up home and I dropped off and ANDY left. That very night I end up calling Crime stoppers and give them the information about ANDY, DOREEN and how MAHARAJ dead. I spend about an hour on the phone giving them the information.

Around lunchtime the next day I was home because I wasn't working. I does do construction. ANDY come home by me and tell meh that although the man dead he going and call the family and still pelt a bluff. I get in the van and ANDY tell me to drive. Whilst driving ANDY tell me to pull in the road next to the licensing office in Arima. He tell me that it have a phone booth on the other side of the road and I drive and park up on the road behind the licensing car park. ANDY get out the van and cross the road and went to the phone booth. After about a minute or so he come back in the van and he told me that them people only want to hear the man voice and they go pay. I drive back up home by me and he went he way.

I did not see or hear from ANDY about a week or two and ANDY come by me a day. ANDY was acting real frightened only looking around his back. He told me that them fellah want he to kill DOREEN because they say she could lead the police back to me and them fellahs and den vex because they ain't get no ramsom and he ain't answering he phone because they calling him right through. ANDY told me that the best thing for me to do is fly out and let this scene cool down. He told me that them fellash and them jumbing him right through. ANDY told me when he flying out he would leave the van with me. He told me that he flying out the Friday and this would be two days after he talk to me. ANDY tell

me that LEO and them don't know DOREEN and that is why they want he to take
care of she. ADNY then left. After ANDY left I went and call crimestoppers using
my cellular phone at 790-3301, and explain to them that the man looking to
leave the country on Friday. I talk to crimestoppers for about forty-five minutes.

About 6.00 pm on Friday 01 May 2005 I cannot remember the date ANDY
come by me at Belleview and he tell me that he want me to drop him in the
Airport. He told me to keep the van and that he would call me and tell me when
to pick him up and that he was going to spend about three months in Canada. I
took ANDY to the Piarco Airport where we met a woman and then I saw ANDY
check in and then I left driving the black Hilux.

About three weeks after ANDY call me and tell me to come and pick him
up in the Airport. I went to the Piarco Airport and pick up ANDY. Whilst ANDY
was in foreign ANDY called me about three or four times and asked me if I see
anything concerning the scene in the papers. I tell him no. When I pick up
ANDY I drive up home and drop off and ANDY tell me that he was not allowed to
go to New York with his Canadian Visa because they stop that and he had to
come to come back to Trinidad to get a New York Visa.

A few months after NIRMAL a man who lives up by me on the Arima Old
Road come by me to smoke a weed. He recently move in the area and I get to
know him on the road. I does call NIRMAL " RAMBO". That is the name we give
him. Whilst smoking RAMBO tell me that he brother get kidnapped and he never
hear nothing again. I asked him what was his brother name and he tell me that
his brother was BALO MAHARAJ. I end up telling RAMBO that I had called Crime
Stoppers and give them the information about the same BALO MAHARAJ
because I had seen that they were paying for the information. About two days
after NIRMAL bring somebody to talk to me and tell me that the man was a
police officer. NIRMAL had told me that he would bring somebody to talk to me
whilst he was smoking the weed.

I met a man who identified himself as officer FORBES and he spoke to me and he told me that he would make arrangements for me to go the US Embassy and speak with an FBI Agent to give them a statement and he left.

About a week after that the man who identified himself as Officer FORBES just show up by my home and spoke to me and told me that he wanted me to go to the US Embassy. Officer FORBES took me to the US EMBASSY, around the Savannah in Port of Spain, when I get there I met two men. One of the men identified himself as an FBI Agent. They spoke to me and I explain to them what I know about ANDY and DOREEN concerning BALO MAHARAJ and I also told them that he was dead.

On Thursday 5th January 2006 Officer FORBES came to my home and told me that he wanted me to go to the station with him. I went with Officer FORBES to the Arouca Police Station and then I went upstairs to an office. As I walked into the office and see the same lady who I had gone to give a message in Arima called DOREEN. I told Officer FORBES that the lady sitting there was the DOREEN that I was talking about. DOREEN did not say anything to me. After a while I left the office and officer FORBES took me back home. Before I had went to deliver the message to DOREEN that BALO had died I did not know the lady before called DOREEN but after I had given her the message I saw her twice in Arima. One time I saw her in the Market and the other time I saw her walking on the street. I did not speak to her or contact her. I do not know the man ANDY refer to as LEO the ex soldier and I have never met him.

Around 7.30 a.m. on Sunday 8th January, 2005 Police Officers from the Homicide Bureau came at my home at Belleview, and spoke to me and I went with them to the Arouca Police Station. At the Office I was spoken to and I told them what had happen and they told me if I wanted to give a statement and I told them that I would give a statement. I met a female Police Officer who identified herself as WPC GOSYNE and she interviewed me and recorded a statement from me.

QUESTION: What is the address of the Pub the woman had organize for ANDY to

kidnap the man from?

ANSWER: I eh know the name of the Pub but I know that it was a Pub in El

Socorro, San Juan.

Question: The ex soldier brethren in town, Do you know him?

Answer: No I don't know the man.

Question: When ANDY took you to Arima and ask you to deliver a message to

the lady called DOREEN from LEO. Do you know who LEO was?

Answer: No, I don't.

/s/ David Suchit 08/01/06    JP 9/1/06

I hereby certified having recorded this statement from DAVID SUCHIT of LP 74

Belleview Drive, Old Arima Road, Arima at the Homicide Bureau Office, Arouca

Police Station Arouca during the period 3.15 p.m and 6.00 p.m. on Sunday 8th

January, 2005. He read it over aloud, said that it was correct and signed each

sheet of paper and put the date.

/s/ Gosyne WPC 13158

8/1/06

EXHIBIT E

## STATUTORY DECLARATION

The Republic of Trinidad and Tobago
Statutory declaration
Chap. 7:04

I _DAVID Suchet_

Age _32 years_ occupation _Builder_

of _LP #74 Belle Vue Drive_

_Old Ayima Road D'abadie_

In the County of St. George West, solemnly and sincerely declare as follows:

1.    That the paper writing now produced and shown to me with the 'A' and numbered pages (1) to _IX_ contains my statement given to

_# 13158 WPC Gosyne_

at the _Arouca Police Station_

on _8.1.06_ at _3.15 pm and 6.00 pm_

2.    That the statement made herein is true and correct to my knowledge, information and belief.

3.    That no promises or threats were made to me, nor any force used to me to induce me in any way to give the said statement which I have signed.

4.    I have made this statement voluntarily and on my own free will.

I make this declaration conscientiously believing the same to be true and according to the Statutory Declaration Act, and I am aware that if there is any statement in this declaration which I know or believe to be false or do not believe to be true, I am liable to fine and imprisonment.

Signed:× _David Suchit_

Declarant

Declared before me, this _9th_ day of _January 2006_
East

Signed _____

Justice of the Peace
St. George East

Homicide Bureau
Arouca Police Station
Arouca
Sunday 8th January, 2005.

DAVID SUCHIT states,
                          I am thirty-two
(32) years old. My Date of Birth 15/1/1974.
I live at L.P. # 74 Belle View Drive, Old
Auma Road, D'Abadie. The last on
the end of the road. I live there
with my common law wife LEERA
BALKARAN and my four (4) children.
Meh mother, two brothers and one sister
dwell at the same place with their
children. I have been living there
from birth. I went to D'Abadie Govern-
ment Primary School in D'Abadie. After
that I went to Morvant Laventille
Junior Secondary and then to Malick
Senior Comprehensive, but I drop out of
school in Form 4 and then I went
and do tailoring at Servol San Juan
El Socorro Life Centre. I am a Christian
but I don't really go to church. I
am also of East Indian Descent.
     In early March 2005 I cannot
recall the exact date a friend called
Andy ANDERSON STRAKER. His real name
is ANDERSON STRAKER but they does
call him Andy for short, come by
me and tell me that he have a
scene line up. I know Andy since
I going Malick school and I would see
him in Auma and I hear that he was
the Calypsonian Gypsy son. Andy was
a friend of my friend named DAREN
who lived in La Resource, D'Abadie and
he would visit DAREN and so both of us
David Suchit  09/01/06

become tight. Andy would visit me and we would lime and he would pass and check meh at Bellview.

When he come by meh in early March, 2005 he told meh that he know a woman who lining up a scene, and first the initial stage was to kidnapp she son. The reason why she want to kidnap the son was that some man she was with, the child father end up getting a piece of money in foreign and he end up kidnapping she child and carrying him foreign and that she had a case going on right now and that she wanted to kidnap the child because the man get a piece of money and he will pay for the child. Andy told me that he was looking for somewey to keep the child and if I know somewey we could put the child. I end up telling him nah. Andy left and went away.

About two day after Andy come back and told me that the lady end up changing she mind because she was afraid for the child and that the child would not be able to handle that because the father had kidnap him before. So he come and say she change she mind so that she would line it up for he to kidnap the man instead who was the child father. He tell me if I could organise two men and a car to kidnap the man. The woman would bring him in a place for we to take him. Well I Andy told me to organise a car and he would check meh back. Andy then leave.

Sometime after Andy come back, could

9/1/06    Justice of the Peace    St. George East

Sip 9/1/06    David Suchit    08/01/06

be the end of March, 2005 Andy come back at my home in Belleview and ask me if I get the car and the fellahs because the man down here for two weeks and we have to take him before he fly back out. I tell him no. Andy tell me that I sticking and he would come back and check meh and he left.

About two or three days after Andy end up coming back and tell me that the man end up flying out and would be coming back next two weeks. Andy told me that if I can't handle the scene he would organise somebody to handle the scene. He ride out again and come back again of about two weeks after and come and say the woman call him and say the man come back down here and the woman organise for he to meet she in a Pub and she would call and let me come and take him. He ask me if I organise the two fellahs and the car and I told him nah ah oh get it. So he say you sticking I go check some-body else. Whilst Andy was there talking to me Andy received a phone call on his cell and after he come off the phone he tell me. Look the woman now call, and you sticking and I tell him that he should handle his own scene. So he end up riding out after he tell me that the man had real money because he end up suing the government in the US and he get real money and the man will fly back out so it had to be this week

Juolice of Ihnace -9/1/06    St. George East

[signature] David Sanchit  08/09/06

because he does just come and look for
the child.

Andy come back about the 1st or
2nd of April 2006 and he tell meh that
he end up organising a soldier brothering
from in Town to handle the scene and
they take the man. So Andy ask me if
I see anything in the papers. Andy
told me that the man name was BOATO
MAHARAJ. So I tell him, yeah I end up
seeing it in the papers. I end up
showing him the papers and all it
say was that the man got kidnapped.
Andy tell me check the papers that he
would come back and vibes meh to see
what they say. Andy come back about
two or three days after and tell meh
that they have the man and the
man family wanted to hear the man
voice before they pay the money. Whilst
Andy was talking to me the phone ring
and he answered the phone and talk
for a little while while. Then he come
and say that DOREEN now call and
she say don't move from the $3000,000.00
because the man family wanted to
pay the $3000,000 three hundred
thousand and to stick with that.
Andy told me that he negotiating
with the family but they wanted to
hear the man voice before they pay
the money. Andy then tell me let
me make a turn. I get in a black
Hilux van and Andy tell me to drive. I
do not know the number offhand but
I know is Andy van and it have two
doors Andy tell me that we going down
Morvant and when we reach down

Justice of the [illegible]

[signature] 09/1/06 David Suchit 09/1/06

Norvant he direct me to a street next
to Malick Senior Comprehensive school
and I drive through a road and
come out on a back road and stop by
a speed bump in the road and he
tell me to pull aside and wait in the
van he coming. I pull aside on the
left hand side of the road and Andy
went to a house on the same left
hand side and he spend about half
of an hour and then he come back
and when he get in the van Andy
say "Boy them fellah real beating the
man". He say they trying to
record he voice and he ain't talking
for nothing. Andy say that DOREEN tell
him that the man is an ex war
veteran and he going down as a soldier.
I drive back up by me and I drop
off and Andy tell me that he would
pass back tomorrow for me to make a
turn with him. Andy come back the
next night and tell me that the
man family ain't want to pay no
money they want to hear the man
voice because he was talking to
them. Andy lime a little bit and then gone.
   Andy come back about two days
after in the day time and say "Boy
would you believe that them fellahs
beat that man and he dead on at dey
hand". That day Andy was acting
jumpy and frightened. Andy was
sweating. It was the first time that
I see him so frightened. Andy
then tell me that he wanted me to
do something for him and he tell
me that he wanted me to go and

David Suchit 08/01/06

Justice of the Peace
St. George East    8/1/06

tell DOREEN the man dead and if the
the police come and ask she anything
just go down dying and say she don't
know nothing and he did not want
to go because he did not know if
Police was watching the place where
DOREEN living. Andy was real Dummy
and trembling and could hardly
drive and her ask me to drive the
black THLUX. I drive up in Arima
and went directly behind the Arima
Market and park up in the car
park as Andy had told me to do. Andy
tell meh to walk down on the Oncara
Road like I heading in a southern
direction straight before Willies Ice Cream
on the left, walk down the street on
the end and swing back left and I
would see a kind of condo style apartment
and to call by the apartment on the
righthand side and ask for DOREEN. Andy
tell me that if a red man come out
just ask him for DOREEN. I walk
and followed the direction and
went by the apartment and I call
out to DOREEN. This was in the evening
time and a red man come out of
the apartment and say she coming.
When a lady come outside and pull
the door half way behind she. The
apartment is flat a two storey building
and she came out the ground floor
I ask the lady if she was DOBEEN and
she tell meh yes and I told her
that LEO send a message for she
and I tell her that them fellahs
say the man dead and to hold your
Betty if the Police and them ask

David Sewhit 08/01/06

yuh tell them that you don't know anything. Then I heard DOREEN say the same thing I tell Andy me about business if the man dead. DOREEN say the man end up leaving a piece of money for she son and when she get it she would still handle me some money. She stand up for a while talking to me for about thirty minutes explaining to me that the man used to beat she and kick she in she belly and then he kidnap the child. I keep on repeating that if the Police come to hold your belly. A little red skin boy was by the door peeping and she call out to the child and told me that was the man Maharaj son and if you see how the man used to treat the boy. I glad he dead. DOREEN told me to tell LEO that don't worry she ain't have nothing to tell the police and when she get the money she would still give me some. DOREEN was a kind of fair skin woman. Indian about 5 feet 6 inches with a kind of brownish shoulder length hair, a kind of round face. She was not big or slim. She was just average in size. I left and went back by the van and ANDY asked me how DOREEN react when I tell she the man dead and I tell him boy that woman just normal like she glad. I get back in the van and drive and went back up home and I dropped off and ANDY left. That very night I end up calling CRIME STOPPERS and give them the information about ANDY, DOREEN and how MAHARAJ dead. I spend about an hour on the phone

David Schwit 08/9/06

giving them the information.
    Around lunchtime the next day
I was home because I wasn't working.
I does do construction. Andy come home
by me and tell meh that although
the man dead he going and call the
family and still pelt a bluff. I get
in the van and Andy tell me to pull
drive. Whilst driving Andy tell me to
pull in the road next to the licensing
office in Arima. He tell me that it have
a phone booth on the other side of the
road and I drive and park up
on the road behind the licensing Car
Park. Andy get out the van and
cross the road and went to the
phone booth. After about a minute
or so he come back in the van and
he told me that them people only
want to hear the man voice and
they go pay. I drive back up home
by me and he went he way.
    I did not see or hear from Andy
about a week or two and Andy come
by me a day. Andy was acting real
frightened only looking around his
back. He told me that them fellah
want he to kill DOREEN because they
say she could lead the Police back
to me and them fellahs and tell
Vesa because they ain't get no ransom
and he ain't answering he phone
because they calling him right through.
Andy told me that the best thing for
me to do is smg<sup>th</sup> side out and let
this scene cool down. He told me that
them fellahs and them jumbing him
right through. Andy told me when he

David Suchit 08/01/66

Justice of the Peace 9/1/06
St. George East

flying out he would leave the van with
me. He told me that he was flying
out the Friday and this would be two
days after he talk to me. Andy tell me
that LEO and them don't know DOREEN
and that is why they want he to take
care of she. Andy then left. Andy t
After Andy left I went and call
CRIMESTOPPER using my cellular phone
at 790-3301 and explain to them that
the man looking to leave the country
on Friday. I talk to CRIMESTOPPERS for
about forty-five minutes.
        About 6:00pm on Friday of May
2005 I cannot remember the date
Andy come by me at Belleview and
he tell me that he want me to drop
him in the Airport. He told me to keep
the van and that he would call me and
tell me when to pick him up and that
he was going to spend about three
months in Canada. I took Andy to the
Piarco Airport where we met a woman
and then I saw Andy check in and
then I left driving the black HILUX.
        About three weeks after ANDY
call me and tell me to come and
pick him up in the Airport. I went to
the Piarco Airport and pick up ANDY.
Whilst ANDY was in foreign ANDY called
me about three or four times and
asked me if I see anything concerning
the scene in the papers. I tell him
no. When I pick up ANDY I drive up
home and drop off and ANDY tell me
that he was not allowed to go to New
York with his Canadian Visa because they
stop that and he had to come to

come back to Trinidad to get a New York Visa.

A few months after NIRMAL a man who lives up by me on the Arima Old Road come by me to smoke a weed. He recently move in the area and I got to know him on the road. I does call NIRMAL "RAMBO". That is the name we give him. Whilst smoking RAMBO tell me that he brother get kidnapped and he never hear nothing again. I asked him what was his brother name and he tell me that his brother was BALO MAHARAJ. I end up telling RAMBO that I had called CRIME STOPPERS and give them the information about the same BALO MAHARAJ because I had seen that they were paying for the information. About two days after NIRMAL bring somebody to talk to me and tell me that the man was a Police Officer. NIRMAL had told me that he would bring somebody to talk to me whilst he was smoking the weed.

I met a man who identified himself as officer FORBES and he spoke to me and he told me that he would make arrangements for me to go to the US Embassy and speak with an FBI Agent to give them a statement, and he left.

About a week after that the man who identified himself as Officer FORBES just show up by my home and spoke to me and told me that he wanted me to go to the US Embassy. Officer FORBES took me to the US Embassy, around the Savannah in Port of Spain. When I get there I met two men. One of the men

David Suchit 08/01/06

identified himself as an FBI Agent.
They spoke to me and I explain to them
what I know about Andy and DOREEN
concerning BALO MAHARAJ and I also told
them that he was Dead.

On Thursday 5th January, 2006
officer FORBES came to my home and
told me that he wanted to me to go to
the station with him. I went with
officer FORBES to the Arouca Police Station
and then I went upstairs to an office.
As I walked into the office and see
the same lady who I had gone to
give a message in Arima called
DOREEN. I told officer FORBES that
the lady sitting there was the DOREEN
that I was talking about. DOREEN
did not say any thing to me. After
a while I left the office and officer
FORBES took me back home. Before I
had went to deliver the message to
DOREEN that BALO had died I did not
know the lady before called DOREEN but
after I had given her the message I
saw her twice in Arima. One time I
saw her in the Market and the other
time I saw her walking on the street.
I did not speak to her or contact her.
I do not know the man Andy refer to
as LEO the ex soldier and I have never
met him.

Around 7.30am on Sunday 8th January, 2005
Police officers from the Homicide Bureau
came at my home at Belleview and spoke
to me and I went with them to the Arouca
Police Station. At the office I was spoken
to and I told them what had happen and
they told me if I wanted to give a

David Shuhid 08/01/06

(12)

statement and I Told them that I
would give a statement. I met a
female Police officer who identified
herself as WPC Gosyne and she
interviewed me and recorded a statement
from me.

QUESTION: What is the address of the
Pub the woman had organize for Andy
to kidnap the man from?

ANSWER: I eh know the name of the
Pub but I know that it was a Pub
in El Socorro, San Juan.

QUESTION: The ex soldier brethren in
Town, Do you know him?

ANSWER: No I don't know the man.

QUESTION: When Andy took you to Arima
and ask you to deliver a message to
the lady called DOREEN from Leo. Do
you know who Leo was?

ANSWER: No, I don't.

David Suchit 08/01/06   JP 9/1/06

Suchit

I hereby certified having recorded this
statement from DAVID SUCHIT of LP. 74 Belleview
Drive, Old Arima Road, Arima at the The
Homicide Bureau office, Arouca Police Station
Arouca during the period 3.15pm and
6.00pm on Sunday 8th January, 2005. He
read it over aloud said that it was
correct and signed each sheet of
paper and put the date.

Gosyne WPC B358WL
8/1/06.

JP 9/1/06

EXHIBIT F

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/18/2006

        On January 17, 2006, DAVID SUCHIT \......, date of birth January 15, 1974, place of birth Port of Spain, Trinidad, cellular telephone number 868-737-1734, was interviewed at the Arouca Police Station in Arouca, Trinidad.  After being advised of the identities of the interviewing agents and the purpose of the interview, SUCHIT provided the following information:

        Shortly after the arrest of ANDERSON STRAKER (hereinafter STRAKER) in early January 2006, STRAKER's cousin, alias Bones, came to see SUCHIT and asked him what happened with the police and FBI because Bones knew that SUCHIT had been arrested and released. SUCHIT told Bones that he had a warrant and the police arrested him because of that.  SUCHIT also told Bones that the police showed him a photo of himself with STRAKER and asked if he knew STRAKER. SUCHIT said he knew STRAKER, but did not know anything about any kidnapping.  No threats were made by Bones on this date.

        Approximately three weeks ago, three unidentified males (UM's) went to SUCHIT's house in Arima and told his mother and common-law wife that they were looking for SUCHIT, but he was not home at the time.  They did not leave any message and did not make any threats at that time.  Within the last week, two UM's have gone to SUCHIT's residence looking for him approximately three times. They started coming in the daytime, but most recently went looking for him at 11:00 p.m.  Again, they left no message for him.

        Since STRAKER's arrest, SUCHIT stopped working and moved to a relative's house for his own safety.  He previously worked in construction.  SUCHIT also stated that the kidnapping victim's brother, NEERMAL JOHN, is causing problems in Arima near SUCHIT's residence because JOHN likes to run his mouth about SUCHIT's partner, STRAKER, having been the one who kidnapped and killed his brother.  This has brought unnecessary attention upon SUCHIT.

        The TRINIDAD & TOBAGO POLICE SERVICE (TTPS) is currently trying to get SUCHIT into their witness protection program.  SUCHIT has given a statement to the TTPS regarding his knowledge of the kidnapping of BALRAM BACHU MAHARAJ and is expected to testify at court proceedings in Trinidad.  SUCHIT stated that he does not want to be in witness protection in Trinidad and would rather be in that system in the United States.  SUCHIT admitted he had two criminal

---

Investigation on    02/17/2006    at Arouca, Trinidad

File #  256C-MM-106219, 256C-MM-106219-302            Date dictated _____

    SA WILLIAM T. CLAUSS II/wtc
by  SA EDGAR CRUZ

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

256C-MM-106219, 256C-MM-106219-302

Continuation of FD-302 of _____DAVID SUCHIT_____ , On 02/17/2006 , Page ___2___

convictions for possession of marijuana for which he was fined
$1000 Trinidad dollars and $3500 Trinidad dollars, respectively,
for each conviction.  On the latter, he still owes $2000 Trinidad
dollars.  Other than that, he has no pending criminal matters.
SUCHIT has a six year old niece that lives in Brooklyn, New York
with her grandmother.  He also has an uncle, MOHAN Last Name
Unknown (LNU) who resides in Miami.  His common-law wife has an
aunt that lives in the New York City area, but he does not know her
name.

     The interviewing agents explained to SUCHIT that they
would explore any programs available to him in the United States,
but no guarantees were made.  SUCHIT was advised to cooperate with
the TTPS and their efforts to provide for this safety in their
system for the time being.

     The statement given by SUCHIT on 10/04/2005 was reviewed
with him.  In that statement, he said that after STRAKER first
contacted him regarding the kidnapping plan, he agreed to
participate and considered approaching TONY LNU and ANDRE HUGGLEY
to assist him.  He later changed his mind because his common-law
wife was pregnant at the time and he decided not to go through with
the plan.  He never approached TONY LNU and HUGGLEY.  STRAKER later
advised him that he got another crew to do the kidnapping.

     SUCHIT mentioned LEO LNU in his previous statement.  He
admitted that he knew the true identity of this person to be LEON
NURSE aka Leo, but he did not previously indicate as such because
of fear of NURSE.  In his previous statement, SUCHIT said that on
one occasion, STRAKER picked him up and they drove to a house on
Coconut Drive in Morvant.  SUCHIT clarified that as they were
driving en route to this house, STRAKER was telling him that "them
fellas are really beating the man."  His previous statement
appeared to indicate that STRAKER made that comment after entering
the house and exiting approximately 30 minutes later.  SUCHIT said
that this house belonged to NURSE and that STRAKER did in fact go
inside the house for approximately 30 minutes while SUCHIT stayed
in the vehicle.

     STRAKER later exited the house with NURSE and two UM's.
The four of them talked briefly outside the house, while SUCHIT
observed them from inside the vehicle.  When they finished talking,
STRAKER came back to the vehicle and they left.

256C-MM-106219, 256C-MM-106219-302

Continuation of FD-302 of ___DAVID SUCHIT \ . . . . ._____ , On 02/17/2006 , Page 3

   In his previous statement, SUCHIT stated that he accompanied STRAKER on one occasion to a public phone booth in Arima where STRAKER exited the vehicle, placed a short call, then got back into the vehicle and told SUCHIT that the victim's family wanted to hear the victim's voice. At this time, STRAKER did not tell SUCHIT if he had called the victim's family and received this information or if he called one of the other kidnapping conspirators who provided the information. At some other point, STRAKER told SUCHIT that he was making calls to the victim's family.

   Regarding the day when STRAKER asked SUCHIT to go to the residence of DOREEN LNU and deliver the message that the victim had died, SUCHIT reaffirmed that the main purpose of informing her was to tell her to keep her mouth closed in the event the police came to talk to her. During that encounter, SUCHIT told DOREEN LNU that NURSE wanted to know "what's the scene?" SUCHIT stated that STRAKER told him that DOREEN LNU had spoken to NURSE via telephone, but SUCHIT is unsure if DOREEN LNU and NURSE ever met in person. SUCHIT also reaffirmed that DOREEN LNU appeared happy at learning the news that the victim was dead.

   STRAKER later told SUCHIT that NURSE and his crew wanted STRAKER to kill DOREEN LNU. Later in approximately December 2005, STRAKER came and told SUCHIT that NURSE and his crew now also wanted to kill STRAKER. At that point, STRAKER was moving from place to place in an effort to hide from NURSE.

   SUCHIT stated that NURSE is a current member of the TRINIDAD & TOBAGO DEFENSE FORCE (TTDF). He met NURSE a while before the kidnapping of MAHARAJ through STRAKER. SUCHIT stated that it is NURSE that he fears and not STRAKER or DOREEN LNU. He believes it is people associated with NURSE that have been coming to his house looking for him.

   SUCHIT identified his immediate family members as follows: Common-law wife LEERA BALKERRAN, age 25; child STEPHANIE DIAMH SUCHIT, DOB: 04/04/1996; child SAMANTHA DIAM SUCHIT, DOB: 05/28/1997; child MEGUEL BARRY SUCHIT, DOB: 07/24/2002; and child SACHA SOOCAM SUCHIT, DOB: 12/12/2005.

EXHIBIT G

# STATUTORY DECLARATION

The Republic of Trinidad and Tobago
Statutory declaration
Chap. 7:04

I ...David Suchit......................................................

Age...33 yrs..............,occupation...a sub contractor......

Of...Belleview Drive, off Arima Road, D'Abadie................

.................................................................

in the County of St George.     solemnly and sincerely
declare as follows:

1.    That the paper writing now produced and shown to me
with the 'A' and numbered pages (1) to (4) contains my
statement given to
Woman Police Constable Mitchell Gwynne.................
at the...Homicide Bureau, Arouca Police Station............
on the 1st of March, 2006 at the Arouca Police Station during 8:15 am and 8:50 am at..................am/pm

2.    That the statement made herein is true and correct to
my knowledge, information and belief.

3.    That no promises or threats were made to me, nor any
force used to me to induce me in any way to give the said
statement which I have signed.

4.    I have made this statement voluntarily and on my own
free will.

I make this declaration conscientiously believing the same
to be true and according to the Statutory Declaration Act.
and I am aware that if there is any statement in this
declaration which I know or believe to be false or do not
believe to be true, I am liable to fine and imprisonment.

Signed:...David Suchit...............................

                    **Declarant**

Declared before me, this...3rd...........day of...March, 2006

Signed:...Danie T. Bahadur.............................

**Justice of the Peace**

BA Economics and
Sociology T.C.

HOMICIDE BUREAU
AROUCA POLICE STATION
AROUCA
Wednesday 1st March, 2006.

DAVID SUCHIT further states,
                                On Sunday 8th
January, 2006 I gave a statement to
the police and I would now like
to clarify that when I went down to
Morvant driving Straker black Hurr
van whilst driving, Straker was Talking
and telling me that the family
wanted to hear the man voice and
that them men and them was real
beating the man and that the man
eh Talking at all and that they were
trying to record the man voice. When
we arrived at Morvant and I drive
in a street next to the Malick Senior
Comprehensive School and stopped the van.
I awaited in the van and STRAKER went
to a house on the left side of the
road. After about half an hour I see
STRAKER, a man called LEON NURSE
who we they does also called LEO
and two other men who I do not
know and have never seen before. I
just make out LEON NURSE because
that is not the first time I see him.
The first time I see him was when
STRAKER bring come do check meh
about a few months before the kidnapping
and I meet NURSE and STRAKER tell
meh that was he soldier brethren.
Both of them stay by meh for about
half of an hour and then they left.
The next time I see LEON nurse
was a time I bounce STRAKER and him

David Suchit    01/03/06



in Arima and we time talk and then they left. That was for about half an hour again. The first time when I meet LEON NURSE, Andy told meh that he was his soldier brethren who was going to line up the shot for meh lil brother to get in the army and that is how I know that LEON NURSE was still in the army.

When STRAKER had gone to the phone booth in Arima by the licensing office when he come Back he did not tell meh if he had called the family or he partners involved in the kidnapping.

David Shuhit [signature] 01/03/06

I hereby certified having recorded this statement from DAVID SHUHIT of LP. 74 Belleview Drive, Old Arima Road, Arima at the HOMICIDE BUREAU Office, Arouca Police Station, Arouca during the period 8:05 am and 8:50 am on Wednesday 1st March 2006 He read it over aloud, said that it was correct and signed each sheet of paper and put the date.

[signature] Gonyne WPC B158
1/3/06.

TRINIDAD & TOBAGO

DANIEL T. BABOOLAL
Ex Officio
Commissioner of
Affidavits
17B St. John Road,
St. Augustine
Tel: 663-2678
JUSTICE OF THE PEACE

Local Herbal Medicine    50¢

[signature]

BA Economics and
Sociology T.C.T

EXHIBIT H



# FBI FACSIMILE

# COVER SHEET

## PRECEDENCE

☐ Immediate
☐ Priority
☒ Routine

## CLASSIFICATION

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☒ Unclassified

Time Transmitted: _____
Sender's Initials: __wtc__
Number of Pages: __8__
(including cover sheet)

Date: __07/03/2006__

To: __USAO-DC__
        Name of Office

Facsimile Number: __202-353-9414__

Attn: __AUSA BRUCE HEGYI__          __202-305-9637__
        Name              Room      Telephone

From: __FBI MIAMI__
                Name of Office

Subject: __SUCHIT TRANSPORT 302__

Special Handling Instructions: _____

Originator's Name: __SA CLAUSS__          Telephone: __305-787-6708__

Originator's Facsimile Number: __305-787-6465__

Approved: _____

Brief Description of Communication Faxed: __Attached is the draft 302, as well as__

__waiver forms.__

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this
information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC. § 641). Please notify the

D-302 (Rev. 10-6-95)

DRAFT

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/03/2006

On June 28, 2006, DAVID SUCHIT, date of birth January 15, 1974, place of birth Port of Spain, Trinidad, of 74 Belleview Drive, Old Arima Road, was extradited to the United States. The undersigned agents received custody of SUCHIT from Sergeant Wendell Williams of the Interpol Office in Trinidad.

SUCHIT was indicted by a federal grand jury in Washington, D.C. on April 26, 2006 for violation of Title 18, United States Code, Section 1203(a), Hostage Taking Resulting in Death and Conspiracy to Commit the same offense. SUCHIT voluntarily waived his formal extradition hearing and agreed to be taken to the United States. SUCHIT also signed a waiver allowing agents to transport him to the District of Columbia to face the charges in the district in which he was indicted, rather than being taken before a magistrate in Miami. The following is a log of the events on the day of his extradition:

| | |
|---|---|
| 10:38 am: | SUCHIT arrived at the Port of Spain International Airport (POS) after being transported by Interpol officers. The undersigned agents then signed a remand warrant from Sgt. Williams, accepting custody of SUCHIT. |
| 10:40 am: | SUCHIT signed an FD-395, Advice of Rights Form. |
| 11:05 am: | SUCHIT was permitted a visit by his family members prior to departure. The following individuals visited him: SOOGAN SUCHIT, LEERA BALKARAN, MIGUEL SUCHIT, STEPHANIE SUCHIT, SACHA SUCHIT and SAMANTHA SUCHIT. |
| 11:45 am: | SUCHIT was offered food and drink, which he accepted. |

Investigation on   06/28/2006   at Port of Spain, Trinidad

File #  256C-MM-106219, 256C-MM-106219-302        Date dictated

SA WILLIAM T. CLAUSS II/wtc
by   SA EDGAR CRUZ

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DRAFT

# DRAFT

0-302a (Rev. 10-6-95)

256C-MM-106219, 256C-MM-106219-302

Continuation of FD-302 of  __DAVID SUCHIT_____ , On __06/28/2006__ , Page __2__

| Time | Event |
|---|---|
| 12:20 pm: | Boarded American Airlines Flight 1818. |
| 12:45 pm: | Flight 1818 departed POS Airport. |
| 5:06 pm: | Flight 1818 arrived at Miami International Airport (MIA). Deplaned aircraft and processed SUCHIT into the United States at MIA with Customs and Border Protection (CBP) officers. SUCHIT was issued I-94 Form Number 50256821112. |
| 6:45 pm: | SUCHIT was allowed to make a telephone call to LEERA BALKARAN at telephone number 868-388-4044. |
| 7:52 pm: | American Airlines Flight 1034 departed to Washington-Reagan National (DCA) Airport. |
| 10:05 pm: | Flight 1034 arrived at DCA Airport.  Departed DCA en route to FBI Washington Field Office (WFO) for booking procedures. |
| 10:27 pm: | Arrived FBI WFO.  SUCHIT processed into system.  SUCHIT was allowed to place another call to LEERA BALKARAN at the aforementioned telephone number. |
| 11:35 pm: | Departed FBI WFO to D.C. Central booking facility. |
| 11:37 pm: | Arrived at D.C. jail and relinquished custody of SUCHIT to jail personnel. |

SUCHIT signed the FD-395, Advice of Rights Form, after arriving at the Port of Spain International Airport and agreed to

# DRAFT

-302a (Rev. 10-6-95)

# DRAFT

256C-MM-106219, 256C-MM-106219-302

ontinuation of FD-302 of    DAVID SUCHIT _____ , On 06/28/2006 , Page ___3___

speak to the transport agents.  Prior to boarding the aircraft, Sgt. Williams provided the transport agents with an Emergency Certificate issued by the Immigration Department of the Republic of Trinidad and Tobago indicating that SUCHIT is a citizen of Trinidad and Tobago and authorized to re-enter the country after his travel to the United States.

SUCHIT stated that since he has been in custody in Trinidad, he has received numerous threats.  ANDERSON STRAKER and RICARDO STEVENSON aka Stevo both threatened to kill SUCHIT if he consented to be extradited to the United States.  Further, they stated that if they could not get to SUCHIT, they would kill his family.  SUCHIT has also received similar threats from other prisoners unknown to him.

STEVENSON also told SUCHIT that he has a relative who is a police officer who was working on this investigation with Corporal Lucas and that this relative was passing information to STEVENSON about SUCHIT's cooperation with the police.  STEVENSON said he knew that SUCHIT made a call to Crimestoppers early in the investigation and that SUCHIT was going to be a witness for Corporal Lucas.  STEVENSON told SUCHIT that before he (SUCHIT) was arrested, they were looking for SUCHIT to kill him.

SUCHIT also stated that DOREEN ALEXANDER told the soldiers (RICARDO DE FOUR, LEON NURSE and STEVENSON) that SUCHIT set her up because he pointed her out at the police station when she was first arrested.

On one occasion, another prisoner named QUINCY SAMUEL brought a knife from prison to the holding cell at the courthouse. SAMUEL showed the knife to SUCHIT and told him to go to court and state that he does not know any of the accused subjects and that he (SUCHIT) was not going to be a witness.  SAMUEL told SUCHIT that if he failed to do this, he would be killed.  This occurred on his most recent court date prior to the hearing on June 26, 2006 in which he consented to the extradition.

SUCHIT stated that on numerous occasions, he requested a court appearance separate from the other co-accused, but his request was never granted.  SUCHIT wanted to appear separately so he could have consented to the extradition much earlier, but was scared to do so in front of the other accused subjects due to the threats he had received.

# DRAFT

# DRAFT

256C-MM-106219,  256C-MM-106219-302

Continuation of FD-302 of ___DAVID SUCHIT_____ , On _06/28/2006_ , Page __4__

SUCHIT told the interviewing agents that he wishes to continue cooperating with the investigation and will do so upon his arrival in Washington, D.C.

Enclosed in the attached FD-340 are the following items:

- FD-395, Advice of Rights Form
- Waiver to be taken to District of Columbia
- Copy of Metropolitan Police Department Arrest Report
- Three fingerprint cards
- Form I-94, Number 37525916112
- Remand Warrant from Trinidad & Tobago Attorney General
- Emergency Certificate- Trinidad & Tobago Immigration Department

# DRAFT

FD-395 (Rev. 11-5-02)

# ADVICE OF RIGHTS

Place _PORT OF SPAIN, TRINIDAD_
Date _06-28-06_
Time _1040 AM_

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed _David Suchit_
_DAVID SUCHIT_

Witness: _____, FBI, MM

Witness: _____, FBI, MM

Time: _1052 AM_