UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-102-02 (JDB) |
| | : | |
| DAVID SUCHIT | : | |

DEFENDANT'S MOTION FOR PRE-AUTHORIZATION
FOR TRAVEL TO TRINIDAD BY DEFENSE COUNSEL AND
<u>DEFENSE INVESTIGATOR</u>

_____COMES NOW, counsel for the defendant, David Suchit, pursuant to the regulations of the Criminal Justice Act (hereinafter "CJA") and 18 U.S.C. §3006A(e) for pre-approval by the court for counsel and her investigator to travel to Trinidad.  In support of this motion, the defendant states the following:

   1.  The defendant is charged with conspiracy and hostage-taking resulting in death..   The crimes occurred in Trinidad.

   2.  Counsel and her investigator need to interview witnesses and to obtain records in Trinidad in preparation for trial.  Although letters rogatory may be available, counsel still must provide information about potential witnesses in order to depose them.   Investigation in Trinidad is a necessary first step.

   3.  Given the necessity of valid passports[1] and the impediment of prior commitments, counsel is attempting to schedule travel for investigatory purposes in mid-January, 2007 at the

---

[1] Both defense counsel and her investigator have applied recently for passports.   It is anticipated that they will be available by the end of December, 2006.

earliest opportunity after she and her investigator receive new passports from the Department of State. As soon as counsel returns from that trip, counsel plans to file the necessary papers with the court to take depositions of witnesses in Trinidad, hopefully the week before the motion hearing scheduled on February 12, 2007.[2]

    4. Counsel was appointed to represent the defendant pursuant to the Criminal Justice Act.

    5. A copy of this motion is being provided to A.J. Kramer, Federal Public Defender.

WHEREFORE, for the foregoing reasons, counsel respectfully moves the Court to grant this motion.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007

---

[2] Defense counsel and Mr. Hegyi have already spoken about returning to Trinidad sometime during the week of February 5, 2007, but it is unknown whether the complex process for conducting depositions on foreign soil can be completed by then, as approvals would need to be obtained from this Honorable Court and the judiciary in Trinidad and Trinidadian officials would have to serve prospective witnesses in advance of any deposition date.