UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-102-02 (JDB) |
| | : | |
| DAVID SUCHIT | : | |

**ORDER**

This matter is before the court on the defendant's motion for approval of travel to Trinidad and it appearing to the court that good cause is shown, it is this _____ day of _____, 2006

ORDERED, that the motion is GRANTED and it is

FURTHER ORDERED that all travel expenses should be approved in advance, if possible, by the Federal Public Defender.

_____
John D. Bates
United States District Court

copies to:

Diane S. Lepley, Esquire
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004