UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-102-02 (JDB) |
| | : | 04 |
| DAVID SUCHIT | : | |
| WINSTON GITTENS | : | |

# **ORDER**

Because of the expected length and complexity of the proceedings in the above-captioned matter, it is hereby ORDERED that investigators appointed under the Criminal Justice Act may use the following procedures to obtain interim payments during the course of their representation:

Investigators may submit to the Office of the Federal Public Defender, each month, an interim CJA form setting forth an itemization of compensation earned and reimbursable expenses.

The court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved numbers of hours, up to a total of $7,500.00, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim vouchers cumulatively seek hourly compensation exceeding the $7,500.00 per case ceiling (excluding reimbursement sought for expenses), these vouchers must be approved by both this Court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the out-of-court compensation approved for each voucher shall be withheld until the final accounting.

At the conclusion of the representation, investigators shall submit a final voucher seeking payment of the one-fifth balance withheld from the earlier interim vouchers. After the review by the Office of the Federal Public Defender, the Court will review each Interim and Final voucher and submit each to the Chief Judge of the Circuit for a review and approval.

_____                    _____
Date                                       John D. Bates
                                           United States District Judge


_____                    _____
Date                                       Janice Rogers Brown
                                           Judge, United States Court of Appeals
                                           for the District of Columbia Circuit


Copies to:

Erika Freeman
Panel Administrator
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400.
Washington, D.C.  20004

Thomas Abbenante, Esquire
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C.  20006