UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Criminal No. 06-102-02 (JDB) |
| | ) |
| DAVID SUCHIT | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO LATE FILE OMNIBUS REPLY

COMES NOW, David Suchit, by and through his undersigned counsel, and respectfully moves this Honorable Court, to grant him leave to file his Omnibus Reply late. In support of this Motion, the defendant relies upon the attached Memorandum of Points and Authorities.

                                                      Respectfully submitted,

 

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007
On Behalf of David Suchit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-102-02 (JDB)** |
| | ) | |
| **DAVID SUCHIT** | ) | |
| | ) | |
| **Defendant.** | ) | |

## Memorandum Of Points And Authorities In Support Of Motion For Leave To Late File Omnibus Reply

1. Counsel has been ill.

2. Given the nature of the reply, this late filing should not affect the court's holiday schedule.

3. Investigation and discovery are ongoing.

4. This reply was due on December 18, 2006. Therefore, it is one day late.

WHEREFORE, for the reasons stated herein, the defendant requests that this motion be granted.

Respectfully submitted,

Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007