UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DAVID SUCHIT and
WINSTON GITTENS,

Defendants.

Criminal No. 06-102 (JDB)

**FILED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Before the Court is the motion of defendants Suchit and Gittens for authorization of

interim vouchers for investigators under the Criminal Justice Act. Because of the expected length

and complexity of the proceedings in the above-captioned matter, it is hereby

ORDERED that the following provisions shall govern interim voucher payments to

investigators:

1.    Investigators may submit to the Office of the Federal Public Defender, each month,

an appropriate interim CJA Form which shall be supported by detailed and itemized time and

expense statements. Chapter VI and the applicable provisions of Chapter III of the Guidelines for

the Administration of the Criminal Justice Act outline the procedures and rules for claims by

persons providing investigative services under the CJA and should be followed regarding each

voucher.

2.    The Court will review the interim vouchers when submitted and will authorize

compensation to be paid for the approved number of hours, up to a total of $7,500, and for all

reimbursable expenses reasonably incurred during the interim period. To the extent that the first

interim voucher or any subsequent interim vouchers cumulatively seek hourly compensation

exceeding the $7,500 per case ceiling (excluding reimbursement sought for expenses), these vouchers must be approved by both this Court and the Chief Judge of this Circuit or his delegatee before disbursement can be made.  One-fifth of the out-of-court compensation approved for each voucher shall be withheld until the final accounting

3.      At the conclusion of the representation, each investigator shall submit a final voucher seeking payment of the one-fifth balance withheld from the earlier interim vouchers. After the review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit each to the Chief of the Circuit or his delegatee for review and approval.

Date: _December 22, 2006_

_____
John D. Bates
United States District Judge

Date: _January 17, 2007_

_____
Janice Rogers Brown
Judge, United States Court of Appeals
for the District of Columbia Circuit

-2-

-3-

Copies to:

Allen H. Orenberg
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852

      *Counsel for Defendant Joseph*

Thomas Abbenante
1919 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

      *Counsel for Defendant Gittens*

Diane Leply, Esq.
400 Seventh St., NW, Suite 400
Washington, DC 20006

      *Counsel for Defendant Suchit*


Bruce Hegyi
Jeanne Marie Hauch
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20004

      *Counsel for the United States*

Erika Freeman
Panel Administrator
Office of the Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, DC 20004