UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Criminal No. 06-102-02 (JDB)** |
| ) | |
| **DAVID SUCHIT** ) | |
| ) | |
| **Defendant.** ) | |

## SUPPLEMENT TO DEFENDANT'S
## MOTION TO DISMISS INDICTMENT
## BASED UPON DUE PROCESS VIOLATIONS

COMES NOW, David Suchit, by and through his undersigned counsel, and respectfully submits the following supplement to his Motion To Dismiss Indictment Based Upon Due Process Violations as follows:

1. The Government, in its Opposition to this motion, argues that Letters Rogatory are the proper vehicle for the defendant to obtain witnesses and evidence in support of his claim. The defendant does not waive any claim put forth in his motion or reverse himself on his belief that he should have the same ability to present live testimony that the government possesses. However, to give this Honorable Court information about evidence and testimony he seeks, Mr. Suchit hereby informs the court that he will make a request, through letters rogatory, for the following records:[1]

    a. the cell phone records for Mr. Suchit's cell phone from May, 2005 through April, 30, 2006

---

[1] All of the following records have been sought from the United States government which has been unable to produce them to date.

  b. the cell phone records for alleged co-conspirators over the same time frame

  c. the station diary extracts and logs of people brought to the Arouca and Arima Police stations during the period of 10/20/05 though April 25, 2006[2]

  d. defendant's cell phone, believed to be in the custody of T/T authorities

  e. all cell phones of alleged co-conspirators

 2. There were two witnesses who the defense sought to interview while counsel and the defense investigator were in Trinidad/Tobago.  Counsel will make ex parte representations on February 12, 2007 about what these witnesses may know.

 3. One or more family members of the defendant are witnesses to matters related to this case but are not available to be defense witnesses because of financial and passport reasons.  Counsel will be seeking government assistance in bringing these people to the United States for trial.

 4. For those family members who are unable to come to this country and testify, counsel will list them in Mr. Suchit's request for letters rogatory.

 5. The defense investigation is ongoing.  The defendant reserves the right to add additional requests for witnesses, documents, materials and things.

              Respectfully submitted,

              _____
              Diane S. Lepley, Bar No. 368927
              400 Seventh Street, N.W., Suite 400
              Washington, D.C.  20004
              (202) 393-0007

---

[2] These records for part of the requested time frame reportedly were requested by co-defendant Anderson Straker's T/T attorney, Theodore Guerra, on January 12, 2006 and were promised to the defense by police prosecutor Roodai Harrylai. *Trinidad Express*, January 12, 2006.