## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DAVID SUCHIT,**<br><br>**Defendant.** | Criminal No.  06-102 (05) (JDB) |

## ORDER

Upon consideration of [39] defendant's motion for return to country of origin and [35] defendant's motion to suppress statements, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motions are **DENIED**.

                                                          /s/
                                              JOHN D. BATES
                                           United States District Judge

Date:  March 15, 2007