UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: **Letter Rogatory to the Republic of Trinidad and Tobago in the defense of the Prosecution of DAVID SUCHIT in <u>United States v. Jason E. Percival</u>, et al.** | Crim. No. 06-102-02 (JDB) |

### ORDER

Upon consideration of the Defendant's Uncontested Motion For Issuance Of An International Letter Rogatory to the appropriate judicial authorities in the Republic of Trinidad and Tobago and the record herein, it is this _____ day of _____, 2007

**ORDERED**, that the motion is GRANTED, and it is

**FURTHER ORDERED**, that the international letter rogatory be submitted to this court in duplicate, one original to be retained in the court's files and the other original to be signed by the court and then picked up by Mr. Suchit's defense attorney, Diane Lepley or her agent so that she may tender it to the appropriate diplomatic channels in the U.S. State Department for transmittal to judicial authorities in the Republic of Trinidad and Tobago, and it is

**FURTHER ORDERED**, that the requested documents which are returned pursuant to the International Letter Rogatory from the Republic of Trinidad and Tobago shall be transmitted to the Court which shall retain exclusive custody of those documents until further order of the court, unless the parties agree that certain documents should be disclosed immediately to the defendant and it is

**FURTHER ORDERED**, that upon receipt of those documents from the Republic of Trinidad and Tobago, the Court shall notify the parties about their receipt and allow the parties to take such action as the Defendant and the Government deem appropriate.

**SO ORDERED.**

_____
John D. Bates
United States District Judge