**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-102-02 (JDB)** |
| | ) | |
| **DAVID SUCHIT** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO LATE FILE SECOND SUPPLEMENT TO**
**DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED**
**UPON DUE PROCESS VIOLATIONS**

COMES NOW, David Suchit, by and through his undersigned counsel, and respectfully

moves this Honorable Court, to grant him leave to file his Second Supplement To Defendant's

Motion To Dismiss Indictment Based Upon Due Process Violations late.  In support of this Motion,

the defendant relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004
(202) 393-0007
On Behalf of David Suchit

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-102-02 (JDB)** |
| | ) | |
| **DAVID SUCHIT** | ) | |
| | ) | |
| **Defendant.** | ) | |

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO LATE FILE SECOND SUPPLEMENT TO DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED UPON DUE PROCESS VIOLATIONS

1.    Counsel mistakenly listed May 4, the original deadline date which was subsequently modified, in her calendar.  In reading the status hearing transcript yesterday, counsel noted her error, recalling that the deadline had been advanced by one day to May 3, 2007.

2.    This pleading is being filed, only hours late and before the beginning of the standard business day on May 4, 2007.

3.    The Government does not oppose this motion.

WHEREFORE, for the reasons stated herein, the defendant requests that this motion be granted.

Respectfully submitted,

_____

_____

Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004
(202) 393-0007

### Certificate of Service

I do hereby certify that a true copy of the foregoing has been served by first-class mail,

postage prepaid, upon Bruce Hegyi and Jean Hauck, Assistant United States Attorneys, at 555 Fourth

Street, N.W., Washington, D.C. 20530 this 4th day of May, 2007.

_____

Diane S. Lepley

3