UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-102-02 (JDB) |
| | ) | |
| DAVID SUCHIT | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of the Defendant's Motion For Leave To Late File Second Supplement To Defendant's Motion To Dismiss Indictment Based Upon Due Process Violations and the record herein, it is this _____ day of _____, 2006 be and hereby is

ORDERED, that said motion is granted.

 

John D. Bates
United States District Court
For the District of Columbia

Copies to:

Bruce Hegyi, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004