# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Criminal No. 06-102-02 (JDB) |
| | ) |
| **DAVID SUCHIT** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR STATUS REPORT FROM GOVERNMENT

COMES NOW, David Suchit, by and through his undersigned counsel, and respectfully moves this Honorable Court to enter an order requiring the Government to provide a report on the status of the production of items requested in the defendant's international letter rogatory before the motion hearing set for May 22, 2007. In support of this motion, the defendant relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007
On Behalf of David Suchit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DAVID SUCHIT** )<br>)<br>**Defendant.** ) | Criminal No. 06-102-02 (JDB) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR STATUS REPORT FROM GOVERNMENT

1. The Defendant hand-delivered his unopposed international letter rogatory to the Department of State on or about April 5, 2007 and learned that the process takes, on average, between six and twelve months. Faced with that time continuum, Mr. Suchit contends that it would assist this Court and the parties if a determination could be made about the likelihood, if any, that a particular item would, or could, ever be made available. For example, the defendant has been informed by the prosecutor that no telephone records will ever be available for certain telephone numbers. Thus, it would be foolhardy to wait for something of that nature. On the other hand, if an item exists, the calculus may be otherwise.

2. Upon information and belief, government counsel took the list of evidence sought by the defendant and made its own independent request for the solicited items from the appropriate authorities in the Republic of Trinidad and Tobago.

3. As to some of those items, the prosecution has received information that the records are

not available. As to other items, the government has been told that the items will not be disclosed. For example, the general logs at the Arouca Police Station have been redacted solely by Trinidad police. Only the redacted pages theoretically may be available.

4. This Court requested that the prosecution, by April 27, 2007 provide information about the Trinidad and Tobago Police Department's CID files. Government counsel has indicated that CID keeps no files, only logs. To date, no CID file has been provided to either party. It is unknown whether the CID files or logs, in any form–redacted or otherwise–will be given to the prosecution and/or the defendant.

5. Obtaining the best information available is important for making informed legal analyses to this Court and for providing a more complete record.

WHEREFORE, for the reasons stated herein, the defendant requests that this motion be granted.

Respectfully submitted,

Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007

### Certificate of Service

I do hereby certify that a true copy of the foregoing has been served by first-class mail, postage prepaid, upon Bruce Hegyi and Jean Hauck, Assistant United States Attorneys, at 555 Fourth Street, N.W., Washington, D.C. 20530 this 7th day of May, 2007.

Diane S. Lepley