UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| DAVID SUCHIT ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's Motion For Status Report From Government, the accompanying memorandum of points and authorities, and in light of the entire record in this case, it is this _____ day of _____, 2007 be and hereby is

**ORDERED,** that said motion is granted and the report shall be provided to the Court and the defendant by _____.

**SO ORDERED.**

                                                          _____
                                                          The Honorable John D. Bates
                                                          United States District Judge

copies to

Bruce Hegyi, Esquire
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530


Diane S. Lepley, Esquire
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004