**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID SUCHIT )<br>)<br>Defendant. ) | Criminal No. 06-102-02 (JDB) |

## PRAECIPE TO SUBMIT EXHIBITS TO DUE PROCESS MOTION

By this praecipe, will the CLERK OF THE COURT please include these two FD302 reports (Exhibit 1 and 2) prepared by FBI agents as exhibits to defendant's Motion To Dismiss Indictment Based Upon Due Process Violations and make them a part of the record. These two reports which were just received by the parties on May 24, 2007 support defendant Suchit's contention that the investigation of the Balram Maharaj kidnaping was a joint venture between the Republic of Trinidad and Tobago and the United States of America. *See* text of reports.

Second, in the transcripts of the *prima facie* proceeding in the Magistrates' Court in Trinidad and Tobago, Case #1134/06, entitled PC Wendell Lucas #13375 v. Doreen Alexander-Durity, et al. which were recently received, Constable Gregory Hood testified (Exhibit 3) that he is an officer in the Criminal Investigations Division. Apparently, he was the Trinidadian law enforcement officer who recorded measurements at the crime scene and made a sketch of it.

The fact that a CID officer was involved directly in this case casts doubt on the information received from Trinidad by the prosecution that the Criminal Intelligence division is merely a "clearinghouse" for information. In addition, a recent article from the Trinidad Express,

"*Extradition hearing put off to tomorrow,*" April 10, 2007 (Exhibit 4) indicated that four of the defendants were served with extradition warrants by "officers attached to the Criminal Investigations Department's Interpol Bureau." These exhibits appear to contradict the information given to the government which was used in the recent hearing on the defendant's Motion To Dismiss Indictment Based Upon Due Process Violations when the prosecution suggested that this unit did not keep investigative files, that it had only logs because of its highly limited "clearinghouse" role.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004
(202) 393-0007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon Bruce Hegyi, Esquire Assistant United States Attorney at 555 Fourth Street, N.W., Washington, D.C. this 29th day of May, 2007.

_____
Diane S. Lepley