**EXHIBIT 1**

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  01/18/2006

    On January 7, 2006, Assistant Legal Attache' (ALAT) Marvin L. Freeman requested the Miami Division of the Federal Bureau of Investigation (FBI) Evidence Response Team (ERT) deploy to Port of Spain, Trinidad in order to process a crime scene pertaining to the kidnap and possible homicide of BALRAM BACHU MAHARAJ, a United States (US) citizen.  The following personnel from the Miami ERT deployed:

Special Agent (SA) Willie J. Creech - Delta Team Leader, evidence
                                              collection, X-ray operation
Kenneth T. Denardo - photography
Toriano V. Evans - crime scene sketch, photographic logs
SA Scott Henri' Hahn - Senior Team Leader, evidence collection,
                                         Forensic Odontologist
SA James Jason Kaelin - Evidence collection, global positioning
                                     system (GPS) operations, photographic logs
                                     x-ray logs

    ERT Miami personnel joined ALAT Freeman, and SAs William T. Clauss, II (Case Agent) and Edgar Cruz (Co-case Agent/ERT member) in-country.  A briefing was held by ALAT Freeman on the evening of January 7, 2006 outlining the extent of the mission. Based upon direct eye-witness/subject statements to SAs Clauss and Cruz, a burial site had been identified for MAHARAJ.  ERT's mission was to locate the burial site with Trinidadian authorities, recover any human remains found, and identify said remains, if possible.

    At approximately 8:45 A.M. on January 8, 2006, the aforementioned FBI personnel arrived at a base of operations identified as:  Terminal End of Grand Curacaye Road, Grand Curacaye Bourg Mulatress, Lower Santa Cruz, San Juan, Trinidad, and met with the following members of the Trinidad and Tobago Police Service (TTPS):

Wendall Lucas, Acting Corporal (13375) - Case Agent
Intab Ramjohn, Acting Corporal - Crime Scene Leader
Gregory Hood - Crime Scene Sketch

A crime scene conference was held wherein crime scene protocols were discussed.  Ultimately, all evidence (including human remains) was to be acquired and processed by TTPS.  The crime scene sketch

---

Investigation on  01/7-8/2006  at  Lower Santa Cruz, Trinidad

File #  308J-MM-C96325 SUB A, 256C-MM-106219     Date dictated  01/18/2006

by  SA Scott Henri' Hahn:shh

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

308J-MM-C96325 SUB A, 256C-MM-106219

Continuation of FD-302 of _____, On 01/08/2006, Page 2

would be initiated by TTPS. ERT personnel would also provide a GPS-generated crime scene sketch. Both TTPS and ERT would take crime scene photographs. TTPS would be responsible for transporting any human remains and evidence. All ERT crime scene work product would be made available to ALAT Freeman for dissemination to TTPS personnel.

As part of a preliminary survey, Hahn, Kaelin and Denardo accompanied Lucas, Ramjohn, Hood and a TTPS photographer to the site identified by the eyewitness. The site elevation was approximately 580 feet above sea level.

Hood marked items of evidence (as identified by Lucas) en route to the purported burial site. The aforementioned personnel arrived at the site at approximately 9:15 A.M. (local time). Denardo initiated film photography and Kaelin scribed the photographic log. Kaelin also took GPS readings with a Garmin Rino 120 and recorded said readings. Hahn scribed the ERT Administrative Worksheet. Kaelin subsequently took GPS readings at all items of evidence marked by Hood as well as at specific trail markers. Denardo subsequently photographed all items of evidence marked by Hood. The photographs, photographic logs, GPS readings, and Administrative Worksheet will be maintained in the 1A sections of the appropriate, substantive FBI files.

Two burial sites were identified by Lucas (per the eyewitness). Hood marked these sites "8" and "9". Site 8 was uphill of site 9. At approximately 11:00 A.M. (local time), Kaelin initiated GPS readings for sites 8 and 9. The readings were -
Site 8: N-10 degrees 40.801, W-61 degrees 26.449
Site 9: N-10 degrees 40.797, W-61 degrees 26.452
Creech, Evans, Clauss, Cruz, and ALAT Freeman (along with other TTPS personnel) arrived on scene at this time.

Cruz initiated digital photographs of items marked by Hood as evidence and the burial site area. Evans maintained the photographic log for Cruz. Evans also initiated a crime scene sketch incorporating GPS coordinates.

TTPS personnel (Constable Curtis Howard) initiated excavation of site 8 at approximately 11:20 A.M. (local time). Ramjohn collected a topsoil sample upon initial excavation. A blue plastic barrel was uncovered approximately four inches under the surface. The barrel had been covered with flat rocks. The hole the barrel had been placed into was lined with flat rocks. The

FD-302a (Rev. 10-6-95)

308J-MM-C96325 SUB A, 256C-MM-106219

Continuation of FD-302 of _____, On 01/08/2006, Page 3

barrel was on its side with the top/opening facing East. The depth of the excavation was approximately eighteen inches. At approximately 11:50 A.M. (local time), Ramjohn collected a soil sample from the depth of the hole. TTPS and local funeral home workers removed the barrel from the hole and placed it on a stretcher.

At approximately 11:52 A.M. (local time), TTPS and ERT personnel initiated excavation of site 9. Ramjohn collected a topsoil sample at this time. At approximately 11:58 A.M. (local time) excavation revealed a flat piece of wood wrapped in a green wire. At approximately 12:10 P.M. (local time), the wood was removed from the burial site and collected for evidence by Ramjohn. This revealed what appeared to be a Styrofoam cooler covered by a blue tarp-like material. The tarp was held in-place over the cooler with the aforementioned green wire.

At approximately this same time, Lucas placed a telephone call to the eye-witness/subject requesting the location of the victim's head. The subject advised Lucas that the victim's head was in the blue barrel. Hahn and the Medical Examiner for the TTPS opened the blue barrel in an attempt to verify the location of the victim's head. The drum was filled with adipocere (a soapy by product of advanced decomposition) and the only identifiable human structure was a femur. A decision was made to reseal the barrel and examine it in detail later at the Ministry of National Security, Forensic Science Center (FSC), Trinidad and Tobago.

The hole at this site (9) was lined with flat rocks that directly abutted the cooler. Furthermore, the putrification products from the decomposing human remains within the cooler partially dissolved the Styrofoam at the base of the hole causing the cooler and its contents to "stick" in the hole. At approximately 1:30 P.M. (local time) the aforementioned cooler and its contents were removed from the hole by local funeral workers. At this point Hahn was exposed to the decomposition fluids.

The barrel and the cooler were strapped to a stretcher provided by the local funeral workers for transport down to the base of operations and ultimately the FSC. Ramjohn collected all remaining items of evidence identified by Hood.

The aforementioned ERT personnel, Cruz, Lucas, the TTPS photographer, the TTPS Medical Examiner, and several other TTPS personnel met at the FSC at approximately 4:00 P.M. (local time).