FD-302a (Rev. 10-6-95)

308J-MM-C96325 SUB A, 256C-MM-106219

Continuation of FD-302 of _____, On 01/08/2006, Page 4

    Hahn and the TTPS Medical Examiner initiated forensic examination of the blue barrel at approximately 4:20 P.M. (local time).

    The contents of the blue barrel were emptied onto an examination table. The head was located deep within other commingled remains. Hahn dissected the mandible from the head in order to perform a postmortem dental charting. Hahn also exposed the maxilla for dental examination. Denardo photographed the remains with a film camera while Kaelin maintained the photographic log. Cruz photographed the remains with a digital camera while Evans maintained the photographic log. Creech utilized the Ariba Nomad portable X-ray machine and number "2" dental film to take X-rays of the postmortem dentition at Hahn's direction. Kaelin also scribed the X-ray log.

    SA Hahn next examined and charted the dentition of the unidentified remains (blue barrel). Given the advanced state of decomposition/dismemberment, the remains would be considered "non-viewable." Dental dissection (removal of the mandible and maxilla) was required for the post mortem dental examination. Eight periapical (double pack) x-rays were taken using the Ariba x-ray unit. The post mortem clinical examination for the unidentified remains indicated the following:

| TOOTH | STATUS |
|---|---|
| 1 | MISSING |
| 2 | OCCLUSAL AMALGAM |
| 3 | MISSING |
| 4 | FACIAL COMPOSITE (CLASS-V / gingival) |
| 5 | PFM ABUTMENT |
| 6 | PFM ABUTMENT |
| 7 | PFM PONTIC |
| 8 | PFM PONTIC |
| 9 | PFM PONTIC |
| 10 | PFM ABUTMENT |
| 11 | PFM ABUTMENT |
| 12 | MOD AMALGAM |
| 13 | MISSING (postmortem) |
| 14 | MISSING |
| 15 | OCCLUSAL AMALGAM |
| 16 | MISSING |
| 17 | MISSING |
| 18 | PFM CROWN |
| 19 | MISSING |

FD-302a (Rev. 10-6-95)

308J-MM-C96325 SUB A, 256C-MM-106219

Continuation of FD-302 of _____ , On 01/08/2006 , Page 5

| 20 | UNRESTORED |
| 21 | UNRESTORED |
| 22 | UNRESTORED |
| 23 | UNRESTORED |
| 24 | UNRESTORED |
| 25 | UNRESTORED |
| 26 | UNRESTORED |
| 27 | UNRESTORED |
| 28 | FACIAL COMPOSITE (CLASS-V / gingival) |
| 29 | OCCLUSAL AMALGAM & FACIAL COMPOSITE (CLASS-V / gingival) |
| 30 | MISSING |
| 31 | MISSING |
| 32 | MISSING |

   Dr. Anthony Debenedictis, 562 Gramatan Avenue, Mount Vernon, New York 10552, telephone number (914) 665-0317, provided SA Clauss with ante-mortem dental records for JOHN ALLADIN "AKA, BALRAM MAHARAJ". Hahn received these dental records on May 19, 2005 and sent them to the substantive ERT file. These records consisted of one copy of a full mouth set of X-rays dated 4/25/2001 and labeled "Balram Maharaj - Dup-". Two pages of facsimiled treatment records were later included. The treatment records ran from what appears to be "11/14/95" through "2/25/05".

   Comparison of ante-mortem dental records and x-rays for JOHN ALLADIN "AKA, BALRAM MAHARAJ" to post mortem dental records and x-rays for the aforementioned unidentified human remains yielded the following consistencies:

1. The following teeth are missing: 1,3,14,16,17,19,30,31,32
2. The following teeth have been restored with silver amalgam:
   2 (occlusal), 12 (mesio occlusal distal),
   29 (occlusal)
3. The following tooth was restored with a porcelain fused to metal (PFM) crown: 18
4. The following teeth were restored with a fixed partial denture:
   5 (PFM abutment), 6 (PFM abutment), 7 (PFM pontic),
   8 (PFM pontic), 9 (PFM pontic), 10 (PFM abutment),
   11 (PFM abutment)

Special notes:

   A "buccal comp" (buccal composite filling) was reported on the antemortem treatment notes for tooth 12. There was no evidence

FD-302a (Rev. 10-6-95)

308J-MM-C96325 SUB A, 256C-MM-106219

Continuation of FD-302 of _____, On 01/08/2006, Page 6

of this restoration remaining in the post mortem examination, but there was evidence of a buccal abrasion/preparation area on tooth 12. The restoration may have been lost or avulsed prior to death.

The first page of the antemortem treatment notes lists a history of spinal surgery under "sig med hx" (significant medical history). Postmortem examination of the human remains found in the blue barrel recovered a metallic vertebral/spinal prosthesis.

No dental inconsistencies were found. Post mortem dental records for aforementioned unidentified human remains found in the blue barrel positively matched with the ante-mortem dental records for JOHN ALLADIN "AKA, BALRAM MAHARAJ".

It should be noted that SA Hahn also consulted with Dr. J. Ebenezer Scipio, Oral and Maxillofacial Surgeon, 36 Ana Street, Woodbrook, Trinidad, telephone (868) 627-3927, reference the above postmortem and antemortem consistencies. It was also Dr. Scipio's opinion that the antemortem records positively matched the postmortem records as described above. Dr. Scipio also provided his X-ray facilities in order to retake three mandibular X-rays in order to achieve acceptable quality films for comparison.

**EXHIBIT 2**

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  06/29/2006

On June 26, 2006, Special Agent (SA) Scott Henri' Hahn from the Miami Division of the Federal Bureau of Investigation (FBI), Evidence Response Team (ERT) testified as to the dental identification of BALRAM BACHU MAHARAJ, a United States citizen, and possible victim of homicide in Trinidad. A transcript of SA Hahn's testimony will be provided for inclusion in the 1A sections of the substantive case files upon receipt from Trinidadian authorities.

After reviewing an FD-302 concerning the aforementioned dental identification, SA Hahn noted the following typographical error - on page five of the document, transcription date January 18, 2006 the following paragraph read:

*Comparison of ante-mortem dental records and x-rays for JOHN ALLADIN "AKA, BALRAM MAHARAJ" to post mortem dental records and x-rays for the aforementioned unidentified human remains yielded the following consistencies:*

1. *The following teeth are missing: 1,3,14,16,17,19,30,31,32*
2. *The following teeth have been restored with silver amalgam:*
   *2 (occlusal), 12 (mesio occlusal distal),*
   *29 (occlusal)*
3. *The following tooth was restored with a porcelain fused to metal (PFM) crown: 18*
4. *The following teeth were restored with a fixed partial denture:*
   *5 (PFM abutment), 6 (PFM abutment), 7 (PFM pontic),*
   *8 (PFM pontic), 9 (PFM pontic), 10 (PFM abutment),*
   *11 (PFM abutment)*

The typographical error involved the omission of "15 (occlusal)" in section 2, "The following teeth have been restored with silver amalgam:" Therefore, the correct paragraph should read as follows:

*Comparison of ante-mortem dental records and x-rays for JOHN ALLADIN "AKA, BALRAM MAHARAJ" to post mortem dental records and x-rays for the aforementioned unidentified human remains yielded the following consistencies:*

| | | |
|---|---|---|
| Investigation on | 06/26/2006 | at Port of Spain, Trinidad |
| File # 308J-MM-C96325 SUB A, 256C-MM-106219 | | Date dictated 06/29/2006 |
| by SA Scott Henri' Hahn:shh | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.