FD-302a (Rev. 10-6-95)

308J-MM-C96325 SUB A, 256C-MM-106219

Continuation of FD-302 of _____, On 06/26/2006 , Page   2

1.   The following teeth are missing: 1,3,14,16,17,19,30,31,32
2.   The following teeth have been restored with silver amalgam:
        2 (occlusal), 12 (mesio occlusal distal), *15 (occlusal)*,
        29 (occlusal)
3.   The following tooth was restored with a porcelain fused to
        metal (PFM) crown:  18
4.   The following teeth were restored with a fixed partial denture:
        5 (PFM abutment), *6* (PFM abutment), 7 (PFM pontic),
        8 (PFM pontic), 9 (PFM pontic), 10 (PFM abutment),
        11 (PFM abutment)

**EXHIBIT 3**

72. 44

IN THE MAGISTRATES' COURT

OF

TRINIDAD AND TOBAGO

CASE NO. 1134/06

PC WENDELL LUCAS No. 13375

AGAINST

DOREEN ALEXANDER-DURITY et al.

FOR

MURDER

PROCEEDINGS HEARD BEFORE HIS WORSHIP
MR. SHERMAN MC NICOLLS

EIGHTH COURT, ST. GEORGE WEST

ON THE 2nd DAY OF JUNE, 2006

APPEARANCES:
MR. ISRAEL KHAN, SC., MRS. CARLA BROWNE-ANTOINE
    Appeared on behalf of the STATE

MR. MASON
    Appeared on behalf of DOREEN ALEXANDER-DURITY

MR. T. GUERRA SC.,
    Appeared on behalf of ANDERSON STRAKER and RICARDO
    STEVENSON

MR. MUNROE-BROWNE
    Appeared on behalf of KEVON NIXON

MR. EVANS WELCH
    Appeared on behalf of KENNETH and WAYNE PIERRE

CHRISTOPHER SEALEY was unrepresented.

TRANSCRIBED BY:

103-75

| | | |
|---|---|---|
| 1 | HIS WORSHIP: | Okay come and sign your bond. Okay you |
| 2 | | can leave sir. Next witness. |
| 3 | | |
| 4 | MS MARTIN: | Constable Hood. |
| 5 | | |
| 6 | POLICE OFFICER: | Call Constable Hood. |
| 7 | | |
| 8 | HIS WORSHIP: | Yes? |
| 9 | | |
| 10 | SC GUERRA: | Would you excuse me for just a minute. |
| 11 | | (inaudible) |
| 12 | | |
| 13 | HIS WORSHIP: | Certainly, yes. |
| 14 | | |
| 15 | SC GUERRA: | (Inaudible) |
| 16 | | |
| 17 | HIS WORSHIP: | Sorry? |
| 18 | | |
| 19 | SC GUERRA: | (Inaudible) |
| 20 | | |
| 21 | HIS WORSHIP: | Very well, Okay. Yes? |
| 22 | | |
| 23 | | |
| 24 | | WITNESS IS BEING SWORN IN |
| 25 | | I do solemnly and sincerely declare and |
| 26 | | Affirm that the evidence that I will give |
| 27 | | this Court in this Inquiry shall be the |
| 28 | | truth, the whole truth and nothing but the |
| 29 | | truth. |
| 30 | | |
| 31 | | |

COURT REPORTING SERVICES

JUDICIARY OF TRINIDAD AND TOBAGO

704 76

```
1
2                        EVIDENCE IN CHIEF
3
4
5    CPL. HOOD:           My name is Gregory Hood, Police
6                         Corporal #1231…. attached to the
7                         Criminal Investigation Department
8                         (inaudible) for the past 13 years.
9
10   HIS WORSHIP:         Can just spell your name, please.
11
12   CPL. HOOD:           G-R-E-G-O-R-Y, H-O-O-D.
13
14   HIS WORSHIP:         Aright thank you.  Yes continue.
15
16   CPL. HOOD:           I   proceeded   a   two   year   full   time
17                        training     course     in     General
18                        Draftsmanship,  at  the  John  Donaldson
19                        Technical  Institute,  Port-of-Spain.   On
20                        completion   I   obtained   a   Draughtsman
21                        Certificate.   I also persued courses in
22                        Computer  Aided  Drawing.   As a police
23                        Draftsman  I  have  visited  hundreds  of
24                        scenes   and   investigations.   I   made
25                        sketches,        accorded        pertinent
26                        measurements   and   prepare   numerous
27                        drawings for presentation.
28
29   HIS WORSHIP:         Keep  your  voice  up  and  speak  loudly
30                        into the microphone.
31
```

COURT REPORTING SERVICES

JUDICIARY OF TRINIDAD AND TOBAGO

405-7

| | |
|---|---|
| 1  CPL. HOOD: | Both at High and Magistrates' Court |
| 2 | throughout   Trinidad   and   Tobago, |
| 3 | (inaudible) such evidence (inaudible) |
| 4 | Around 8:50 a.m. on Sunday 8th January |
| 5 | 2006 I accompanied Inspector Abraham |
| 6 | #13375, Corporal Lucas other Police |
| 7 | Officers and persons including Scott |
| 8 | Hahn,   Grand   Curacaye   Road,   Bourg |
| 9 | Mulatresse,  Lower  Santa  Cruz.  On |
| 10 | arrival I observe this red brick |
| 11 | terminated in an area mainly covered |
| 12 | with trees and other shrubbery.  The |
| 13 | topography  of  the  land  is  graded |
| 14 | upwards on both sides of the roadway. |
| 15 | I subsequently followed these persons |
| 16 | along a rough footpath over on the |
| 17 | western side of the river.  And having |
| 18 | walked some distance, Corporal Lucas |
| 19 | first drew my attention to a green |
| 20 | plastic bag on the ground and he told |
| 21 | me something. I observed this green |
| 22 | plastic bag was secured with yellow |
| 23 | crime scene barrier tape.  A total of |
| 24 | six other items were also drawn to my |
| 25 | attention   by   Corporal   Lucas. |
| 26 | Relatively close vicinity of this green |
| 27 | plastic bag  (not  audible)  told  me |
| 28 | something.  Some of these items were |
| 29 | also secured with yellow crime scene |
| 30 | barrier  tape.  Keith  Beddoe,  the |
| 31 | official photographer present, recorded |

33

COURT REPORTING SERVICES

JUDICIARY OF TRINIDAD AND TOBAGO

TCC-7 8

1   photographs of these items, was
2   subsequently retrieved by Corporal
3   Ramjohn. I subsequently recorded
4   certain pertinent measurements relating
5   to these items. I Numbered them from
6   1 - 7. On completion of my sketch and
7   measurements, I followed Corporal Lucas
8   further along this footpath. A short
9   distance away I then drew my attention
10  to two additional areas. I observed
11  these two areas were also secured with
12  yellow crime scene barrier tape. Keith
13  Beddoe recorded photographs. Dr. Des
14  Vignes, the Forensic Pathologist
15  present supervised the excavation of
16  this area. The first area, which I
17  labeled as #8, (inaudible) being a
18  small blue plastic barrel with a black
19  cover. Where approximately four inches
20  below the surface level with its' cover
21  pointing generally east that is one
22  hundred and fifty meters. Also gave
23  off a foul sent. Second excavated area
24  which I labeled as #9 from my
25  (inaudible), styrotex box wrapped in
26  blue plastic and was further tied with
27  electrical cord, it was approximately
28  three inches, below surface level, and
29  a piece of plywood also covered it,
30  (Inaudible) I saw Constable Beddoe
31  recorded photographs of these areas and

34

T0779

| | |
|---|---|
| 1 | Dr. De Vignes after examining them |
| 2 | ordered their removal. I also made a |
| 3 | general sketch, recorded certain |
| 4 | further measurements in the presence of |
| 5 | Corporal Lucas. On my completion of |
| 6 | these recording I left and (inaudible) |
| 7 | On Friday the 3rd February 2006, I |
| 8 | returned to this area in company of |
| 9 | Corporal Lucas and other Police |
| 10 | Officers. On this occasion I |
| 11 | accompanied the Police party over on |
| 12 | the eastern side of the river, having |
| 13 | walked some distance along a narrow |
| 14 | footpath Constable Lucas, Corporal |
| 15 | Lucas drew my attention to and area and |
| 16 | he told me something. This area I |
| 17 | labeled it as #10, I observed two heaps |
| 18 | of galvanized plywood. There I made a |
| 19 | general sketch of the area I recorded |
| 20 | certain measurements back towards the |
| 21 | road. Having completed these |
| 22 | measurements I then followed these |
| 23 | Officers along the Grand Curacaye Road. |
| 24 | Upon reaching the end at the Corner of |
| 25 | Saddle Road, Corporal Lucas drew my |
| 26 | attention to this structure which I |
| 27 | observed carried the name Mellow Moods |
| 28 | Bar. This bar is located directly |
| 29 | opposite to the Grand Curacaye Road, |
| 30 | and I made a note of it's location. I |
| 31 | then followed the Police Party, South |

35

| | |
|---|---|
| 1 | along the Saddle Road, unto the Santa |
| 2 | Cruz Old Road, along Ryan Street, just |
| 3 | along the Eastern Main Road, pitched |
| 4 | road. I traveled along the Western side |
| 5 | of the (inaudible) savannah. At the |
| 6 | Corner of Park and Coronation Street, |
| 7 | Corporal Lucas, drew my attention to a |
| 8 | Bar business structure, I observed |
| 9 | carried the name Samaan Tree Bar. I |
| 10 | made a note of its' location. I then |
| 11 | left the area. Upon reaching the |
| 12 | Draughting office, I subsequently gave |
| 13 | drawings with information of such and |
| 14 | measurements (inaudible) in the |
| 15 | presence of Corporal Lucas and other |
| 16 | officers with on Sunday 8th January |
| 17 | 2006, and also on Friday 3rd of |
| 18 | February. |
| 19 | |
| 20 | |
| 21 | EVIDENCE IN CHIEF |
| 22 | BY MS. MARTIN |
| 23 | |
| 24 | Q  The drawing you spoke about if you were |
| 25 | to see it again would you be able to |
| 26 | identify it? |
| 27 | |
| 28 | A  Yes Ma'am it would. |
| 29 | |
| 30 | Q  By what means? |
| 31 | |

36

COURT REPORTING SERVICES

JUDICIARY OF TRINIDAD AND TOBAGO

| | | |
|---|---|---|
| 1 | A | Each drawings consist of three sheets |
| 2 | | of paper and on the three sheets I |
| 3 | | affixed my signature and Regimental |
| 4 | | number to the front and another marking |
| 5 | | to the back of each page. |
| 6 | | |
| 7 | MS. MARTIN: | Your Worship with your leave may the |
| 8 | | Witness be shown the drawings. |
| 9 | | |
| 10 | HIS WORSHIP: | Any objections?    Where are the |
| 11 | | drawings? |
| 12 | | |
| 13 | SC GUERRA: | In fact sir may I see it before we |
| 14 | | start, to see if that is what really |
| 15 | | was disclosed to me. |
| 16 | | |
| 17 | HIS WORSHIP: | Yes. |
| 18 | | |
| 19 | SC GUERRA: | I want to- |
| 20 | | |
| 21 | HIS WORSHIP: | Very Well. |
| 22 | | |
| 23 | SC GUERRA: | Yes sir. I have no objections. |
| 24 | | |
| 25 | HIS WORSHIP: | Very Well |
| 26 | | |
| 27 | WITNESS: | This is the drawings that is spoke of |
| 28 | | consisting of three sheets of paper and |
| 29 | | on each page is my signature and |
| 30 | | regimental number (inaudible) and other |
| 31 | | markings on top.    On page two is |

37

**<u>EXHIBIT 4</u>**



Home
■ e-Paper
■ TV6 News & Events
■ Newsletters

CLICK HERE FOR
THE DRAFT CONSTITUTION OF
THE REPUBLIC OF TRINIDAD AND TOBAGO

■ Opinion

EXPRESS
EDITORIAL

MARY
KING

WILLIAM
LUCIE-SMITH

■ Business
  - Exchange Rates
  - Share Prices
  - Mutual Funds
  - Directory
■ Sports
■ Letters
■ Features
■ Weather
■ Archives
    RSS
    What is Rss ?

TV6

Tobago News

Magazines
Business
Sports
Woman

■ Classifieds
■ Advertising

Search
Type:
Articles
Keyword:

Go

Featured Links
■ Grenada Barnacle

✉ E-mail to a friend
🖨 View printable
version
Rss by Google

**Eads Trinidad
Aircraft**
Find EADS Socata
Trinidad Aircraft
100s of Dealers,
1000s of Listings
www.Controller.com

**Trinidad People
Search**
Find anyone in
Trinidad, CO. Get
current address,
phone, & more!
www.usa-people-search.c

**Jobs in the
Caribbean**
Your search ends
here. Great jobs to
be found in all
industries
www.caribbeanjobs.com

**Uwi Trinidad And
Tobago**
Move your career
forward with an
accredited online
degree!
www.CourseAdvisor.com

## Extradition hearing put off to tomorrow
-Denyse Renne

Tuesday, April 10th 2007



KIDNAPPED AND MURDERED: Balram "Balo" Maharaj

Extradition proceedings against four people wanted in the United States for the kidnapping and murder of US army war veteran Balram "Balo" Maharaj have been adjourned to tomorrow.

The men, Kevin Nixon, Wayne Pierre, Anderson Straker and Christopher Sealey, were served with extradition warrants on Wednesday evening at the Golden Grove Prison in Arouca by officers attached to the Criminal

Study in the U.S
ReachCaribbean
TheTobagoNews
Staobroeknews
VirginIslandDailyNews
Contacts
Webmaster
The Editor
REGIONAL NEWS
- VI DailyNews
- Stabroek News
- Barbados Nation
- Voice of Barbados
- Jamaïca Observer

CCN Group
Reach Caribbean
Children's Fund
Privacy Policy

Investigations Department's Interpol Bureau.

They were expected to appear before a Port of Spain Magistrate on Thursday but failed to do so.

In their absence, Senior Magistrate Avason Quinlan adjourned the matter.

The men are wanted in the US to face charges resulting out of the abduction and murder of Maharaj.

Maharaj, 62, was vacationing at his relatives home at Chandy Lane, El Socorro, San Juan, on April 6, 2005, when he was abducted at the Samaan Tree Bar in Aranjuez.

A $3 million demand was reportedly demanded for his safe release. However, his dismembered body was found on January 8 in a forested area in Grand Curacaye, Santa Cruz.

Nixon, Lance Cpl Ricardo De Four, 40, Sgt Leon Nurse, 41, Kevin "Ketch It" Demerieux,19, Zion Clarke, 27, Doreen Alexander Durity, Stephenson, Straker, brothers Wayne and Kenneth Pierre and Sealey are charged with the murder of Balram, while Nurse, De Four, Clarke and Demerieux are wanted by US authorities to answer charges of hostage taking arising out of the Balram kidnapping.

They contested the extradition order and are currently appealing Justice Mira Dean Armorer's decision to have them extradited.

more than 20000 people will see this AD today

click to show them your ad instead

Home   News   Features   Opinion   Sports   Cartoon   Search   Woman
MIX   Classified   Business   Market   TV6   Privacy Policy   Advertising   RSS

Site designed and managed by CCN New Ventures. Editor: Alan Geere, Head of TV News; Natalie Williams, Copyright 2005 All rights reserved. Trinidad Express 35 Independence Sq, Port of Spain, Trinidad. Express newspaper and TV6 are subsidiaries of One Caribbean Media
(www.onecaribbeanmedia.net)
Powered by www.cpsgsoftware.com