UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| DAVID SUCHIT ) | |
| ) | |
| Defendant. ) | |

## Motion for Shave and Haircut

COMES NOW, the Defendant David Suchit and moves this Honorable Court to authorize him to obtain a shave and a haircut once a week during the pendency of his trial and one time during the few days before his trial begins on June 4, 2007. In support of this motion, the defendant relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004
(202) 393-0007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|     **Plaintiff,**   ) | |
|                                 ) | |
| v.                              ) | Criminal No. 06-102-02 (JDB) |
|                                 ) | |
| DAVID SUCHIT                    ) | |
|                                 ) | |
|     **Defendant.**  ) | |

## Memorandum of Points and Authorities in Support Of
## Motion for Shave and Haircut

1. The defendant requests that this court authorize shaves and haircuts before and during his trial so that he may look presentable in front of the jury.

2. Because the defendant's incarceration status is an appropriate consideration by the jury, his ability to appear that he is not in custody is assisted by his having a clean-shaven civilian appearance.

WHEREFORE, for the above reasons, the defendant requests that said motion be granted.

Respectfully submitted,

_____/s/_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004
(202) 393-0007

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing has been served upon Bruce Hegyi, Esquire Assistant United States Attorney at 555 Fourth Street, N.W., Washington, D.C. this 29th day of May, 2007.

                                                                         /s/
                                                                   Diane S. Lepley

Case 1:06-cr-00102-JDB     Document 101     Filed 05/30/2007     Page 4 of 4