UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| v. | ) | Criminal No. 06-102-02 (JDB) | |
| | ) | | |
| **DAVID SUCHIT** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

### ORDER

Upon consideration of the Defendant's Motion For Shave and a Haircut and the record herein, it is this _____ day of _____, 2007

ORDERED, that starting on a day or two before his trial scheduled to begin on June 4, 2007 and once a week during the pendency of his trial, the authorities at the D.C. Jail shall provide David Suchit, DCDC No. 310893, with access to a shave and a haircut.

SO ORDERED.

_____
John D. Bates
United States District Court
For the District of Columbia

Copies to:

Bruce Hegyi, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004