IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § § | |
| - vs - § | CRIMINAL No.  06-102-02 (JDB) |
| § § § | |
| **DAVID SUCHIT,** *el al.* § § | |
| Defendants. § § | |

**CONSENT MOTION**

The United States of America ("United States" or "Government") and defendant David Suchit ("Mr. Suchit") consent to the entry of the attached Agreed Protective Order that relates to certain information and materials from the Arouca Police Station Homicide "Diaries."

Respectfully submitted,                                        Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar No. 498610)
United States Attorney

    /S/                                                                          /S/
By: _____    _____ ***
    BRUCE R. HEGYI (D.C. Bar No. 422741)    DIANE S. LEPLEY #368927
    Assistant United States Attorney                 400 SEVENTH STREET, N.W
    Federal Major Crimes Section                    SUITE 400
    555 Fourth Street, N.W., Room 4848         WASHINGTON, D.C.  20004
    Washington, D.C.  20530                             (202) 393-0007
    (202) 305-9637                                            www.dslepley@smart.net
    (202) 353-9414 (fax)
    www.bruce.hegyi@usdoj.gov                    *** Signature by permission.

    JEANNE M. HAUCH
    Assistant United States Attorney
    National Security Section
    555 Fourth Street, N.W., 11th Floor
    Washington, D.C.  20530
    (202) 514-5776