UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br>DAVID SUCHIT,<br><br>              Defendant. | Criminal No.  06-102 (JDB) |

AGREED PROTECTIVE ORDER

The United States of America ("United States" or "Government") and defendant David Suchit ("Mr. Suchit") agree the Court should enter an Order limiting the distribution of certain information and/or documents and/or materials as follows:

In this case, Mr. Suchit is charged in a superseding indictment with Conspiracy to Commit Hostage Taking Resulting in Death and with Hostage Taking Resulting in Death, both charges being in violation of 18 U.S.C. §1203(a).  The offenses are alleged to have occurred in the Republic of Trinidad & Tobago.  The case, which is currently scheduled to begin trial on June 4, 2007, was previously scheduled to begin trial on April 30, 2007.  The Government and Mr. Suchit agreed that during the first week in April 2007, with the April 30, 2007 trial date approaching, at the request of Mr. Suchit's attorney, the Government obtained photographs of various pages covering specially requested dates in the Trinidad & Tobago Police Force's ("TTPF") Homicide Unit/Branch's "Diaries" at the Arouca Police Station (the "Diaries").  In addition, the Government photographed the page before and the page after the entry dates requested.  Certain information in the pages photographed do not pertain to Mr. Suchit's contact(s) with the TTPF, but relate rather to other investigations and/or other events (hereinafter

the "Non-Suchit Information").  The Non-Suchit Information is confidential and its disclosure could compromise other investigations and/or prosecutions.

      As a result, the Government and Mr. Suchit agree, and the Court hereby ORDERS that, save and except for the defense investigator (William Brad Davidson) and the defense paralegal (Charles J. Soschin), the Non-Suchit Information contained in the Diaries may not be disclosed to anyone by Mr. Suchit's attorney, including but not limited to Mr. Suchit, without prior leave of this Court.  Nothing in this Order restricts the disclosure of information in the Diaries that mentions and/or refers to contacts between Mr. Suchit and TTPF.

      SO ORDERED.

                                            /s/  
                                    JOHN D. BATES  
                              United States District Judge

Date:  May 31, 2007