**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-102-02 (JDB) |
| | ) | |
| DAVID SUCHIT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Motion For Shave and a Haircut and the record

herein, it is this ____30 th____ day of ____May_____, 2007

ORDERED, that starting on a day or two before his trial scheduled to begin on June 4,

2007 and once a week during the pendency of his trial, the authorities at the D.C. Jail shall

provide  David Suchit, DCDC No. 310893, with access to a shave and a haircut.

SO ORDERED.

_____
John D. Bates
United States District Court
For the District of Columbia

Copies to:

Bruce Hegyi, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.   20004

