IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| - vs - § | CRIMINAL No.  06-102-02 (JDB) | |
| § | | |
| **DAVID SUCHIT,** *el al.* § | | |
| Defendants. § | | |

### GOVERNMENT'S RESPONSE TO DEFENDANT SUCHIT'S PRAECIPE
### TO SUBMIT EXHIBITS TO DUE PROCESS MOTION

The United States of America ("United States" or "Government") responds to David Suchit's Praecipe to Submit Exhibits to Due Process Motion [Document #99] as follows:

1.  The Government has no objection to the submission of the Exhibits attached to Mr. Suchit's Praecipe.

2.  The Government has re-confirmed with knowledgeable personnel among the Trinidad & Tobago Police Force ("TTPF") that the TTPF Criminal Intelligence Unit ("CIU") is a different and distinct entity from the TTPF Criminal Investigations Department ("CID").  There is one CIU for all of Trinidad & Tobago, which is located in Port of Spain.  There are various "regional" CID's in different locations in Trinidad & Tobago.  CIU functions essentially as a "clearinghouse" for intelligence information.  CID conducts investigations into "major crimes" and "minor crimes."

3.  Mr. Suchit's Praecipe confuses CIU with CID (and, indeed, mistakenly blends the two entities under the title "Criminal Intelligence division"). [*See* Praecipe, page 1, 3rd ¶; *but see*

Praecipe, page 2 (*quoting* TT newspaper article: "Criminal Investigations Department")].\

4. The Government's original representations to the Court and Mr. Suchit are correct.

          Respectfully submitted,

          JEFFREY A. TAYLOR (D.C. Bar No. 498610)
          United States Attorney

             /S/
By: _____
          BRUCE R. HEGYI (D.C. Bar No. 422741)
          Assistant United States Attorney
          Federal Major Crimes Section
          555 Fourth Street, N.W., Room 4848
          Washington, D.C.  20530
          (202) 305-9637
          (202) 353-9414 (fax)
          www.bruce.hegyi@usdoj.gov


          JEANNE M. HAUCH
          Assistant United States Attorney
          National Security Section
          555 Fourth Street, N.W., 11th Floor
          Washington, D.C.  20530
          (202) 514-5776

Case 1:06-cr-00102-JDB    Document 105    Filed 06/01/2007    Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2008, a true and correct copy of the above and foregoing GOVERNMENT'S RESPONSE TO DEFENDANT SUCHIT'S PRAECIPE TO SUBMIT EXHIBITS TO DUE PROCESS MOTION was served on the following by FAX upon:

>DIANE LEPLEY, ESQUIRE
>400 SEVENTH STREET, N.W.
>SUITE 400
>WASHINGTON, D.C.  20004

>/S/
>_____
>BRUCE R. HEGYI
>Assistant United States Attorney