UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. # 06-102 (JDB) |
| | ) | |
| **DAVID SUCHIT** | ) | |
| _____ | ) | |

### ORDER

Upon consideration of the defendant's Motion For Sanctions and the record herein, it is this ____ day of _____, 2007

ORDERED that said motion is granted.

_____
John D. Bates
United States District Court for the
District of Columbia

copies to:

Diane Lepley, Esquire
400 Seventh St., N.W.
Washington, D.C. 20004

AUSA Bruce Hegyi