

## Anti-Kidnapping Unit
*Criminal Investigations Office Tel 623-6793 Fax 624-7588*
*St. Vincent Street, Port of Spain*

---

**From**      : #14551 p.c. Forbes

**To**        : Assistant Superintendent i/c Anti Kidnapping Unit

**Date**      : 28ᵗʰ September, 2005

**Subject**   : Information Re Report of Kidnapping of Balram Bachu Maharaj

**Sir,**

    The informant claims that his friend Andy Straker of Mayaro who is the son of calypsonian Winston 'GYPSY' Peters and Dooreen Alexander have some sought of relationship, and Dooreen was the person who told Andy about kidnapping of the victim she told Andy that he had a lot of money and she had been trying to get him kidnapped for the quit some time now. However the informant declined to assist Andy. The day after the victim was kidnapped Andy came home by the informant and tell him he organised with an old soldier from behind Malick Barataria and his clip to do the work and Dooreen called him and told him where the man was and he Andy went and pick him up from a bar. The informant also said that Andy took him to a house where he saw the old soldier who was at the time using a code name "LEO" when he spoke to Andy. This house in the back of Malick is where the victim was kept. Andy was the man that did the negotiations he only used pay phones and can't say if any other phone was used. The informant on one occasion overheard negotiating on the pay phone by licensing in Arima. On the day the victim died Andy came to the informant scared telling him that they kept asking to here his voice for them to pay the money, so when they tried to tape record the victim he refused and he was beaten till died. The soldier told Andy to talk to Dooreen and tell her to hold her belly and carry this to her grave but, Andy asked the informant to go and he did. Having done Andy became afraid for his life and the life of Dooreen and Andy left the country about three (3) weeks after that he returned and has been hiding out in Mayaro ever since. Enquiries continuing.



GOVERNMENT EXHIBIT

1