**Anti-Kidnapping Unit**
*Criminal Investigations Office Tel 623-6793 Fax 624-7588*
*St. Vincent Street, Port of Spain*

---

From:     #14551 p.c. Forbes

To:       Assistant Superintendent i/c Anti Kidnapping Unit

Date:     06th October 2005

Subject:  Information Re Report of Kidnapping of Balram Bachu Maharaj

Sir,

    With reference to the aforementioned subject I hereby report the following. On 06.04.2005 the victim Balram Maharaj was abducted having returned to Trinindad on 29.03.05 5 to attend a court matter against the mother of his son Dooreen Alexander for the custody of the said child. Despite a court being in force to stay away from his son and Dooreen he still went to her apartment where he did not meet her nor his son Denish because at the time they were not at home. The following day Balram Maharaj spent the entire day at the Saaman Tree bar where he was kidnapped only returning home between 2:30pm and 3:30pm to take a shower.

    On 01.09.2005 certain information was received, from an informant who wishes to remain anonymous, that implicated Dooreen and other persons including Anderson Stranker of # 1 Church Street Samaroo Village Arima conspired to kidnap the said Balram Maharaj.

    Having completed enquiries I v'e learnt that on the said day that Balram returned home from the bar ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

    I have also been able to confirm other circumstantial peaces of the informant's iformation for example; The in formant claimed that he had made calls to the crime stoppers rogram I was able to confirm that the informant did in fact call crime stoppers and did

GOVERNMENT EXHIBIT 3



**Anti-Kidnapping Unit**
*Criminal Investigations Office Tel 623-6793 Fax 624-7588*
*St. Vincent Street, Port of Spain*

supply the said information. In addition after analysis of electronic and other information recorded during a spate of kidnappings which occurred in the North Eastern Division there has been a number of similarities including the description of the suspects there vehicle the phone numbers used in these kidnapping negotiations among other things. In conclusion it is my belief that most of this if not all is credible and if thoroughly investigated it may lead to the arrest of persons responsible for the death and kidnapping of Balram Maharaj as well as other kidnappings, which have occurred in the North Eastern Division.