

**Anti-Kidnapping Unit**
*Criminal Investigations Office Tel 623-6793 Fax 624-7588*
*St. Vincent Street, Port of Spain*

---

From:     #14551 p.c. Forbes
To:       Assistant Superintendent i/c Anti Kidnapping Unit
Date:     07th October 2005
Subject:  Re Kidnapping of Balram Bachu Maharaj


Sir,

With reference to the affore mentioned subject. The following findings are based on information received from an informant on 01\10\05 relative to the kidnapping of Balram Bachu Maharaj.

Prior to the abduction of the victim Dooreen Alexander has been in contact with the victim with who she has had a restraining order in force for. Dooreen Alexander has also been contact with a man known as Anderson Stranker who it is alleged conspirered with Dooreen and other persons to abduct the victim.

Dooreen Alexander has been locked in a court battle with the victim for the custody of their son Denish, who presently resides with Dooreen at apartment # 4 Nelson Street Arima, after a documented abusive relationship. The victim two days before his abduction went to apartment # 4 Nelson Street Arima in an attempt to see Dooreen same proved futile as she was not at home it is also alleged that the victim made arrangements to meet Dooreen at the Saaman Tree bar where he was abducted by a two armed man and third who waited in a car one of the whom told the victim is you we come for.

The attached shows phone calls from Dooreen's cell phone # 757 8702 and Anderson Stranker's cell phone # 7688899 during the kidnapping of the victim and Dorreen communicating with the home of the victim immediately there after

The above is hereby submitted for your perusal and on ward transmittion.

GOVERNMENT EXHIBIT 4