**Hegyi, Bruce (USADC)**

| | |
|---|---|
| **From:** | Hegyi, Bruce (USADC) |
| **Sent:** | Friday, June 01, 2007 9:17 AM |
| **To:** | 'Diane Lepley' |
| **Subject:** | Oral Statements to Forbes |

Diane:

Per my VoiceMail to you of earlier today, when I met with Constable Forbes yesterday I learned:

    1.    That the Criminal Intelligence Unit (CIU) and the Criminal Investigations Division/Department (CID) are, in fact, two different entitites. CIU is in Port of Spain and is essentially a clearinghouse for intelligence. CID has various regional offices throughout Trinidad & Tobago and CID is involved in criminal investigations. The tipsheet that Forbes saw indicated CIU.

    2.    You were previously aware that Suchit met with Neermal John and that Neermal John arranged for Suchit to meet with Forbes and that several meetings took place and you have copies of the AKU Memos by Forbes. In meeting yesterday evening with Forbes, I learned the substance of what Suchit told Forbes; much of it essentially the same as what Suchit told the TTPF in his written statements (that you have) and to the FBI (the 302s of which you have). In addition to that information (most of which Suchit told Forbes, as well), Suchit told Forbes several other things: (a) Straker "hired" Suchit to be Straker's driver; (b) Suchit drove Straker to pay phones so that Straker could make ransom calls; (c) Suchit overheard Straker's part of at least one of the calls and thought Straker was making a ransom call to the victim's family; (d) Straker told Suchit the family was unwilling to pay without proof the man was alive, in response to which Suchit suggested to Straker that they tape record the man's voice to show the man was still alive; (d) that Suchit had three meetings with Straker and Doreen beginning "last year" (meaning sometime in 2004, because the meeting with Forbes was in Sept. 2005) at which they discussed (and agreed) initially to take hostage Doreen's child (Dinesh) but that Doreen eventually called that plan off because of concerns for the trauma it would cause to the child in light of the fact that the father had previously taken the child to the US; (e) in addition, Suchit directed Forbes (and Neermal) to the house in Morvant to which he'd driven Straker and Suchit said he was the home of Leo, who was an old soldier, and Suchit told Forbes that they should search that house for the victim's blood; (f) Suchit told Forbes the whole description of going to deliver the "hold your belly" warning to Doreen, after Maharaj's death; and (g) Suchit told Forbes that Maharaj was dead and that the man's tongue had swollen up very large and that the man's body had been thrown over a cliff in Lavantille/Morvant.

For the remainder of the day, please try to contact me on my cell (703/536-4774) as I will be in and out of my office.

Bruce

1



GOVERNMENT EXHIBIT A