# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**FILED**

JUN 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

**Criminal Action 06-102-02**

**DAVID SUCHIT**

**Defendant**

## Jury Note

Please get us some
Post-it Notes:
— 3"x3"
— 1"x1,5"
— The Flags (multiple colors if possible)

_____ 6/13/07
DATE

_____ 10:03
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

**UNITED STATES OF AMERICA**

JUN 1 3 2007


MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                                     Criminal Action 06-102-02

**DAVID SUCHIT**

      Defendant

## Jury Note

We are requesting clarification on instruction 2.49.
Specifically, does the phrase "solely on his own statements"
refer only to the sworn statements made by the
defendant (GX505, GX507) ~~AND/OR~~ or also to
testimony by officers/agents as to interviews they
conducted with the defendant and reported
back in court testimony?

6/13/07
DATE

1:37pm
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA





v.                                     Criminal Action 06-102-02

DAVID SUCHIT

     Defendant

## Jury Note

We would like to look at the contents of the CD.
Can we use one of our computers or would the
court like to provide one?

6/13/07

DATE

2:30pm

TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



**FILED**

JUN 1 3 2007

MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                          **Criminal Action 06-102-02**

**DAVID SUCHIT**

                    **Defendant**

## Jury Note

Regarding the CD, we are interested in seeing the date, time, and duration for the eight (8) calls linked to the defendant. Printouts of the relevants calls will do.

6/13/07
_____
DATE

3:03pm
_____
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



**UNITED STATES OF AMERICA**


v.                                    **Criminal Action 06-102-02**

**DAVID SUCHIT**

        **Defendant**


## Jury Note

Can Defendant's Exhibit 13 be used as independent evidence for purposes of Instruction 2.49 ?

6/13/07
DATE

4:15pm
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



FILED

JUN 1 3 2007

MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

Criminal Action 06-102-02

V.

**DAVID SUCHIT**

Defendant

## Jury Note

We are leaving for the night. Do you need to collect evidence and do we need to cover flip charts?

6/13/07

**DATE**

5pm

**TIME**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**Criminal Action 06-102-02**

v.

**DAVID SUCHIT**

**Defendant**

## Jury Note

Can we have pizza and salad
for lunch? Some meat and
some veggie?

6/13/07
DATE

5:05pm
TIME