# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    Criminal Action 06-102-02

DAVID SUCHIT

   Defendant

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

Follow-up to the pizza question. We'll take the sandwiches and salads again. Can we order a couple of pizzas if we pay?

Not trying to be difficult.

_____ 6/14/07
DATE

9 30 am
TIME

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.                                                          Criminal Action 06-102-01

DAVID SUCHIT

           Defendant

**FILED**
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Jury Note**

Can we get another flip chart and some more jury note sheets

6/14/07
DATE

930a
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DAVID SUCHIT

        Defendant

Criminal Action 06-102-02

**FILED**

JUN 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

I will need to leave tomorrow by 2PM — for religious purposs.

Thanks

DATE

TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                    Criminal Action 06-102-02

DAVID SUCHIT

        Defendant

## Jury Note



6/14/07
DATE

12:25p
TIME

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DAVID SUCHIT

        Defendant

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal Action 06-102-02

## Jury Note

Can we see the transcript of Agt Clauss' testimony?

DATE 6/14/07

TIME 3:10p

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DAVID SUCHIT

        Defendant

Criminal Action 06-102-02

FILED

JUN 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

(1) We need to leave at 5pm today, so if you need to call us in to say goodbye, please do so in time.

(2) To accommodate the need for one juror to leave early tomorrow, we are ALL willing to arrive and start early if it is okay with the court. 845am arrival for a 900am start.

6/14/07
DATE

430p.
TIME