UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.     Criminal Action 06-102-02

DAVID SUCHIT

Defendant

## Jury Note

We'll take lunch in here, please.

___6/15/07___
DATE

___10:15 am___
TIME

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    Criminal Action 06-102-02

DAVID SUCHIT

Defendant

## Jury Note

Verdict

6/15/07
DATE

10:48am
TIME

FOREPERSON