UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DAVID SUCHIT,

           Defendant.

Criminal Action No. 06-102 (JDB)

**VERDICT**

FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Count One**

With respect to the offense of conspiracy to commit hostage taking resulting in death, we the jury find the defendant

_____ Guilty        \_\_✓_____ Not Guilty

If you find the defendant not guilty of the offense of conspiracy to commit hostage taking resulting in death, then you must consider the offense of conspiracy to commit hostage taking. With respect to the offense of conspiracy to commit hostage taking, we the jury find the defendant

_____ Guilty        \_\_✓_____ Not Guilty

## Count Two

With respect to the offense of hostage taking resulting in death, we the jury find the defendant

_____ Guilty          ✓_____ Not Guilty

If you find the defendant not guilty of the offense of hostage taking resulting in death, then you must consider the offense of hostage taking. With respect to the offense of hostage taking, we the jury find the defendant

_____ Guilty          ✓_____ Not Guilty

_____ FOREPERSON

6/15/07
_____
DATE