UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                   Criminal Action 06-102-02

DAVID SUCHIT

   Defendant

## Jury Note

Can one join a conspiracy to commit hostage taking resulting in death after the victim has already died.

We have been debating this item since first thing today and it remains unresolved. this answer is crucial to us moving forward.

6/14/07
DATE

3:50p
TIME