AO 245A  (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

DAVID SUCHIT

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 06-102-2

**FILED**

JUN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| John D. Bates | U.S.D.C. Judge |
|---|---|
| Name of Judge | Title of Judge |

June 22, 2007
Date