UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | Letter Rogatory to the Republic of Trinidad and Tobago in the defense of the Prosecution of DAVID SUCHIT in <u>United States v. Jason E. Percival</u>, et al. | : : : : : : : : : Crim. No. 06-102-02 (JDB) |

## UNOPPOSED MOTION TO WITHDRAW ISSUED INTERNATIONAL LETTER ROGATORY

COMES NOW the Defendant, David Suchit, by and through his undersigned counsel, and respectfully moves this Honorable Court, to withdraw the international letter rogatory to the appropriate judicial authorities in the Republic of Trinidad and Tobago which was issued on April 2, 2007. In support of this motion, the defendant relies upon the attached Memorandum of Points And Authorities in support thereof.

Respectfully submitted,

/s/
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007
On Behalf of David Suchit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-102-02 (JDB) |
| ) | |
| DAVID SUCHIT ) | |
| ) | |
| Defendant. ) | |

## Memorandum Of Points And Authorities In Support Of Unopposed Motion To Withdraw Issued International Letter Rogatory

    1. At the defendant's request, this Court issued an international letter rogatory to the Republic Of Trinidad and Tobago which requested certain materials and records located in that country.

    2. Those items are no longer needed, given Mr. Suchit's recent acquittal of all counts in this matter.

    3. Mr. Suchit seeks this withdrawal so that the authorities in Trinidad and Tobago may cease their searches for the requested items.

    4. Upon information and belief, all requests must be withdrawn officially before the Trini witnesses are able to stop further work on this matter. Counsel's informal discussions with them about this matter are insufficient.

    WHEREFORE, for the reasons stated herein, the defendant requests that this motion be granted.

        Respectfully submitted,

_____/s/_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004
(202) 393-0007

## Certificate of Service

I do hereby certify that a true copy of the foregoing motion has been served by e-mail upon Bruce Hegyi, Assistant United States Attorney this 26th day od June, 2007.

_____/s/_____
Diane S. Lepley