UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Letter Rogatory to the Republic of Trinidad and Tobago in the defense of the Prosecution of DAVID SUCHIT in <u>United States v. Jason E. Percival</u>, et al. | Crim. No. 06-102-02 (JDB) |

## ORDER

Upon consideration of the Defendant's Unopposed Motion To Withdraw Issued International Letter Rogatory and the record herein, it is this _____ day of _____, 2007

**ORDERED**, that the motion is GRANTED, and it is

**FURTHER ORDERED**, that the international letter rogatory, issued on April 2, 2007, a copy of which is attached as Exhibit A shall be withdrawn through the appropriate diplomatic channels in the U.S. State Department for transmittal to judicial authorities in the Republic of Trinidad and Tobago, and it is

**FURTHER ORDERED**, that this United States Court shall no longer request the excellent assistance of the Courts in the Republic of Trinidad and Tobago to obtain any documents or materials sought by David Suchit, as those items are no longer needed.

This Court thanks the Courts in the Republic of Trinidad and Tobago which it holds in the highest esteem.

_____
John D. Bates
United States District Judge