UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID SUCHIT,<br><br>Defendant. | Criminal No. 06-102 (02) (JDB)<br><br>**FILED**<br><br>JUN 2 8 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant's unopposed motion to withdraw the international letter rogatory dated April 2, 2007, and the acquittal of defendant David Suchit on June 15, 2007 obviating the defendant's need for the documents identified in the letter rogatory, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the international letter rogatory issued on April 2, 2007, to the Republic of Trinidad & Tobago (attached hereto as Exhibit A), shall be withdrawn through the appropriate diplomatic channels at the U.S. Department of State; and it is further

**ORDERED** that counsel for defendant shall cause this Order to be tendered forthwith to the appropriate officials at the U.S. Department of State for transmittal to judicial authorities in the Republic of Trinidad and Tobago.

_____
JOHN D. BATES
United States District Judge

Date: June 27, 2007