UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE: Letter Rogatory to the Republic of Trinidad and Tobago regarding the Prosecution of DAVID SUCHIT in <u>United States v. Jason E. Percival, et al.</u>

Criminal No. 06-102 (02) (JDB)

## INTERNATIONAL LETTER ROGATORY

The United States District Court for the District of Columbia presents its greetings to the judicial authorities in the Republic of Trinidad and Tobago and respectfully requests the assistance of the Courts of the Republic of Trinidad and Tobago in connection with this criminal matter. The United States District Court for the District of Columbia assures the government of the Republic of Trinidad and Tobago and the appropriate judicial authorities designated to execute this request that the Courts of the United States are authorized to assist foreign tribunals in the execution of letters rogatory for use in criminal matters.

David Suchit, a citizen of the Republic of Trinidad and Tobago, is facing criminal charges brought in the United States based on alleged violations of the United States Code, and is represented by counsel, Diane S. Lepley. Specifically, he is charged with Conspiracy to Commit Hostage Taking Resulting in Death, in violation of 18 U.S.C. § 1203(a), Hostage Taking Resulting in Death, also in violation of 18 U.S.C. § 1203(a), and Aiding and Abetting and Causing an Act to Be Done, in violation of 18 U.S.C. § 2. The defendant is informed or believes that there is evidence relevant and material to his defense which is located in the Republic of Trinidad and Tobago. He therefore has requested that the Court issue this letter rogatory to

1

obtain the requested evidence. The evidence requested consists of (A) telephone business records and (B) official government records, as set forth in more detail below.

## FACTUAL BACKGROUND

David Suchit was born January 15, 1974 and is a citizen of Trinidad and Tobago whose legal place of residence is L-LP Bellview Drive, Old Arima Road, D'Abadie [N], Arima, Trinidad (WI). He currently is incarcerated at the District of Columbia Jail, located at 1901 D Street, S.E., Washington, D.C., USA awaiting prosecution on his criminal charges in America.

It is alleged that Mr. Suchit aided and conspired with a group of individuals in Trinidad to kidnap Balram Maharaj, a naturalized citizen of the United States, during a trip home to his native country of Trinidad. In the course of his time in forced captivity, it further is alleged that Mr. Maharaj died, thereby giving rise to the criminal offenses with which Mr. Suchit is charged.

Trial in this matter is scheduled to begin April 30, 2007. Therefore, the defendant is requesting production of the requested materials as expeditiously as possible before that date. Multiple transmittals of documents, as they become available for production, are acceptable and preferred in order to allow the defendant adequate preparation time.

## ASSISTANCE REQUESTED

A. **DOCUMENTS REQUESTED: Business Records**

    1. The Court requests that you order the relevant businesses to produce certified true and correct copies of the following:

        a. Telephone records of incoming and outgoing calls from March 1, 2005 through April 1, 2006 for the following telephone numbers and/or persons:

      1.     868-793-3301

      2.     868-341-9234

      3.     868-674-2495

      4.     868-737-1734

      5.     Any and all telephone numbers subscribed to by Neermal John, born in San Juan, Trinidad. (Please note that additional identifying information for this person may be obtained from the United States government by contacting the Assistant United States Attorney Bruce Hegyi at (202) 305-9637.)

      6.     868-768-8899

      7.     868-667-8509

      8.     868-824-8788

      9.     868-800-1234

      10.    Cell phone records of Police Constable Phillip Forbes #14551 used for business purposes only for the months of August, 2005 through April, 2006.

b.    Subscriber information for the above telephone numbers, listed in subparagraph (a), including the name to whom the telephone number is registered, the address of the subscriber, and any other identifying information.

c.    Information concerning the public telephone booth from which calls were allegedly made by Anderson Straker, an indicted co-conspirator, during the months of March and April 2005, including records from the Licensing

3

        Authority in Arima, Trinidad describing:

        i.    the telephone number (or numbers) of that public telephone booth; and

        ii.    the repair record, and/or dates it was or was not in service.

2. **Certificate Needed to Authenticate Business Records:** Have the person providing the documents attach a Certificate of Authenticity of Business Records (form provided, <u>see</u> Attachment No. 1).

    The execution of the attached Certificate of Authenticity of Business Records is needed to receive the requested records into evidence in accordance with the requirements of United States law. Ordinarily business records may be received into evidence only if an appropriate representative of the business appears at trial as a witness and testifies to the authenticity of the records and the manner in which they are prepared and maintained at the business office. However, in the case of foreign businesses, the appearance and testimony at trial of that business representative may not be required if the records (or true copies) are accompanied by a written declaration such as the attached certificate. <u>This procedure is set forth by statute and is required to authenticate business records in United States courts.</u>

3. Attach the completed certificate to the documents requested and provide the documents to the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001, Attention: Judge John D. Bates.

B. **DOCUMENTS REQUESTED: Official Records**

1. The Court requests that you order the relevant Government or law enforcement authorities to produce certified true and correct copies of the following:

    a. Criminal arrests, detentions, and convictions, if any, of the defendant David Suchit, his wife Leera Suchit, and his brother Wayne Suchit.

    b. Criminal arrests, detentions, and convictions, if any, of Neermal John, the victim's brother in this case. (Please note that additional identifying information for this person may be obtained from the United States government by contacting the Assistant United States Attorney Bruce Hegyi at (202) 305-9637.)

    c. Police records of Neermal John (see above) including but not limited to, Orders to Open Investigation, arrest warrants, documents supporting arrest warrants, arrest records, charges filed, documents supporting charges filed, investigative files, and records of disposition of the charges.

    d. All **public** records relating to the recent arrest and/or investigation or conviction of defense attorney Gokool who was appointed to represent David Suchit during the judicial proceedings in Trinidad and Tobago.

    e. All transcripts relating to the proceedings in the Magistrates' Court of Trinidad and Tobago, Case #1134/06, entitled PC Wendell Lucas #13375 v. Doreen Alexander-Durity, et al., and all declarations of the person(s) transcribing the proceedings certifying their accuracy.

f.  Transcript(s) of the testimony of David Suchit for all hearings in which he testified in the criminal case involving the prosecution of Vijay Mungroo and others for the kidnapping and murder of Edmund Mitchell on or about January 10, 1990.

g.  Statements made by David Suchit to the police and/or other government authorities about the murder of Edmund Mitchell on or about January 10, 1990 in Trinidad, including any reports about those statements or notes taken in connection with the interviewing of Mr. Suchit or the reporting of his statements.

h.  Statements, including any notes and reports by Trinidad law enforcement officers, made by Neermal John about David Suchit and/or the investigation of the kidnapping and death of John's brother, Balram Maharaj.

i.  All records and statements about David Suchit's participation in a type of Witness Protection program and/or records about his assistance with the Trinidad authorities.

j.  Station house diaries, abstracts, and/or logs of people located at the Arouca Police Station for these days:

1.  October 2-4, 2005
2.  January 2-9, 2006
3.  January 15-18, 2006
4.  February 15-18, 2006

    k.    All of the investigative files and reports of law enforcement authorities relating in any way to the kidnapping of Balram Maharaj and the prosecution of David Suchit and others for associated crimes.

2.    **Certificate Needed to Authenticate Official Records:** Have the person providing the official documents attach an Attestation of Authenticity of Official Records (form provided, <u>see</u> Attachment No. 2).

    The execution of the attached Attestation of Authenticity of Official Records is needed to receive the requested records into evidence in accordance with the requirements of United States law. Ordinarily official government records may be received into evidence only if an appropriate representative of the government appears at trial as a witness and testifies to the authenticity of the records and the manner in which they are prepared and maintained at the government office. However, in the case of foreign officials, the appearance and testimony at trial of that representative may not be required if the records (or true copies) are accompanied by a written declaration such as the attached certificate. <u>This procedure is set forth by statute and is required to authenticate official records in United States courts.</u>

3.    Attach the completed certificate to the documents requested and provide the documents to the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001, Attention: Judge John D. Bates.

Please accept the assurance of our highest esteem.

                                              JOHN D. BATES
                                              United States District Judge
                                              United States District Court
                                              for the District of Columbia

Date: April 2, 2007

## **CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS**

I, the undersigned, _____, with the understanding that I am subject to criminal penalty under the laws of the Republic of Trinidad and Tobago for an intentionally false declaration, declare that I am employed by/associated with _____ in the position of _____ and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are originals or true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. were kept in the ordinary course of regularly conducted business activity;

3. were made by the said business activity as a regular practice; and

4. if not original records, are duplicates of original records.

The originals or duplicates of these records are maintained in the Republic of Trinidad and Tobago.

Date of Execution:      _____

Place of Execution:     _____

Signature:              _____

Printed name:           _____

Address of business:    _____

Telephone number:       _____

**Attachment No. 1**

## ATTESTATION OF AUTHENTICITY OF OFFICIAL RECORDS

I, _____(name), attest that my position with the Government of the Republic of Trinidad and Tobago is _____ and that in that position I am authorized by the laws of the Government of the Republic of Trinidad and Tobago to attest that the documents attached hereto and described below:

(1) are true copies of original official records which are authorized by the laws of the Republic of Trinidad and Tobago to be recorded or filed in _____ which is _____(name of public office or agency) a public office or agency.

(2) set forth matters which are required by the laws of the Republic of Trinidad and Tobago to be recorded or filed and reported.

Description of Documents: _____

_____

_____

(SEAL)

_____
Signature

_____
Printed name

_____
Date

_____
Address of public office or agency

_____
Telephone number

**Attachment No. 2**