UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA	:

v.	:   CR. NO. 06-102-ALL (JDB)

ANDERSON STRAKER ET AL	:
:

REQUEST FOR INTERIM COMPENSATION FOR INVESTIGATORS

Counsel for defendant Straker, on behalf of all investigators appointed in this matter pursuant to the Criminal Justice Act, respectfully requests that this honorable court approve the payment of interim compensation and submit its approval to the U.S. Court of Appeals for the D.C. Circuit. In support of his request, counsel states the following:

1. Counsel has been requested by various investigators in this matter who have been appointed under the Criminal Justice Act to request that the court approve the payment of interim compensation for their efforts. Recently such a request was made on behalf of all appointed counsel. The extent of the allegations and the likelihood of a superseding indictment, coupled with the voluminous discovery, requires substantial and extended effort on the part of investigators as well as counsel.

2. Payment of interim compensation, which is expressly provided by statute, will alleviate the financial hardship that investigators will be required to bear during the lengthy pendency of this matter.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the court grant their request and approve compensation in the manner suggested in the attached order.

Respectfully submitted,

_____/s/_____
Edward C. Sussman, No. 174623

On Behalf of All Appointed Investigators
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C.. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served electronically on all co-counsel in this matter on this 18th day of October, 2007.

_____
Edward C. Sussman