# STATEMENT

Name: CHRISTOPHER SEALEY    Sex: Male  Age: 32 years  D.O.B. 23/6/75
Occupation: Shop Keeper    Address: 2a Cana Road, Point Cruz
Investigating Officer taking Statement No. 1315 P. WPC Mitchell - Quinyx
Others present: No. 1160 Sgt. P. Ruder, Justice of the Peace Mr. Asquith Creek and
Hyatt David Sealey Jnr.
Date: 8 August 2006    Time Commenced: 9:15pm    Place: Henderson Police Station

---

I, MICHAEL BOURNE also known as CHRISTOPHER SEALEY and BOYIE, wish to make a statement. I want someone to write down what I say and that whatever I say may be given in evidence. I have also been told that I have the right to return not say anything unless I wish to do so and that whatever I say may be used in evidence. I have been told what I need.

A legal advisor: Christopher Bourne

8/8/06    Asquith C. Creek J.P.    8/8/06    J.O.B.
        The Para J.P. 8/8/06    On early January 2005 Wayne Peele come and check meh and say we have some stone line up to tell meh how we go meet by Melounodes. When we reach by Melounodes everybody was dey, the soldiers and them.

C.B. about the same man like which part he does be drinking in El Socomo and after the meeting by the bar they tell us to go across by the car. When we reach across to the car, the soldier bring the two open and handed it to me and after the drivers drive off

M. Bourne 8/8/06    Christopher Bourne 8-8-06
Asquith Creek 8/8/06

CB video and after we drive down
CB told me to drive around and
show we where the man is inside
the bar. After we leave and come
out the coffin and went inside the
bar and after we reach in the bar
I end up striking the man up.
Me and Patrick and after we
take him to the car Patrick was
driving the went up Santa Cruz
and found him over to the man
dey call Soldier. After we
hand him over dey tell him
and go away with him. I
leave and went home and then
the Soldier come up the road,
boy me up the night be the gun,
the AK had no shots in it and
CB of ted me other gun that outside CB
want meh name to call. They
end up calling meh name and now I
do it and besides that I have a
witness who came and was there when
he come and collect the gun. After
that NINJA come and tell meh that
the man died with one sickness
he had and he end up chopping
him up and throwing him and
everything in NINJA was in he car
when he come and tell meh that.

Christopher Bourne 8-8-06

Christopher Bourne 8-8-06 [signature] 8/8/06

G.P. 70.—P.190-50,000—/99

[stamp: Justice of the Peace St. George East]

STATEMENT

Name......................................... Sex............ Age............
Occupation................................... Address......................
Investigating Officer taking Statement........ Continued
Others present...............................
Date.......................................... Time Commenced.......... Place..........

QUESTION: Do you know who Pierre is by any other name and where does he live?
ANSWER: Yeah, Ninja and he live in Bourg Mulatresse, Santa Cruz and he went to school together and I use to see him in school.
QUESTION: What do you mean by school link up?
ANSWER: The end up coming up and showing men about the soldier and then and they were planing to kidnap the man for money and they were planing it by Maloneys.
QUESTION: How much money was he talking about?
ANSWER: He was talking about (7) seven million dollars $7,000,000.00
QUESTION: Were you promise any share of the money?
ANSWER: They was just talking about the seven million and how to get it.
QUESTION: Where is Maloney's?
ANSWER: That is by the Club in Bourg Maloneys.
QUESTION: Who was at the meeting at the CB#3 Christopher Bourne 8-8-06 ☒ Maloney's 8/8/06
Christopher Bourne 8-8-06

[signatures] St. George East 8/8/06

Mckeason #586
CB# Christopher Bourne 8-8-06

club?
Answer: It was no strata ninja and three soldiers.
Question: Do you know strata by any other name?
Answer: No. All I know is that he lives somewhere in Santa Cruz.
Question: Describe the man in the bar?
Answer: It was ah Indian, low hair slim will. I heard and thing.
Question: Did the soldier tell you anything about the men?
Answer: They say he used to fight was in Vietnam or something like that.
Question: Describe the soldiers who was at Melowwoods?
Answer: They had one that was taller than all the rest dark this hair was low. Next one he was making hand with ninja and he was not in the force and he get throw out of the force. He was brown skin, short, stought muscular body and had a low cust. I know him by seeing him in Boring Mulateress opposite ninja house Bouchnan ninja would pass with him in the car. That have the next one he still in the force he used to be living where they does fix radio and thing by Mr. Quel and then opposite Melowwoods Christopher Bourne 8-8-06 [signature] 8-8-06 [signature] 8/8/06

S.P. Tr.No.-P190-50.000-/99
MC 016502 8/8/06

[signature] St. George East

**STATEMENT**

Name ................................................ Sex .......... Age ..........
Occupation .............................. Address ..... Continued
Investigating Officer taking Statement ..........................
Others present ......................................
Date .................... Time Commenced .......... Place ..........

and I use to pass and see him right through. He was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?
ANSWER: Yeah the name Smiley all of we went to school together. He was older than me and he living up in Bravo Malateress by Ninth.

QUESTION: Does Brinst have a car and describe it?
ANSWER: Yeah he have one I think it is a grey but I don't know the number.

QUESTION: What do you mean by sticking him up and say how this was done?
ANSWER: Shaka was standing outside the road in front the club and I walk in and tell the man that we come for him and after I tell him loh we walk. I had the gun in meh hand that was a dummy gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything

Christopher Bourne 8-8-06
[signature] 8-8-06

[signatures and notations: Justice of the Peace, St. George east, 8/8/06, M Wilson 8/8/06]

he first walk behind when we reach to the car STAKA put him inside the car and after I jump in and went up the road with Brucy. and the same soldier who was always with NINJA was sitting in a car one of the road watching the scene.

QUESTION: when you was by Klownwoods and the soldier bring the gun which one of the soldier was that?
ANSWER: the same soldier who was moving with ninja and living up by Taylor, CB.

QUESTION: who showed you the car?
ANSWER: the gave neh the gun inside the car before STAKA a gun too.

QUESTION: who showed you the man in the bar?
ANSWER: the same soldier who living up by NINJA to show me the man.

QUESTION: when did you hear the man deck and how long after you leave of his deck?
ANSWER: it was about two weeks ah hear he dead when NINJA come up by the shop and talk me the man dead and he on the hand and he chop him up.

QUESTION: Did you received any money?
ANSWER: No.

QUESTION: nd you kill the man?
ANSWER: did not kill no man and neh ah take part in it.

Christopher Bowers 8-8-0-6
[signature] 8-8-0-6
[stamps/signatures]

**STATEMENT**

Name.................................................. Sex.......... Age..........
Occupation..........................................................
Address...............................................................
Investigating Officer taking Statement ........ C. Tinker ........
Others present.....................................................
Date ................................ Time Commenced ................ Place ................

QUESTION: If you see the soldier who was riding with MISTA all the time would you be able to identify him?

ANSWER: Yeah because he who set me up with the gun. Christopher Boune 8-8-06 SLR Snr. SJP 8/8/06 M Cobbin 8/8/06

The above statement has been read to me and I have been told that I can correct, alter or add anything I wish. This statement is true. I have made it of my own free will.

Christopher Bourne 8-8-06
SLR Snr SJP 8-8-06
M Cobbin SJP 8/8/06

I certify that I was requested by the police at the Homicide Bureau of Police to take a written statement of one Michael Bourne, a young man known as Ceeley, and he father Hugh (Arch Baba) DPC Athena informed me she was investigating an incident of Murder and Michael Bourne was the Suspect. After Officers of Homicide agreed, the police officers of Team 9 took him to ? so 9 could speak to the suspect.

to which they complied. I then asked the suspect if he was threatened, pressured or promised anything to give the statement and he said no. He was given his freedom and will to be told how he must object to give any statement and he said he wanted to give a statement and he wanted the police to write the statement. I then read the police officers to the room W/C Corrine got the statement forms with the police officers at the top and read the preamble to the suspect and he said understood and she wrote it. The suspect responded and dictated almost all his features and she wrote it. The suspect ducked his statement while W/C Corrine read back to verify color as his contents to certify color as what needed to be properly released to what the suspect answered. She then released the suspect to read the statement which she read to the suspect in the presence of his wife. He said he was satisfied it correctly recorded and he signed and dated below PC Pinnock also signed and dated my W/p

Signature — Justice of the [Peace]
St. George East

**STATEMENT**

Name............................................ Sex............ Age............
Occupation....................................................................
Address.......................................................................
Investigating Officer taking Statement........................................
Others present................................................................
Date.................... Time Commenced................ Place................

Signed and dated it. The Subject then wrote a Certificate from the Judges Rules to check if then he signed and dated it. After deliberation PC Nimely and I did like wise.

Agnela Dwine
Justice of the Peace 8/8/06
St. George East

Tale ended 9:45pm on Tuesday 8th August 2006

Recorded by: Tomline Mitchil Sgt# 855
Greenridge PSS 8/8/06.

[Signature]
Justice of the Peace
St. George East 8/8/06